UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

COOK LOGISTICS, LLC,
a Wisconsin limited liability company,
individually and as assignee of HITEC
POWER PROTECTION, INC.,

        Plaintiff,

           Case No. 2019-CV-1620

    v.

EQUIPMENT EXPRESS, INC.
a Canadian corporation,

        Defendant.

## AFFIDAVIT OF BRIAN SILLETT

COUNTRY OF CANADA   )
                       ss.
PROVINCE OF ONTARIO)

    I, Brian Sillett, being duly sworn under oath, deposes and states as follows:

    1.      That I am the Safety and Compliance Manager of Equipment Express, Inc. ("EEI"),

have been employed with EEI since October 2018, and am qualified to make this affidavit.

    2.      That EEI is a Canadian motor carrier, headquartered in the Province of Ontario.

    3.      That EEI does not have any offices or employees in Wisconsin.

    4.      That EEI is not registered to do business in Wisconsin.

    5.      That EEI does not own assets, including real or tangible property, of any kind in

Wisconsin.

    6.      That EEI does not advertise in Wisconsin.

7. That the Broker-Carrier Agreement (hereinafter the "Agreement") attached to the Plaintiff's complaint was prepared by Cook Logistics and was signed in Ayr, Province of Ontario, Canada by Robert Mansfield, on behalf of EEI.

8. That EEI's route to transport the cargo at issue was as follows: Ontario to Manitoba, Manitoba to Saskatchewan, Saskatchewan to Alberta, Alberta to Montana, Montana to Idaho, and Idaho to Washington.

9. That attached hereto as Exhibit A are true and accurate copies of the oversize cargo permits required to transport the cargo at issue, which show the route that the cargo was required to be transported by the authorities in each Province and State over which roads the cargo traveled.

10. That the cargo at issue was delivered to its intended destination in Redmond, Washington and upon information and belief remains there now.

11. That attached hereto as Exhibit B are true and accurate copies of the Bills of Lading for all five loads brokered by Cook Logistics and transported by EEI in February of 2019, with the terms on the reverse side, including the Bills of Lading for the two loads of generators that are the cargo at issue.

12. That attached hereto as Exhibit C is a true and correct copy of the Statement of Claim that was filed in May of 2019 by Equipment Express, Inc. against Cook Logistics, LLC for breach of the Agreement in Ontario, Canada's Superior Court of Justice, Court File No. CV-19-00620955-0000, and the case is ongoing.

Dated this 12 day of February, 2020.

Brian Sillett

2

SWORN BEFORE ME at the City

of ___Kitchener___,

in the Province of ___Ontario___

this ___12___ day of February, 2020.

_____ Tim McGowan

A Commissioner for Oaths/Notary Public

in and for the Province of ___Ontario___

My commission expires: ___Does not expire___

3

# EXHIBIT A

**Single Trip Permit**



SN19130923



Issued under Section 110 of the Highway Traffic Act (HTA)
Subject to conditions listed throughout all **6** page(s) of this permit.

| Permit No. | **SN19130923** | | |
|---|---|---|---|
| Issued by | | Time | **12:45:26** |
| **61 / TAS** | | Date | **Feb 14 2019** |
| Permit Fee: | | $260.00 | Total Fee |

Issued To **EQUIPMENT EXPRESS INC**       CVOR No.   **089-148-116**

Address   **60 WANLESS COURT**       Account No.   **11023**
**AYR R1, ONTARIO, CANADA,**
**N0B 1E0**       Application No.   **202489**

1. Authorizing the movement of   **ELECTRICAL ENCLOSURE on a vehicle combination consisting of a 3 axle commercial motor vehicle, bearing registration valid in Ontario, and a 2 axle JEEP DOLLY, and a 3 axle EXTENDABLE STEP DECK, and a 1 axle BOOSTER DOLLY also bearing registration valid in Ontario (where applicable).**

2. For the period of **February 14, 2019** to **February 17, 2019** and **February 19, 2019** to **February 22, 2019** and       to
**Until 12 Noon**

3. Overall Length   **36.57 m**       Overall Width   **3.05 m**       Overall Height   **4.57 m**

Overall Weight   **90,700 kg, provided weight does not exceed 6,700kg on a single axle STEER AXLE, 20,800 kg on a dual axle DRIVE AXLE, 22,000 kg on a dual axle JEEP DOLLY, 30,900 kg on a three axle EXTENDABLE STEP DECK, and 10,300 kg on a single axle BOOSTER DOLLY.**

4. Route:   from   Origin       to   Destination

**HAMILTON**       **ONTARIO MANITOBA BORDER**

Via King's Highway(s)   **MUN-5-6-MUN-10-MUN-26-MUN-12-MUN-400-69-11-MUN-11-MUN-11-11/17-17-MUN-17-17A-17**

5.   THIS PERMIT IS NOT VALID:

i) On highways other than the King's highways.

ii) When travelling at night: (a) Between one half hour after sunset and one half hour before sunrise unless stated otherwise (see Condition 6).

 (b) (see Condition 6) when road conditions, weather conditions, or visibility make travelling hazardous to the operator or to the driving public if the roadway is: Partly Snow Covered, Fully Snow Covered, Snow Packed, Icy, or there is a Road Closure or Reduced Visibility (ie. visibility is 500m or less) . These conditions align with the Winter Road Conditions posted and defined on the MTO website. Click on the "Travel" tab at: www.mto.gov.on.ca or call MTO's automated service at 1-800-268-4686.
 Travel is also not allowed at night at anytime throughout the year if continuous use of windshield wipers is required.
If any of these conditions are encountered en route, the operator must proceed to the nearest rest/emergency stop or point off the travelled portion of the highway considered to be sufficiently removed from traffic so as not to constitute a hazard, or as directed by a police officer or other officer designated under the HTA.

iii) At any time when persons and vehicles on the highway are not clearly discernible at a distance of 150 metres or less due to insufficient light or unfavourable atmospheric conditions.

iv) On Fridays from 3 pm to midnight, during the months of July and August in Northern Ontario and June, July and August in Southern Ontario, except for loads with an overall height up to and including 4.26 metres and with an overall weight not more than 63,500kg.

v) On Sundays from noon to midnight during the months of July and August in Northern Ontario and June, July and August in Southern Ontario.

vi) On a holiday unless stated otherwise on the face of the permit. A holiday includes each of the statutory holidays defined in the Legislation Act, 2006 and the first Monday of the month of August with the exception of Easter Monday.

vii) On the preceding day of a holiday from noon to midnight unless otherwise stated on the face of the permit.

NOTE: For the purposes of this restriction the boundary between Northern and Southern Ontario is considered to be :
* The Severn River to Regional Road 169 (formerly Highway 169)
* Regional Road 169 from Washago to Highway 12
* Highway 12, from Regional Road 169 to Highway 7, north of Sunderland
* Highway 7 from Highway 12 to Regional Road 7B (formerly Highway 12 to Regional Road 7B), at Carleton Place

This permit is not valid in combination with any other permit issued under Section 110.
A printed e-mail copy, photocopy or fax copy of this permit is deemed to be an Original

ORIGINAL / ORIGINAL

**SN19130923**

Ontario

Issued By          61 / TAS

Time        **12:45:26**

Date        **Feb 14 2019**

Issued under Section 110 of the Highway Traffic Act. Subject to
conditions on the original permit and this attachment.
**This attachment must be an original and attached/affixed to the
original permit bearing the number above. The original attachment
must be carried in the vehicle and produced on demand of a police
officer or an officer of the ministry.**

* Regional Road 7B to Regional Road 29 (formerly Highway 15), and
* Regional Road 29 to Arnprior

6. THIS PERMIT IS VALID (see Condition 5ii):
   i) between one half hour after sunset and one half hour before sunrise on multi-lane highways with a median for dimensions up to and including a width of 3.05 metres, length of 25 metres, height of 4.26 metres and weight of 63,500 kg providing that conspicuity requirements are met.
   ii) between one half hour after sunset and one half hour before sunrise on two lane highways for dimensions up to and including a height of 4.26 metres and weight of 63,500 kg providing vehicle and load width and length conform to HTA requirements.

7. Conspicuity requirements must be met for night moves. These requirements consist of the extremities being marked with a solid amber lamp(s) visible in the front and rear conforming to SAE Code P2 or P3 with markings to appear on lamp(s). A retro-reflective D or OVERSIZE LOAD sign must be present and shall be made of Level 1, high intensity retro-reflective material (CGSB 62-GP-11M).

8. When the vehicle is operating at speeds more than 20 kilometres per hour below the posted speed limit and/or permit conditions require the presence of escort vehicles, the power unit shall be equipped with an operating 360 degree flashing amber warning lamp(s), mounted at an elevation above the highest point of the vehicle and/or accompanied by an escort vehicle. When the load obstructs the rearward visibility of the warning lamp(s) on the power unit, and no escort is present to the rear, a second 360 degree flashing amber warning lamp shall be required at the back of the load. All warning lamp(s) shall conform to SAE J845 or SAE J1318 of class 1 or 2 standard. Lens must be kept in clean and good condition so as to not diminish the effectiveness of the lamp(s). Warning lamp(s) shall not be illuminated under any other circumstances unless otherwise stated.

9. Mechanical or electrical signalling devices are required on the rear of the load when the load is obstructing the vehicle(s) signal lights.

10. Coupling devices shall have a manufacture's rating equal to, or greater than, both the actual vertical loaded weight and actual towed weight, and coupling devices must comply with HTA, Regulation 618 (Specifications and Standards for Trailer Couplings).

11. This permit must be carried and produced on demand by a police officer or an officer appointed for carrying out the provisions of the HTA.

    THIS PERMIT IS NOT TRANSFERABLE.

12. This permit is issued on condition the permit holder accepts responsibility for any and all damage(s) that may be caused to overhead wires, structures, highways, encroachments or railway right of ways.

13. Permit holder must comply with Ontario Regulation 363/04 - Security of Loads.

14. This permit may be terminated at the discretion of the Registrar of Motor Vehicles for breach of any condition of this permit, or of any other permit, issued to the holder.

This permit is not valid in combination with any other permit issued under Section 110.
A printed e-mail copy, photocopy or fax copy of this permit is deemed to be an Original

ORIGINAL / ORIGINAL

Issued By                61 / TAS

Time      **12:45:26**
Date      **Feb 14 2019**

**Issued under Section 110 of the Highway Traffic Act. Subject to conditions on the original permit and this attachment.**
**This attachment must be an original and attached/affixed to the original permit bearing the number above. The original attachment must be carried in the vehicle and produced on demand of a police officer or an officer of the ministry.**

15.    A permit is issued for the movement of a divisible or an indivisible load when:
i) Height: The load shall not be composed of articles loaded or mounted one on top of the other in a manner that will create additional height.
ii) Width: The load shall not be composed of articles loaded or mounted side by side or crosswise in a manner that create additional width.
iii)Length: The load shall not be composed of articles loaded or mounted one behind the other that will create additional length and any overhang to the rear shall not exceed 4.65 m from the centre of the rearmost axle unless otherwise stated.
A permit is issued for the movement of an indivisible load when:
iv) Weight: The load shall not be composed of more than a single article. Weights authorized under the terms of this permit shall not exceed the Manufacturers Rated Capacity of any vehicle component. When crossing bridges, vehicles over 45,400 kg gross weight must be operated at the lowest practicable speed. Bridge postings and load restrictions pursuant to Part VIII of the HTA apply.

A vehicle and/or load is deemed indivisible when the dimensions or weight limits exceed the HTA, and, if separated into smaller loads or vehicles, would:
(A) Compromise the intended use of the vehicle or load, i.e. make it unable to perform the function for which it was intended,
(B) Destroy the value of the load or vehicle, i.e. make it unusable for its intended purposes or,
(C) Require more than 8 (eight) work hours to dismantle using appropriate resources and equipment.

16.    Vehicles and/or loads in excess of length and/or width prescribed under Section 109 of the HTA shall be marked with four or more bright red or orange warning flags of not less than 40cm square and shall be mounted on the extremities of the vehicle or load. The flag(s) must be kept in good and clean condition so as to not diminish their effectiveness.

17.    Vehicles and/or loads in excess of dimensions prescribed under Section 109 of the HTA shall, in addition to the flags required under Condition 16, display on the front of the vehicle and the rear of the vehicle or load, in a clearly visible position, a sign visible for a distance of at least 150 metres bearing the words "OVERSIZE LOAD" in black letters, measuring at least 200 mm high with lines forming the letters at least 30 mm wide on a yellow background, or a "D" sign (as illustrated in Figure 1) attached. When travelling at night, the sign shall be made of Level 1, high intensity retro-reflective material (CGSB 62-GP-11M). The sign shall be positioned so to not obstruct lights, plates and other safety devices, and shall be removed or covered when not in use.

18.    Where a permit is issued on the condition that the permit holder provides a Private Escort Operator, Warning Vehicle and Equipment:

i) The escort vehicle shall be operated by a person eighteen years of age or older, with at least two years of driving experience and in possession of a valid driver's licence equivalent to at least an Ontario Class G2 driver's licence.

ii) The escort vehicle(s) shall not have more than 2 axles and a wheelbase length of not less than 2.65 metres and shall be equipped with flashing amber warning lamp(s) located on the roof of the escort vehicle. Lighting shall consist of either a rectangular amber bar positioned perpendicular to the length of the escort vehicle or at least one amber warning lamp conforming to standard SAE J845 or J1318 Class 1 or 2. All lights shall be visible on a 360 degree basis from the vehicle. The lenses must be kept in good and clean condition, free from the accumulation of dirt, snow or pit markings, as to not diminish the effectiveness of the lamp. All lamps required throughout this condition must be kept in good working order.

iii) Either a D or an OVERSIZE LOAD sign shall be used. [See D sign (as illustrated in Figure 1) attached. If using an "OVERSIZE LOAD" sign, the letters shall be in black on a yellow background]. The sign shall be mounted on the front and rear,

This permit is not valid in combination with any other permit issued under Section 110.
A printed e-mail copy, photocopy or fax copy of this permit is deemed to be an Original

ORIGINAL / ORIGINAL

Issued By        **61 / TAS**

Time     **12:45:26**
Date     **Feb 14 2019**

**Issued under Section 110 of the Highway Traffic Act. Subject to
conditions on the original permit and this attachment.
This attachment must be an original and attached/affixed to the
original permit bearing the number above. The original attachment
must be carried in the vehicle and produced on demand of a police
officer or an officer of the ministry.**

or on the roof, of the escort vehicle. The sign shall not obstruct warning lights and other safety devices. If mounted on the roof, the sign shall be perpendicular to the length of the escort vehicle and shall be made of durable rigid material and must not interfere with the view of the light bar or warning light and the sign must be printed on both sides of the panel. The sign shall be removed or covered when not in use.

The escort vehicle(s) and towing vehicle(s) shall be equipped with a working two way radio communication device permitting direct communication between the vehicles.

The escort vehicle(s) shall be equipped with a fire extinguisher in effective working order, six 45 cm (18") traffic cones and/or portable reflectors approved by the MTO.

All units, including the escort vehicle(s), will be operated with headlights on when travelling on a highway and shall maintain a distance of 60 to 150 metres from the load being escorted.

CAUTION: Escort vehicles do not have traffic control authority. The escort driver must obey all traffic laws and regulations.

19.    Vehicles operated pursuant to this permit, including those travelling under OPP escort, that have been directed to stop at a highway inspection station by signals or otherwise, shall enter the inspection area and proceed in accordance with posted signals and directions.

20.    Subject to Section 124 of the HTA, charges will be laid for permit violation. Vehicle will be detained until corrected to meet requirements at permittee's expense.

21.    A minimum of 300 metres (1000 feet) is required between any other oversized load travelling in the same direction.

22.    Removal or loss of any page(s) renders this permit void.

23.    OPERATORS WILL BE SUBJECT TO STRICT SPEED ENFORCEMENT BY POLICE. Travel under this permit must be at safe operating speeds, ensuring posted speed limits are adhered to at all times.

24.    This permit is valid only on provincial highways and is issued on condition that the permit holder accepts responsibility for obtaining all municipal permits required along the intended route. Permit holders are advised that since 1997, many areas of highways previously under provincial jurisdiction have been transferred to municipalities with separate permitting requirements.

25.    During the term of this permit, the permit holder may encounter structures where the horizontal or vertical clearances are altered due to construction and may become less than specified on the permit. Before travelling through any construction zone, the permit holder is responsible for contacting the Ministry of Transportation INFO line at 1-800-268-4686 Cellular users can dial *511 or visit Travellers Information Services web site at www.ontario.ca/511. A recorded message will provide an update of current provincial construction projects. Contact the Permit Issuing office during business hours at 1-800-387-7736, ext. 6306 or 416-246-7166 if the route specified on your permit needs amending.

26.    Load dimensions shall not be considered when qualifying a vehicle as SPIF for the purposes of determining weight limits provided all other requirements within the SPIF schedules are met.

This permit is not valid in combination with any other permit issued under Section 110.
A printed e-mail copy, photocopy or fax copy of this permit is deemed to be an Original

SN19130923

Ontario

Issued By     **61 / TAS**

Time    **12:45:26**

Date    **Feb 14 2019**

**Issued under Section 110 of the Highway Traffic Act. Subject to conditions on the original permit and this attachment.**
**This attachment must be an original and attached/affixed to the original permit bearing the number above. The original attachment must be carried in the vehicle and produced on demand of a police officer or an officer of the ministry.**

27. It is the responsibility of the permit holder to ensure that the permit holder can produce a copy of this permit. Cellular coverage may be limited in certain areas. If the permit holder chooses to carry an electronic version of this permit, the permit holder may choose to ensure that the permit is downloaded to a handheld device or tablet prior to departure or elect to carry a hard copy, paper version of the permit. By choosing to carry and surrender an electronic permit, the permit holder consents to the temporary surrender of the hand held device or tablet upon the request of a police officer or officer of the ministry appointed for carrying out the provisions of the Highway Traffic Act.

28. If the permit holder chooses to carry an electronic version of this permit, the permit holder must, upon request and as soon as reasonably practicable, email a copy of this permit to a police officer or officer appointed for the carrying out the provisions of the Highway Traffic Act.

29. Permit holder is hereby advised that numerous height and/or width restrictions exist along the intended route as listed on the attached 5 page Restriction Report. A copy of the report forms part of this permit and must accompany the permit at all times. Permit holder is responsible for adjusting the load to the indicated dimensions or diverting the load around the restriction(s) on alternate routes subject to Condition 12. Where either vertical or horizontal restrictions are within 0.3 metres of the load dimensions, the permit holder shall operate at the lowest practical speeds to ensure safe passage.

30. No convoy moves are permitted. En route, a minimum spacing of 10 km is to be maintained between vehicles/loads. Where multiple vehicles/loads are originating from a single location, departures shall be staggered at no less than 20 minutes. Where multiple carriers are operating from a common origin, they shall be jointly responsible to manage their respective departures in order to achieve the 20-minute separation. A departing carrier is responsible for ensuring that the vehicle/load ahead has been en route for a minimum of 20 minutes.

31. The overheight privileges contained in this permit are void when the load is carried on a standard height semi-trailer.

32. The power unit must have a Registered Gross Weight (RGW) of not less than the weight authorized by this permit to a maximum of 63,500kgs on an Ontario registration permit or an Ontario apportioned International Registration Plan (IRP) cab card . If the power unit is not registered in Ontario or the IRP cab card is not apportioned for Ontario, the carrier must obtain an Ontario Temporary Registration permit for a LADEN commercial vehicle.

33. This permit is not valid for vehicles travelling in the directions entering the Greater Toronto Area (GTA) between the hours of 7:00am to 9:30am and vehicles travelling in the directions exiting the GTA between the hours of 3:30pm to 6:30pm in the area described as being west of Thickson Rd (Hwy 401); south of King Road (Hwy 400) or Stouffville Road (Hwy 404); and east of Trafalgar Road (Hwy 401), Hwy 8 (Hwy403) to junction 403/407ETR/QEW (QEW).

   This permit is not valid for vehicles travelling in the directions exiting the GTA between the hours of 7:00 to 9:30 am, and vehicles travelling in the directions entering the GTA between the hours of 3:30 to 6:30pm in the area described as being west of Whites Road (Hwy 401); south of King Road (Hwy 400) or Stouffville Road (Hwy 404; and east of Hwy 10 (Hwy 401) or Bronte Road (QEW).

34. Speed limit on bridges not to exceed 40 km per hour.

35. No travel is allowed when road conditions, weather conditions, or visibility make travelling hazardous to the operator or to the driving public. Conditions shall be deemed to be hazardous upon any accumulation of ice or snow on the roadway or if the continuous use of windshield wipers is required. Vehicles that are underway when inclement weather occurs shall exit the

This permit is not valid in combination with any other permit issued under Section 110.
A printed e-mail copy, photocopy or fax copy of this permit is deemed to be an Original

ORIGINAL / ORIGINAL

Case 2:19-cv-01620-RFB-NJK   Filed 02/14/19   Page 9 of 73   Document 6-2

Ontario

Time 12:45:26
Date Feb 14 2019

Issued By 61 / TAS

**Issued under Section 110 of the Highway Traffic Act. Subject to conditions on the original permit and this attachment. This attachment must be an original and attached/affixed to the original permit bearing the number above. The original attachment must be carried in the vehicle and produced on demand of a police officer or an officer of the ministry.**

road at the first available location and park in a safe place until the weather and road conditions clear.

36.   Carrier is not authorized travel on the named below highway portion due to height restriction:

Highway Underpass:
N JCT HWY 400, IC147, REG RD 16(E)|05|U|N |1|4.4|M



This permit is not valid in combination with any other permit issued under Section 110.
A printed e-mail copy, photocopy or fax copy of this permit is deemed to be an Original

ORIGINAL / ORIGINAL

ETTST1

```
                        RESTRICTION REPORT
                        ------------------
LOAD INFORMATION
----------------
HEIGHT = 4.6      WIDTH = 3.1      WEIGHT = 50        LOAD TYPE = 2
TRAVEL ROUTE INFORMATION
------------------------
  ENTRY NO.  HIGHWAY NUMBER.  BEGINNING DISTANCE  END DISTANCE   DIR. OF TRAVEL
     1            5                59.4               73.9           E
     2            6                79.5              102.7           N
     3           10                50.4               81.6           N
     4           26                18.3               39.8           S
     5           12               119.4              138.0           N
     6          400               136.8              214.9           N
     7           69                 0.0               59.0           N
     8           11               270.6             1341.8           N
     9           11              1341.8             1527.1           N
    10           17              1624.7             2030.5           W
```

```
                         TIME  12.28
                         DATE FEB  14, 2019
```

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 11 of 73   Document 6-2

```
                RESTRICTIONS OCCUR AT THE FOLLOWING PLACES                PAGE NO:   1
```

| DISTAN / REF. | IDENTIFICATION | G NO | C O D E | D I R W | R D W Y | HOR CL. | L A N E | VER CL. | POST LOAD | D I S T | C T Y | SITE | R E V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| --->  | HWY.  11 | | | | | | | | | | | | |
| 835.0 | GOLF AVE - IN KAPUSKASING |  |  | | | | | | | | | | |
|  | ** MAY CONTAIN RESTRICTIONS ** | | | | | | | | | | | | |
|  | ** CONTACT THE CITY OF      ** | | | | | | | | | | | | |
|  | ** KAPUSKASING             ** | | | | | | | | | | | | |
| 836.5 | LILY RIVER |  | O | | | | | | | 16 | 39W | 0076 | |
|  | ** MAY CONTAIN RESTRICTIONS ** | | | | | | | | | | | | |
|  | ** CONTACT THE CITY OF      ** | | | | | | | | | | | | |
|  | ** KAPUSKASING             ** | | | | | | | | | | | | |
| 837.3 | CLEAR LAKE RD |  | | | | | | | | | | | |
|  | ** MAY CONTAIN RESTRICTIONS ** | | | | | | | | | | | | |
|  | ** CONTACT THE CITY OF      ** | | | | | | | | | | | | |
|  | ** KAPUSKASING             ** | | | | | | | | | | | | |
| 839.8 | RICHMOND AVE |  | | | | | | | | | | | |
|  | ** MAY CONTAIN RESTRICTIONS ** | | | | | | | | | | | | |
|  | ** CONTACT THE CITY OF      ** | | | | | | | | | | | | |
|  | ** KAPUSKASING             ** | | | | | | | | | | | | |
| 842.2 | BRUNELLE RD |  | | | | | | | | | | | |
|  | ** MAY CONTAIN RESTRICTIONS ** | | | | | | | | | | | | |
|  | ** CONTACT THE CITY OF      ** | | | | | | | | | | | | |
|  | ** KAPUSKASING             ** | | | | | | | | | | | | |
| 843.8 | KAPUSKASING R. (E. BRANCH) |  | O | | | | | | | 16 | 39W | 0075 | 01 |
|  | ** MAY CONTAIN RESTRICTIONS ** | | | | | | | | | | | | |
|  | ** CONTACT THE CITY OF      ** | | | | | | | | | | | | |
|  | ** KAPUSKASING             ** | | | | | | | | | | | | |
| 843.9 | KAPUSKASING R. (W. BRANCH) |  | O | | | | | | | 16 | 39W | 0074 | 01 |
|  | ** MAY CONTAIN RESTRICTIONS ** | | | | | | | | | | | | |
|  | ** CONTACT THE CITY OF      ** | | | | | | | | | | | | |
|  | ** KAPUSKASING             ** | | | | | | | | | | | | |
| 845.2 | DE L'ETANG BLVD |  | | | | | | | | | | | |
|  | ** MAY CONTAIN RESTRICTIONS ** | | | | | | | | | | | | |
|  | ** CONTACT THE CITY OF      ** | | | | | | | | | | | | |
|  | ** KAPUSKASING             ** | | | | | | | | | | | | |

```
              TIME:  12.28   DATE: FEB  14, 2019
```

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 12 of 73   Document 6-2

| DISTAN / REF. | IDENTIFICATION | G NO | C O D E | D I R D E | R D W Y | HOR CL. | L A N E | VER CL. | POST LOAD | D I S T | C T Y | SITE | R E V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ---> | HWY.   11 | | | | | | | | | | | | |
| 846.6 | RIVERSIDE DR ** MAY CONTAIN RESTRICTIONS ** ** CONTACT THE CITY OF ** ** KAPUSKASING ** | | | | | | | | | | | | |
| 847.5 | MCPHERSON AVE ** MAY CONTAIN RESTRICTIONS ** ** CONTACT THE CITY OF ** ** KAPUSKASING ** | | | | | | | | | | | | |
| 939.7 | E JCT SEC HWY 583(W) ** MAY CONTAIN RESTRICTIONS ** ** CONTACT THE CITY OF ** ** HEARST ** | | | | | | | | | | | | |
| 940.4 | FONTAINE DR(N)- IN HEARST ** MAY CONTAIN RESTRICTIONS ** ** CONTACT THE CITY OF ** ** HEARST ** | | | | | | | | | | | | |
| 940.8 | C.N.R. ** MAY CONTAIN RESTRICTIONS ** ** CONTACT THE CITY OF ** ** HEARST ** | | | | | | | | | | | | |
| 941.0 | W JCT SEC HWY 583(W) NINTH ST(E) ** MAY CONTAIN RESTRICTIONS ** ** CONTACT THE CITY OF ** ** HEARST ** | | | | | | | | | | | | |
| ---> | HWY.   12 | | | | | | | | | | | | |
| 138.0 | N JCT HWY 400,IC147,REG RD 16(E) | 05 | U | N | | | 1 | 4.4 | | 05 | 30 | 0456 | 03 |
| ---> | HWY.   17 | | | | | | | | | | | | |
| 1908.4 | W JCT SEE HWY 601 ** MAY CONTAIN RESTRICTIONS ** ** CONTACT CITY OF DRYDEN ** | | | W E | | | 2 2 | 4.8 4.8 | | | | | 02 |

TIME:  12.28    DATE: FEB  14,  2019

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 13 of 73   Document 6-2

RESTRICTIONS OCCUR AT THE FOLLOWING PLACES                PAGE NO:   3

```
-------------------------------------------------------------------------------
DISTAN|      IDENTIFICATION          |G |C|D|R |HOR|L|VER|POST|D | C  SITE|R |
/ REF.|                              |NO|O|I|D |CL.|A|CL.|LOAD|I | T      |E |
      |                              |  |D|R|W |   |N|   |    |S | Y      |V |
      |                              |  |E| |Y |   |E|   |    |T |        |  |
-------------------------------------------------------------------------------
 --->  | HWY.   17                   |  | | |  |   | |   |    |  |        |  |
       |                             |  | | |  |   | |   |    |  |        |  |
1909.6 |DURANCE ST - IN DRYDEN       |  | | |  |   | |   |    |  |        |  |
       |   ** MAY CONTAIN RESTRICTIONS ** |   | |  |   | |   |    |  |     |  |
       |   ** CONTACT THE CITY OF      ** |   | |  |   | |   |    |  |     |  |
       |   ** DRYDEN                   ** |   | |  |   | |   |    |  |     |  |
       |                             |  | | |  |   | |   |    |  |        |  |
1909.7 |PEDESTRIAN SKYWAY            |  |U|W|  |   |1|5.2|    |  |        |01|
       |   ** MAY CANTAIN RESTRICTIONS ** |   |E|  |   |1|5.2|    |  |     |  |
       |   ** CONTACT THE REGIONAL     ** |   | |  |   | |   |    |  |     |  |
       |   ** MUNICIPALITY OF DRYDEN   ** |   | |  |   | |   |    |  |     |  |
       |    OF  DRYDEN               |  | | |  |   | |   |    |  |        |  |
       |                             |  | | |  |   | |   |    |  |        |  |
1909.9 |E JCT SEC HWY 594            |  | | |  |   | |   |    |  |        |  |
       |   ** MAY CONTAIN RESTRICTIONS ** |   | |  |   | |   |    |  |     |  |
       |   ** CONTACT THE CITY OF      ** |   | |  |   | |   |    |  |     |  |
       |   ** DRYDEN                   ** |   | |  |   | |   |    |  |     |  |
       |                             |  | | |  |   | |   |    |  |        |  |
1912.5 |MARGUERITE ST                |  | |W|  |   |2|4.8|    |  |        |02|
       |   ** MAY CONTAIN RESTRICTIONS ** |   |E|  |   |2|4.8|    |  |     |  |
       |   * CONTACT THE CITY OF DRYDEN*  |   | |  |   | |   |    |  |     |  |
       |                             |  | | |  |   | |   |    |  |        |  |
1913.2 |ANTON RD(S), LEACH RD(N)     |  | | |  |   | |   |    |  |        |  |
       |   ** MAY CONTAIN RESTRICTIONS ** |   | |  |   | |   |    |  |     |  |
       |   ** CONTACT THE CITY OF      ** |   | |  |   | |   |    |  |     |  |
       |   ** DRYDEN                   ** |   | |  |   | |   |    |  |     |  |
       |                             |  | | |  |   | |   |    |  |        |  |
 _     |                             |  | | |  |   | |   |    |  |        |  |
 --->  | HWY.   26                   |  | | |  |   | |   |    |  |        |  |
       |                             |  | | |  |   | |   |    |  |        |  |
  39.8 |REG. RD. 91 (FORMERLY HWY. 91)|  | | |  |   | |   |    |  |       |  |
       |   ** MAY CONTAIN RESTRICTIONS ** |   | |  |   | |   |    |  |     |  |
       |   ** CONTACT THE REGIONAL     ** |   | |  |   | |   |    |  |     |  |
       |   ** MUNICIPALITY OF SIMCOE   ** |   | |  |   | |   |    |  |     |  |
       |                             |  | | |  |   | |   |    |  |        |  |
```

TIME:  12.28    DATE: FEB  14,  2019

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 14 of 73   Document 6-2

ETTST2

```
                         RESTRICTION REPORT
                         ------------------
LOAD INFORMATION
----------------
HEIGHT = 4.6    WIDTH = 3.1    WEIGHT = 50      LOAD TYPE = 2
TRAVEL ROUTE INFORMATION
------------------------
 ENTRY NO.   HIGHWAY NUMBER.  BEGINNING DISTANCE  END DISTANCE   DIR. OF TRAVEL
    1            17A                  0.1             33.5            W
    2            17                 2059.5           2097.9           W

      **** NO RESTRICTIONS FOUND ****




                         TIME  12.30
                         DATE FEB  14, 2019
```

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 15 of 73   Document 6-2

  

**Permit No. / N° de permis: OM1902013870**

Requestor/Demandeur: ERIC HICKSON
Effective Date/Date d'entrée en vigueur: Feb 20, 2019
Expiry Date/Date d'expiration: Feb 24, 2019
Date and time of issue /
Date et heure de délivrance: Feb 15, 2019  16:33

**EQUIPMENT EXPRESS INC**
60 WANLESS COURT
AYR ON  N0B 1E0

Permit Type / Type de permis : One Move

| Permit issued under authority of Section 87 of *The Highway Traffic Act, C.C.S.M. c. H60* | Permis délivré en vertu de l'article 87 du *Code de la route, C.C.S.M. c. H60* |
|---|---|

| APPLICABLE TRAFFIC AUTHORITY: / AUTORITÉ CONCERNÉE CHARGÉE DE LA CIRCULATION : | Province of Manitoba / Province du Manitoba | X | City of Winnipeg / Ville de Winnipeg | ☐ | City of Brandon / Ville de Brandon | ☐ |
|---|---|---|---|---|---|---|

**Load / Charge:** NON DIVISIBLE LOAD - GENSET

| Power Unit/Unité motrice | Unit 2/Unité 2 | Unit 3/Unité 3 | Unit 4/Unité 4 |
|---|---|---|---|
| TRUCK TRACTOR - HEAVY HAUL | JEEP (ARTICULATING) - 1DOLLY | SEMI TRAILER - LOWBED | BOOSTER (ARTICULATING) - |

**Year/Make / Année/Modèle:** 2013 / KENWORTH
**VIN/VIN:** 961204
**License Plate/Plaque d'immatriculation:** 3992PS , ON
**NSC/DOT No/N° CNS/DOT:** 089-148-116

**Length (m)/ Longeur (m):** 35.97          **Width (m)/Largeur (m):** 3.05
**Height (m)/Hauteur (m):** 4.42          **Front Projection (m)/Saillie frontale (m):** 0.00
**RRF (kg)/F.P.E(kg):** 62,500
**Gross Vehicle Weight (kg)/Poids nominal brut du véhicule (kg):** 78,900

**Axle Group Weights and Spacings / Poids et écartements du groupe d'essieux**

| Axle Group/Groupe d'essieux: | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Axles/Essieux: | (1) | (2 – 3) | (4 – 5) | (6 – 8) | (9) |
| Weight (kg)/Poids (kg): | 6100 | 18200 | 18200 | 27300 | 9100 |
| Combined short spacing weight (kg)/ Coefficient de pondération (kg): | | | | | |
| Min Tire Size (mm)/ Taille min. de pneu (mm): | 305 | 305 | 275 | 275 | 275 |
| Number of Tires/Nombre de pneus: | 2 | 8 | 8 | 12 | 4 |
| Spacing (m)/Écartement (m): | 5.51 | 4.42 | 13.72 | 4.27 | |

**Origin/Origine:** ON LINE
**Destination/Destination:** SK LINE
**Route/Route:** PTH 1, PTH 101, PTH 1

**Notes/ Remarques:**

1.   Axle groups not identified in this Permit must maintain legal allowable weight as defined in Manitoba Regulation 575/88.

Le poids en charge des groupes d'essieux qui n'apparaissent pas sur le formulaire de permis doit respecter les conditions du Règlement du Manitoba 575/88.

2. Pursuant to subsection 87(2) of *The Highway Traffic Act*, the following persons must comply with the conditions set out in this Permit : the permit holder, each person who operates a vehicle under this Permit, each owner of a vehicle operating under this Permit (including those persons described in subsection 87(1.1) of *The Highway Traffic Act*), and each person who drives a vehicle or moves property by vehicle under this Permit. The permit holder and other persons described in Note#2 above are responsible to ensure that all dimensions, weights and other information shown in this Permit is complete and correct. If there is any inaccuracy, the Manitoba Permit Office must be notified immediately and in no event shall a vehicle be operated or driven or property moved without this permit having been amended accordingly or replaced by the Manitoba Permit Office.

Conformément au paragraphe 87 ( 2 ) du Code de la route , les personnes suivantes doivent se conformer aux conditions énoncées dans le présent permis : le titulaire du permis , chaque personne qui conduit un véhicule en vertu du présent permis , chaque propriétaire d'un véhicule fonctionnant sous ce permis ( y compris les personnes visées au paragraphe 87 ( 1.1 ) de la Loi sur la route ) , et chaque personne qui conduit un véhicule ou déplace des biens par véhicule en vertu de ce permis . Le titulaire d'un permis et d'autres personnes décrites à la note 2 ci-dessus doivent veiller à ce que toutes les dimensions, poids et autres informations figurant dans ce permis est complète et correcte. Si il est une inexactitude, le Bureau des permis du Manitoba doit être notifiée immédiatement et en aucun cas d'un véhicule soit utilisé ou conduit ou d'un bien déplacé sans ce permis ayant été modifiée en conséquence ou remplacée par le Bureau des permis Manitoba.

3. This Permit is subject to cancellation in accordance with subsection 87(2.1) of *The Highway Traffic Act*.

Ce permis est soumis à l'annulation conformément au paragraphe 87 ( 2.1) du Code de la route.

Notwithstanding the issuance of this Permit, some roadways may be under construction, and movement on these roadways may be restricted.  Any person relying on this Permit must drive in a reasonable and prudent manner, having regard to road and weather conditions.  Road information can be obtained from:

<u>Traffic Authority</u>:

Province of Manitoba:     Manitoba Highway Information at (204) 945-3704 or 1-877-MB Roads or <http://www.gov.mb.ca/roadinfo>

The City of Winnipeg:     <http://www.winnipeg.ca/publicworks/LaneClosures/laneclosures.asp>

City of Brandon:     (204) 729-2214 during office hours (Monday to Friday 8:30 to 17:00) or <http://www.brandon.ca/Main.nsf/Pages+By+ID/889>

Notwithstanding the issuance of this Permit, the provisions of all applicable federal and provincial Acts and regulations , as well as any and all applicable by-laws of The City of Winnipeg and the City of Brandon, shall continue to apply and must be complied with at all times.

None of the Province of Manitoba, The City of Winnipeg or the City of Brandon shall  be responsible for any personal injury (including death), property damage, or any other loss or damage caused by or arising from the operation or driving of a vehicle or the movement of property by vehicle pursuant to this Permit.

The Province of Manitoba, The City of Winnipeg and the City of Brandon, and their respective officers, employees and agents, shall be indemnified and saved harmless by the persons described in Note #2 above, on a joint and several basis, from and against any and all claims, demands, actions, losses, damages and costs including, without limitation, legal costs on a solicitor and own client basis, arising from either or both of the following:

(i)   the provision of incomplete or inaccurate information to the Manitoba Permit Office , as set out in this Permit; or

4.     The permit holder agrees that all dimensions and weights shown are correct and that the permit holder accepts all responsibility for any personal injury or property damage caused by the movement for any and all reasons, including routing error, act or omission by the Province of Manitoba, City of Winnipeg or the City of Brandon.

Le titulaire du permis reconnaît que les poids et dimensions inscrits sont corrects, et il prend l'entière responsabilité pour tout préjudice corporel ou dommage matériel causé par le flot de circulation pour quelque raison que ce soit, y compris les erreurs d'acheminement, les actions ou les omissions de la part de la Province du Manitoba, de la Ville de Winnipeg et de la Ville de Brandon.

**Conditions:**

Escorts Overlength:  One (1) rear escort is required between sunrise and sunset (Daytime) when the vehicle and/or load lexceeds 30.0 metres long (except heavy haul configurations with jeeps and/or boosters - see below).

One (1) rear escort is required between sunrise and sunset (Daytime) for combinations of heavy haul equipment exceeding 31.0 metres long (truck tractor and semitrailers that include a jeep and/or booster (s).

Loads exceeding 31.0 metres long travelling in the City of Brandon may require a police escort.  Carriers are responsible for contacting Brandon Police Services (204-729-2322) prior to move and all fees.

Convoying:   Only two (2) oversized vehicles are permitted as part of the convoy

Each oversized vehicle can not exceed 35 m in length.

The convoy requires 3 escort vehicles. One escort vehicle is to travel in front of the first oversized vehicle, one escort is to travel between the first and second oversized vehicle and one escort is to travel at the rear of last oversized unit. All vehicles traveling in the convoy (including escort vehicles) are to maintain a minimum spacing of 300 m and a maximum spacing of 500 m between vehicles.

The following vehicle configurations cannot travel between sunset and sunrise:

A vehicle, with a rear projection that exceeds 25.0m overall length.

A vehicle, exceeding 30.0m overall length.

This condition does not apply to Long Combination Vehicles.

The permit holder is responsible for all horizontal and vertical clearances along the route and for any and all damage incurred while operating under permit.   The permit holder must comply with any posted weight restrictions.

Permit is not valid through any restricted roadway and/or construction site along the route unless permission is granted by the Project Manager Engineer.  The permit holder is responsible for the removal and replacement of highway signs and hazard makers as applicable.

Permit holders must immediately report any traffic incidents using the  Incident Report Form .  Please email or fax your completed form to Permit Services within 48 hours of the incident. The form is located at: http://www.gov.mb.ca/mit/mcd/mcpd/index.html.

The permit holder is responsible for obtaining all municipal permits required along the intended route.

Not valid on highways where the City of Winnipeg is the Traffic Authority .

Non valide sur les routes pour lesquelles la Ville de Winnipeg est l'autorité chargée de la circulation.

Not valid on highways where the City of Brandon is the Traffic Authority .

Non valide sur les routes pour lesquelles la Ville de Brandon est l'autorité chargée de la circulation.

**The following appendix/appendices must be attached to the permit in order to be valid./Pour être valide, l'annexe suivante doit être jointe au permis:** 1

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 18 of 73   Document 6-2

**Permit Agent Signature /**
**Signature de l'agent des permis:**

**Date: <u>Feb 15, 2019</u>**

## PERMIT COSTS (CAD)/ COÛTS DU PERMIS (CAD):  **Manitoba**

| | |
|---|---:|
| Temporary Registration / Immatriculation temporaire | $0.00 |
| Motive Fuel Tax / Taxe sur le carburant | $0.00 |
| Authority / Autorité | $0.00 |
| Overdimensional / Véhicule surdimensionné | $18.00 |
| Overweight Fees / Frais de surcharge | $165.24 |
| Misc / Divers | $0.00 |
| Total/Total | $183.24 |

**(APPENDIX 1)**

**MIT Travel Restrictions**

**Section 1 – Interpretation**

**1. In this appendix "Seasonal Months" are defined as being from the Friday preceding the May (Victoria Day) long weekend to the Tuesday following the September (Labour Day) long weekend.**

**"Seasonally Restricted Routes" are:**

| | | |
|---|---|---|
| PTH 1: | - | Falcon Lake to Manitoba/Ontario border |
| PTH 6: | - | All |
| PTH 8: | - | All |
| PTH 9: | - | All |
| PTH 10: | - | U.S. border to Riding Mountain National Park |
| PTH 11: | - | North of Hwy 44 |
| PTH 12: | - | North of Hwy 15 |
| PTH 15: | - | All |
| PTH 16: | - | All |
| PTH 44: | - | All |
| PTH 59: | - | West Boundary of the Brokenhead I. R. to Grand Beach; and |
| | | - South Perimeter to St. Malo |
| PR 214:- | | All |
| PR 307: | - | All |
| PR 313:- | | All |
| PR 317: | - | All |

**"Statutory Holidays *or day observed"* are:**

| | |
|---|---|
| New Years Day | January 1st |
| Louis Riel Day | the third Monday in February |
| Good Friday | the Friday preceding Easter Sunday |
| Victoria Day | the Monday preceding May 25th |
| Canada Day | July 1st |
| Labour Day | the first Monday in September |
| Thanksgiving Day | the second Monday in October |
| Christmas Day | December 25th |

**Section 2 – Application**

# Width Restrictions

**No restriction on travel, except for the following during seasonal months only:**

| WIDTH | RESTRICTION |
|---|---|
| If the overall width is greater than 3.4 m. | On seasonally restricted routes, vehicle must be off the highway by 3:00 p.m. on Fridays and days preceding Statutory Holidays; not including Sundays. |
| If overall width is greater than 3.4 m. up to 3.7 m. | On Non Seasonally restricted routes, travel is allowed on 4-lane divided highways** after 3:00 pm on Fridays and days preceding statutory holidays. |

**Sunday Travel**

| | |
|---|---|
| If overall width is up to 3.85 m. | Not allowed to travel on seasonally restricted routes during seasonal months. You are allowed to travel on non-seasonally restricted routes. |
| If overall width exceeds 3.85m | No Sunday travel allowed during seasonal months |

**Statutory Holidays**

| | |
|---|---|
| If overall width is up to 3.4 m. | Allowed to travel on 2-lane non-divided highways |
| If overall width is greater than 3.4 m. up to 3.7 m. | Allowed to travel on 4-lane divided highways** |

**\*\*For the purposes of this appendix, PTH 1 from Headingley to Winnipeg will be granted the same travel privileges as 4-lane divided highways.**

# Length Restrictions

**No restriction on travel, except for the following:**

**Fridays and Days Preceding Statutory Holidays (not including Sundays)**

| LENGTH | RESTRICTION |
|---|---|
| If overall length is greater than 26 m., regardless of vehicle combination type. | Must be off the highways by 3:00 p.m. on seasonally restricted routes during seasonal months. |
| | |
| **Sunday Travel** | |
| If overall length exceeds 26 m, regardless of vehicle combination type. | <u>Cannot</u> travel on Sundays or Statutory Holidays. |

**(ANNEXE 1)**

**Ministère de l'Infrastructure et des Transports : Restrictions concernant les déplacements**

**Article 1 – Interprétation**

**1. Dans cette annexe, les « mois saisonniers » correspondent à la période entre le vendredi qui précède la longue fin de semaine de mai (fête de la Reine) et le mardi qui suit la longue fin de semaine de septembre (fête du Travail).**

**« Routes assujetties à des restrictions saisonnières » :**

| | |
|---|---|
| RPGC no 1 : | De Falcon Lake à la frontière entre le Manitoba et l'Ontario |
| RPGC no 6 : | Ensemble du parcours |
| RPGC no 8 : | Ensemble du parcours |
| RPGC no 9 : | Ensemble du parcours |
| RPGC no 10 : | De la frontière entre le Manitoba et les États-Unis au parc national du Canada du Mont-Riding |
| RPGC no 11 : | Au nord de la route 44 |
| RPGC no 12 : | Au nord de la route 15 |
| RPGC no 15 : | Ensemble du parcours |
| RPGC no 16 : | Ensemble du parcours |
| RPGC no 44 : | Ensemble du parcours |
| RPGC no 59 : | De la limite ouest de la réserve indienne Brokenhead à Grand Beach |
| | De la route périphérique Sud à Saint-Malo |
| RPS no°214 : | Ensemble du parcours |
| RPS no°307 : | Ensemble du parcours |
| RPS no°313 : | Ensemble du parcours |
| RPS no°317 : | Ensemble du parcours |

**« Jours fériés ou jours d'observation de jours fériés » :**

| | |
|---|---|
| Jour de l'An : | Le 1er janvier |
| Jour de Louis Riel : | Le troisième lundi de février |
| Vendredi saint : | Le vendredi précédant le dimanche de Pâques |
| Fête de la Reine : | Le lundi précédant le 25 mai |
| Fête du Canada : | Le 1er juillet |
| Fête du Travail : | Le premier lundi de septembre |
| Action de grâces : | Le deuxième lundi d'octobre |
| Noël : | Le 25 décembre |

**Article 2 – Application**

## Restrictions de largeur

**Aucune restriction sur les déplacements, sauf les restrictions suivantes applicables pendant les mois saisonniers uniquement :**

| LARGEUR | RESTRICTION |
|---|---|
| Si la largeur totale est supérieure à 3,4 m : | Les véhicules ne peuvent pas circuler sur les routes assujetties aux restrictions saisonnières après 15 h le vendredi et les jours précédant un jour férié, sauf les dimanches. |
| Si la largeur totale est supérieure à 3,4 m mais inférieure à 3,7 m : | Sur les routes non assujetties aux restrictions saisonnières, les déplacements sur les routes à chaussées séparées à quatre voies** sont permis après 15 h les vendredis et les jours précédant les jours fériés. |

**Déplacements le dimanche**

| | |
|---|---|
| Si la largeur totale est inférieure à 3,85 m : | Les déplacements sur les routes assujetties à des restrictions saisonnières sont interdits pendant les mois saisonniers. Les déplacements sur les routes non assujetties aux restrictions saisonnières sont autorisés. |
| Si la largeur totale est supérieure à 3,85 m : | Aucun déplacement n'est autorisé le dimanche pendant les mois saisonniers. |

**Jours fériés**

| | |
|---|---|
| Si la largeur totale est inférieure à 3,4 m : | Les déplacements sur les routes à chaussées non-séparées à deux voies sont autorisés. |
| Si la largeur totale est supérieure à 3,4 m mais inférieure à 3,7 m : | Les déplacements sur les routes à chaussées séparées à quatre voies sont autorisés**. |

**\*\*Aux fins de la présente annexe, la RPGC n° 1 entre Headingley et Winnipeg bénéficie des mêmes privilèges de déplacement qu'une route à chaussées séparées à quatre voies.**

## Restrictions de longueur

**Aucune restriction sur les déplacements, sauf les suivantes :**

**Restrictions imposées les vendredis et les jours précédant un jour férié (sauf les dimanches)**

| LONGUEUR | RESTRICTION |
|---|---|
| Si la longueur totale est supérieure à 26 m, peu importe le type d'ensemble de véhicules : | Les déplacements sur les routes assujetties à des restrictions saisonnières sont interdits pendant les mois saisonniers. |
| **Déplacements le dimanche :** | |
| Si la longueur totale est supérieure à 26 m, peu importe le type d'ensemble de véhicules : | Les déplacements sont interdits les dimanches ou les jours fériés. |


PERSUANT TO THE AUTHORITY VESTED IN THE REGISTRAR UNDER THE PROVISIONS OF THE TRAFFIC SAFETY ACT, PERMISSION IS HEREBY GRANTED TO:

| | |
|---|---|
| Equipment Express Inc.<br>60 Wanless Court<br>R R #1<br>Ayr, ON N0B 1E0<br>Canada | **Requested by: ERIC by Web Interface**<br>**Effective Date: February 21, 2019**<br>**Expiry Date: February 27, 2019** |

Issued On: February 21, 2019 at 08:56 AM
Last Revised On: February 21, 2019 at 09:39 AM
Issued By:

**Permit Type:  Single Trip Overweight / Overdimension Permit**

**Route:**

| **From:** | | **To:** | |
|---|---|---|---|
| Province: | Alberta | Province: | Alberta |
| City: | | City: | |
| Address: | | Address: | |
| LLD: | | LLD: | |
| Named Loc: | AB SK1 | Named Loc: | AB INT4 |
| Approx?: | No | Approx?: | No |

Distance:  259.514          High Load Corridor Distance:    0

Via Highways (in sequence):    **See Note:**

  H1;T120;H3;H36;H4

**Approval status for the use of the roads listed on this permit under the jurisdiction of:**

| Jurisdiction | Valid From | Valid To | Distance |
|---|---|---|---|
| The Province of Alberta | Feb 21, 2019 | Feb 27, 2019 | 241.274 km |
| Cypress County | Feb 22, 2019 09:45:00 AM | | 18.24 km |

**The use of any roads under the jurisdiction of a road authority listed above is prohibited unless valid dates are listed in this permit or specific approval has been obtained from the road authority.**

**The use of any roads under the jurisdiction of a road authority not listed above is prohibited unless prior approval has been obtained from the road authority.**

**Commodity:**

Commodity:  Gen Set              Serial Number:              Customer Ref:

Owner:      AVL

Attachments:


| **Total Fee:** | **$43.75** | THIS IS NOT AN INVOICE. |
|---|---|---|
| | | THIS IS A COPY FOR YOUR RECORDS. |

## Vehicle:

Plate:  1931PS    Juris: ON    Plate Issue:       Class:       Registered Weight:  62,500

Registration Permit Wt:    New Registration Class:       Prorate Wt:  62,500    Prorate No:  1090964

## Configuration:

tractor - jeep - semi trailer - mech booster



*Note: This diagram is a schematic of vehicle configuration and load.  If the permitted vehicle axles and components are not as shown, please contact the Central Permit Office.*

## Dimensions:

| Over-all: | Width: | 3.05 | Height: | 4.42 | Length: | 35.88 |
|---|---|---|---|---|---|---|
| Trailer: | Length: | 0.00 | Wheelbase: | 0.00 | Track Width: | 0.00 |
| Overhang: | Front: | 0.00 | Rear: | 1.19 | | |

## Weights:

| Axle Group | Axles in Group | Wheels | Minimum Tire Size | Axle Weight, kg | Over Weight, kg | Axle Fee | | Combined Axles | Minimum Inter-Axle Spacing | Maximum Combined Weight, kg |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2 | 11 | 5500 | | | | | | |
| 2 | 2 | 8 | 235 | 14200 | | | | 1+2 | 5.92 | 0 |
| 3 | 2 | 8 | 235 | 14200 | | | | 2+3 | 4.72 | 46000 |
| 4 | 3 | 12 | 235 | 25000 | 1000 | 8 | | 3+4 | 13.49 | 50000 |
| 5 | 1 | 4 | 235 | 6800 | | | | 4+5 | 4.27 | 39000 |

| | | |
|---|---|---|
| Gross Weight(kg): | 65,700 | |
| Base Weight(kg): | 72,700 | |
| Overweight(kg): | 3,200 | |

| | |
|---|---|
| **Axle Overload Fees:** | **$8.00** |
| **Gross Vehicle Weight Fee:** | **$20.00** |
| **Municipal Fees:** | **$15.00** |

## General Conditions - Unless stated otherwise

Permission from local, municipal, and urban authorities shall be obtained prior to travelling on their roads.

Legal weights and dimensions apply except where noted otherwise.


Notwithstanding the permitted axle weights indicated on this permit, a tolerance of plus or minus 2,000 kg. will be allowed on the axle weights, without adjustment to the permit fee or being in violation of the permit, provided that the actual axle weights do not exceed the seasonal allowables.  This tolerance applies to axle weights only and not to the permitted Gross Vehicle Weight.

FOR MOVEMENT ON LONG WHEELBASE TRACTOR

Unless otherwise stated, tractor wheelbase cannot exceed 6.8m on all  overweight or overdimensional permits.  This does not apply to winch, picker, or bed trucks as defined in the Commercial Vehicle Dimension and Weight Regulation.

GENERAL CONDITIONS OF PERMIT

This permit is valid only if:

a) a copy of the latest revision of the permit document is carried in the vehicle, or
b)  the driver knows the permit number.

In all cases, the driver must be aware of, and be in compliance with, all permit conditions.

FOR MOVEMENT OF OVERDIMENSIONAL LOADS THROUGH LANE RESTRICTION

Permit holder must obtain permission from contractor a minimum of one working day in advance of movement through lane restriction.

Prior to move it is the responsibility of the permit holder to check for lane restrictions that may have been added since issuance of permit. These lane restrictions can be accessed at the Alberta Transportation website and  at Alberta 511 (www.511.alberta.ca)

A payload or commodity must be positioned so that no additional weight is placed on the steering axle.

Truck with a fifth wheel must have a neutral or negative pin setting to avoid putting payload weight onto the steering axle.

SEATBELT EXEMPTION

The Operator of an escort vehicle is exempt from the requirement to wear a seatbelt as per section 82 (2)(a) of the Vehicle Equipment Regulation while performing the duties of a pilot or trail vehicle in an urban area as defined in the Traffic Safety Act, in accordance with the conditions of this permit and the Commercial Vehicle Dimension and Weight Regulation when the posted speed limit is 60 kilometers per hour or less.

Any person who operates a vehicle, to which this permit applies, must ensure compliance with all terms and conditions contained within this permit including all permit holder terms and conditions.  The permit holder as well must ensure that any person who uses this permit complies with all terms and conditions contained within this permit.

If any term and condition of this permit is contravened, then the permit is no longer valid and the operator must comply with the standard law that is in effect.

**Additional General Conditions - Unless stated otherwise**

Attached Conditions for Movement of Long Loads
Attached Conditions for Crossing Railway Tracks

**Additional Conditions - In addition to the General Conditions, the following conditions apply fo the use of roads under the jurisdiciton of municipality...**


# Cypress County

STANDARD CONDITIONS:

Unless otherwise noted, this permit is valid for 24hrs from the start date/time on Page 1 of permit document.

The Permit Holder assumes all responsibility for any road damage caused by the move. All damage must be reported to the affected Municipality or to Roadata Services at the time of the occurrence.

Mud and/or debris tracked onto the road surface must be cleaned off as soon as possible by sweeping, shoveling or washing of paved and oiled surface roads. At the Municipalities discretion, grading of the gravel surface roads and/or adding new gravel to contaminate road may be required.

The Permit Holder agrees to cease hauling during adverse weather conditions, such as excessive rain, or at the request of the Municipality.

Movement is only allowed on Dry/Frozen Track. Dry Track can be described as "A Lack of any type of moisture on the roadway. When roads are dry a vehicle will not leave any type of indentation on the roadway, nor will it leave mud or debris on the road." If you are uncertain if the road conditions will be considered Dry Track, you should contact Roadata Services or the Municipality in which the movement will be occurring to verify if movement is allowed.

No parking, loading or unloading of vehicles, trailers or other equipment on any Municipal Roadway or Municipal Road Allowance.

The Permit Holder shall not use Tire Chains on any Municipal Roadway unless otherwise stated on this document.

The haul is subject to any road ban restrictions that may be implemented by the Municipality. Approval under this permit does is no way constitute authority to haul overweight hauls when road bans are implemented unless specifically stated.

Any permits issued on behalf of the Municipality shall be considered null and void in the event the Permit Holder has violated any of the terms and conditions within the Permit.

Prior to moving onto any roadway controlled by the Cypress County,the permit holder must check to ensure there are no travel/move restrictions in place. These restrictions include, but are not limited to, weather related movement restrictions due to rain / snow, road closures etc. These conditions may be checked online at www.roadata.com. If travel/move restrictions are in place, your permit is null and void.

PLEASE NOTE:
Roadata Services Ltd. is still providing approval services on behalf of the Cypress County. Any questions related to this municipal approval or fee should be directed to 1-888-830-7623.

**Approval Ref No:    13259502**

CO991-7625


**Alberta**




## Cypress County





Alberta Transportation, Central Permit Office

Phone:     800-662-7138
Fax:       403-340-5278

Central Permit Office hours are 7 a.m. - 9 p.m. Monday to Saturday (including statutory holidays) and 10 a.m. - 6 p.m. on Sunday.

**For information and questions regarding this permit, contact Alberta Transportation at 1-800-662-7138. Applications for new permits may be submitted by contacting one of a network of TRAVIS agents or by entering your applications directly on TRAVIS Web at www.travis.gov.ab.ca.**

**A listing of TRAVIS agencies is available at www.transportation.alberta.ca, by polling our fax machine at 1-403-340-5278, or calling 1-800-662-7138.**

**Driving Directions:**

Begin traveling on Highway 1 due South West
After 40.883 km turn left onto Highway 41 due South
After 0.022 km continue on Township Road 120 due West
After 18.24 km turn left onto Highway 3 due South West
After 105.114 km turn left onto Highway 36 due South
After 57.243 km turn left onto Highway 4 due South East
Continue for 38.012 km to the exit point

# TRAVIS
## Permit Fee Summary



**Alberta**

**GST Reg #:** 124072513RT0001

| | | |
|---|---|---|
| Ontario Plate 1931PS | Single Trip Axle Group Overweight, Single, Tandem and Tridem, 0 to 1 tonne | $8.00 |
| | Single Trip Overweight | $20.00 |

**Cypress County**

**GST Reg #:** 107747297RT0001

| | | |
|---|---|---|
| Ontario Plate 1931PS | Fixed Fee | $15.00 **GST** |
| | GST | $0.75 |
| | **Total Permit Fee:** | **$43.75** |

## LOADED VEHICLES:

### On Two Lane Highways, loaded vehicles with an:

1. Overall length greater than 34.0 m requires 1 trail vehicle.
2. Overall length greater than 38.0 meters requires 1 pilot + 1 trail.
3. Overall length greater than 42.0 meters requires 1 pilot + 1 trail vehicle + daylight hours only.
4. Effective rear overhang greater than 6.5 meters requires 1 trail vehicle.
5. Effective rear overhang greater than 9.0 meters requires 1 pilot + 1 trail + daylight hours only.

### On Multi-lane Highways, loaded vehicles with an:

1. Overall length exceeding 52.0 meters requires 1 trail vehicle. If a vehicle is turning onto a two-lane highway, the requirements for a two-lane highway apply for the turning movement.

## EMPTY VEHICLES:

### On Two Lane Highways, empty vehicles with an:

1. Overall length greater than 38.0 meters and up to 52.0 meters requires 1 trail vehicle.
2. Overall length greater than 52.0 meters requires 1 pilot + 1 trail + daylight hours.

### On Multi-lane Highways, empty vehicles with an:

1. Overall length exceeding 52.0 m requires 1 trail vehicle. If a vehicle is turning onto a two-lane highway, the pilot vehicle requirements for a two-lane highway apply for the turning movement.

## GENERAL CONDITIONS:

1. All long loads require the following:
   a. Appropriate dimensional signs on the extreme front and rear of the vehicle or load,
   b. Lateral flags by day and lights by night with a maximum distance of 7.6 m between flags or lights.
2. If an escort vehicle is not specified above, the vehicle is authorized to be accompanied by an escort vehicle where the carrier deems it necessary for public safety reasons.
3. Effective rear overhang is defined as the longitudinal distance from the turn center of the trailer axle group to the rearmost point of the trailer or load, whichever is the greater distance.
4. Effective front overhang is defined as the longitudinal distance from the king-pin of the trailer to the front of the load or the trailer, whichever is the greater distance. Effective front overhang shall not exceed 3.0 metres unless specified elsewhere in this permit.
5. This permit does not apply to loads being transported on single unit trucks.

**NOTE: For travel within cities, additional escort vehicles may be required at the city's discretion.**


# Crossing Railway Tracks

## Application:

1. The carrier shall notify the railway to request assistance in crossing railway tracks:

   (a) When it is necessary for railway personnel to temporarily remove, swing, or realign crossing signs or automatic warning devices.

   (b) When it is necessary for railway personnel to temporarily lift overhead lines,

   (c) When large and/or long loads cannot make it across the tracks before the signal arms proceed to move downwards. The maximum time to be able to cross the tracks is seven (7) seconds.

   (d) When low loads could get hung up on the rails,

   (e) When the vehicle may have difficulty in maneuvering or approaching, and crossing the track.

2. This provision applies to all signalized railway crossings, the following of which are commonly used.

   (a) Range Road 190 (high load corridor) over CNR east of Tolfield, mile 225.74 Wainwright Subdivision.

   (b) Range Road 214 over CNR at Scotford, mile 105.74 Vegreville Subdivision

   (c) Hwy 36 over CNR at Viking, mile 184.74 Wainwright Subdivision

   (d) Hwy 36 over CNR at Lavoy, mile 44.70 Vegreville Subdivision.

   (e) 17TH STREET over CNR in Edmonton, mile 6.22 Camrose Subdivision.

3. Railway warning devices, signals, and overhead lines are to be moved only by authorized personnel designated by the owner of the facility.

4. Contacts

   <u>**CNR**</u>
   phone  780- 643-7622
   fax      780- 472-3047



**Saskatchewan**

Permit Office

---

# Single Trip Permit #1600000457

---

In accordance with section 36 of the Highways and Transportation Act and the provisions in the Traffic Safety Act, permission is hereby granted to:

Equipment Express Inc
60 Wanless Crt
Ayr, ON
N0B 1E0

Customer ID: 87501656
Requested by: Eric Hickson
Customer Reference: N/A
Issued by: SGI Permit Office

### Vehicle Information

| Plate | Jurisdiction | Year | Make | Vehicle Identification# | Unit # | Class | Wheelbase |
|-------|--------------|------|------|-------------------------|--------|-------|-----------|
| 1931PS | ON | 2016 | KENWORTH | 1XKWD40X1GJ982522 | N/A | | 6.67 |

| Issued On | Valid From | Valid To | Validation # |
|-----------|------------|----------|--------------|
| 21Feb2019 09:38 AM | 21Feb2019 09:29 AM | 24Feb2019 09:29 AM | N/A |

### Permissions Issued

| Dimension Permissions | Permit Value | | Registration Permissions | |
|---|---|---|---|---|
| [X] Width (m) | 3.05 | | [ ] Truck Class Upgrade | |
| [X] Length (m) | 35.88 | | [ ] Trailer Class Upgrade | |
| [X] Height (m) | 4.42 | | [ ] Truck Registration (kg) | |
| [ ] Internal Dimensions | | | [ ] Trailer Registration | |
| [ ] Tractor Wheelbase | | | [ ] Registered GVW Increase | |

| Weight Permissions | | | Other | |
|---|---|---|---|---|
| [X] Gross Weight (kg) | 65,700 | | [ ] Fuel Tax | |
| [X] Axle Weight | See Details | | [ ] Operating Authority | |

### Commodity Detail

Commodity
  Non-divisible Loads - Other (primary)

Loading Style
[ ] Side by Side          [ ] End to End          [ ] Stacked

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 34 of 73   Document 6-2





---

# Single Trip Permit #1600000457

**Dimensions**

---

Maximum Legal Dimensions (m)     Width:   2.60     Length:   23.00     Height:   4.15

Permit Dimensions (m)

    Width:   3.05          Length:   35.88          Height:   4.42

    Rear Overhang:               Base Width:

Permit Internal Dimensions (m)

    Box Length:               Trailer Wheelbase:               Effective Overhang:

    Kingpin Setback:          Towing Unit Wheelbase:   6.67          Hitch Offset:

Vehicle is Operating within legal dimensions:   **No**

Return Dimensions (m)

    Width:               Length:               Height:

---

**Configuration Detail**

| Type | Axle Groups | Legal Primary (kg) | Legal Secondary Minicipal (kg) | Permit Weight (kg) | Axles | Wheels | Tire Size (mm) | Axle Spacing (m) | Axle Spead (m) | Axle Width (m) |
|------|-------------|--------------------|--------------------------------|--------------------|-------|--------|----------------|------------------|----------------|----------------|
| Truck Tractor | 1 | 5,580 | 5,580 | 5,500 | 1 | 2 | 279 | | | |
| Truck Tractor | 2 | 18,000 | 18,000 | 14,200 | 2 | 8 | 279 | 5.92 | 1.50 | |
| Jeep | 1 | 18,000 | 18,000 | 14,200 | 2 | 8 | 279 | 4.72 | 1.50 | |
| Semi Trailer | 1 | 24,000 | 23,000 | 25,000 | 3 | 12 | 279 | 13.49 | 3.05 | |
| Booster | 1 | 10,000 | 10,000 | 6,800 | 1 | 4 | 279 | 4.27 | 0.00 | |

**Legal Primary GVW:**          **53,500 kg**

**Legal Secondary GVW:**        **53,500 kg**

**SK Prorated Weight:**         **62,500 kg**

**Actual Gross Weight:**        **65,700 kg**

Vehicle is operating within legal axle and gross vehicle weights:     **No**

IFTA Member: Yes

Vehicle exempt from Saskatchewan Registration, Exemption Reason: Prorated IRP

**Notes**

21Feb2019 09:34 AM - scissor neck trailer



**Saskatchewan**

Permit Office

---

**Single Trip Permit #1600000457**

---

<u>**Permit Fees**</u>

**Note: This is not an invoice. The information contained here is for information purposes only.**

| | | |
|---|---|---|
| Registration: | 0.00 | |
| Insurance: | 2.00 | ☐ Billed To Account |
| Administration: | 15.00 | |
| Fuel Tax: | 0.00 | ☐ Paid by Credit Card |
| Gross Overweight: | 75.01 | |
| Axle Overweight: | 0.00 | ☐ Nil Fee Permit |
| Overwidth: | 0.00 | |
| Overlength: | 15.00 | |
| Internal dimensions: | 0.00 | |
| HCC Usage: | 0.00 | |
| PST: | 0.12 | |
| **Permit Total** | 107.13 | |

<u>**Conditions:**</u>

**General Permit Conditions**
- This Permit Number must be carried in the vehicle and presented on request of a Peace Officer.
- For the purpose of transporting over-dimensional loads, Sunrise is defined as 30 minutes before official Sunrise and Sunset is defined as 30 minutes after official Sunset, in the area of travel.

**Length > 34m**
Loaded Vehicles:
   - During sunrise to sunset, a loaded vehicle between 34m and 38m requires one escort vehicle, placed at the rear of the load, on 2-lane highway.
   - During sunset to sunrise, a loaded vehicle between 34m and 38m requires one escort vehicle, placed at the rear of the load, on 2-lane highway.

**Highways 102, 905 and 915**
- All escort vehicles must be equipped with VHF radios. All drivers are to broadcast their location and direction when passing numerical markers.
- One lead escort vehicle is required when the load width is between 3.0m and 4.0m.
- Maximum vehicle speed of 70km/hr on Highways 102 from 30km north of LaRonge to the junctions of Highways 905 and 915.
- A vehicle or load exceeding 4.0m wide requires 1 lead escort vehicle and 1 trail escort vehicle on Highways 102 and 905.
- 1 additional escort vehicle is required if the passing lane is less than 3.05m wide.
- Vehicles exceeding secondary weight limits on Highways 102, 905 and 915 or in excess of 41,500kg on Highways 905 require a term permit from the Ministry of Highways and Infrastructure, Trucking Policy and Regulation.
- When loaded trucks are overtaking and passing the vehicle, all empty trucks are to slow sufficiently and move to the right as far as possible to allow loaded trucks to pass at speed.

**Length > 30m**
- A vehicle or load exceeding 30m long, and traveling between sunset and sunrise, must display D signs that are required to be:
   a) lit with a lamp that illuminates the sign at the rear of the vehicle; or
   b) a flashing or rotating amber beacon, mounted on the rear and centered in the middle of the load or vehicle, may be used. The amber light emitted must be visible for a minimum of 300m to traffic approaching from the rear.
- A vehicle or load exceeding 30m long must display D signs at the front and rear of the load.

**Height > 4.15m**

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 36 of 73   Document 6-2


| Single Trip Permit #1600000457 |
|---|

- Operator is responsible for clearance of structures along the travelled route when the load or vehicle is exceeding 4.15m in height. Possession of an overheight permit does not relieve the permit holder from responsibility for the clearance of structures.

**Length > 27.5m**
- A vehicle or load exceeding 27.5m long must display a minimum of one flashing or rotating amber beacon on the cab of the truck or tractor that is visible for 300m to traffic approaching from all directions.  If the beacon is not visible to  traffic approaching from the rear, then a flashing or rotating amber beacon must be mounted on the rear, centered in the middle of the load or vehicle.

**Tridem Semi-trailer 3.01 - 3.60m Axle Spread**
- Hwy. No. 1
  - Hwy. No. 2, from Assiniboia to LaRonge
  - Hwy. No. 3, from Hudson Bay to its junction with Hwy No. 40
- 20,000kg on secondary and municipal highways.
- During winter weight season, the maximum axle weight is:
  - 24,000kg on designated Appendix E routes
  - 23,000kg primary, secondary and municipal roads
- the Belle Plaine potash mine access road from Provincial Highway No. 1 to the south-west corner of the south-east quarter of Section 14, Township 17, Range 24, West of the Second Meridian;
  - the Rocanville potash mine access road from Provincial Highway No. 8 to Section 21, Township 17, Range 30 West of the First Meridian;
  - the Cory potash mine access road from Provincial Highway No. 7 to Section 18, in Township 36, in Range 6, West of the Third Meridian;
  - the Vanscoy potash mine access road from Provincial Highway No. 7 to Section 16, in Township 35, in Range 8, West of the Third Meridian;
  - the Esterhazy potash mine access road from Provincial Highway No. 22 to Section 24, in Township 20, in Range 33, West of the First Meridian;
  - the Lanigan potash mine access road from Provincial Highway No. 16 to Section 28, in Township 33, in Range 23, West of the Second Meridian;
  - the Patience Lake potash mine access road from Provincial Highway No. 306 to Section 16, in Township 36, in Range 3, West of the Third Meridian; or Provincial Road 903 from its junction with Provincial Highway No. 55 to 1.52 km North.
- 24,000kg on the following provincial highways and portions of provincial highways(as per the Weight & Dimension Regulations, Appendix E) or any other highway designated by ministerial order:
- Hwy. No. 4, from its junction with Hwy. No. 1 to Meadow Lake
  - Hwy. No. 5, from Saskatoon to Canora
  - Hwy. No. 6, from the US Border to Melfort
  - Hwy. No. 7
- Hwy No. 8, from its junction with Hwy. No. 1 to its intersection with Grid Road  No. 719
  - Hwy. No. 9, from its junction with Hwy No. 13 to Canora
  - Hwy. No. 9, from the US border to its junction with Hwy. No. 18
  - Hwy. No. 10
  - Hwy. No. 11
  - Hwy. No. 12, from Saskatoon to its junction with  Hwy. No. 312
  - Hwy. No. 13, from the Manitoba Boundary to its junction with Hwy. No. 39
- 24,000kg on any public highway or portion of a public highway that is within the boundaries of an urban municipality if the public highway or portion of the public highway:
  - is one of the provincial highways or portions of provinical highways designated in  Appendix E of the Weight & Dimension Regulations.
  - is a direct extension of one of the provincial highways or or portions of provincial highways that is designated in Appendix E that directly connects two or more provincial highways or to another direct extension of a provinical highway.
- Hwy. No. 14, from Saskatoon to the Alberta Boundary
  - Hwy. No. 15, from its junction with Hwy. No. 4 to its junction with Hwy. No. 11
  - Hwy. No. 16
- Hwy. No. 41 from its junction with Hwy. No. 5 to its junction with Hwy. No. 6
  - Hwy. No. 41A, from its junction with Hwy. No. 41 to its junction with Hwy. No. 3
  - Hwy. No. 46
  - Hwy. No. 55, from its junction with Hwy. No. 3 to its junction with Hwy. No. 4


| Single Trip Permit #1600000457 |
| --- |

   - Hwy. No. 316
   - Hwy. No. 397
   - Hwy. No. 903, from its junction with Hwy. No. 55 to 1.52km North
- Hwy. No. 17
   - Hwy. No. 18, from the Manitoba Boundary to its junction with Hwy. No. 39
   - Hwy. No. 22, from Stockholm to Esterhazy Potash Mine
   - Hwy. No. 29
   - Hwy. No. 35, from its junction with Hwy. No. 16 to Nipawin
   - Hwy. No. 39, from North Portal to its junction with Hwy. No. 1
   - Hwy. No. 40, from its junction with Hwy. No. 3 to its junction with Hwy. No. 29
- 23,000kg on primary highways.

**General Weight**
- Vehicles with overweight loads travelling within the boundaries of any urban municipality that has a population of 1,000 or more must get approval from the urban municipality involved.
- Working fluids (i.e. fuel for the engine, clean water for steaming ,or generator fuel) to a maximum volume of 1000 litres is considered essential to the mounted equipment and not a divisible load. Fluids or commodities not used for the operation of the mounted equipment (i.e. oilfield chemicals used in well production) are considered a load.
- Tridem Drive Truck: A tridem drive vehicle with an overweight steering axle due to permanently mounted equipment or vehicle design, may exceed legal gross vehicle weight with a divisible load provided that legal drive axle weight is maintained; and that the load does not cause the weight on the steering axle to exceed the empty weight of the vehicle.
- This permit is not valid for travel on any provincial highway or municipal road upon which an order of the Minister of Highways has restricted the weight to less than normal loads.
- Maximum weight of a tandem steer bed truck, picker/boom truck/tractor or winch truck/tractor is 16,000kg.
- Travel for overweight and over dimension loads is subject to any restrictions caused by structures or due to construction on a public highway.  The permit holder is responsible for clearance of the route.
- A tandem steer, tridem drive truck with an overweight steering axle due to permanently mounted equipment or design traveling on secondary or municipal roads is eligible for steering axle permits up to the current regulated primary highway weights while hauling a divisible load, provided that legal drive axle weight is maintained.
- Subject to The Municipalities Act, vehicles travelling within the boundary of any rural municipality must have authorization from the rural municipality involved to exceed a gross vehicle weight of 54,500kg or an axle group weight of 27,000kg. Authorization from the rural municipality is also required to exceed gross vehicle weight when the road is restricted by order.

**Truck Tractor (Single or Tandem Drive) Wheelbase**
- This permit is valid for single and tandem drive truck tractors.
- Truck tractor and semi-trailer wheelbase limits apply to divisible loads only.  The limits in this permit can be exceeded when transporting non-divisible loads.
- Truck tractors with permanently mounted equipment (boom/winch truck tractors) are not subject to the maximum truck tractor and semi-trailer wheelbase limits.
- The maximum trailer wheelbase allowed is based on the tractor wheelbase limits as per the following list:
- Up to 6.2m Tractor wheelbase allowed a maximum 12.50m trailer wheelbase
- Up to 6.3m Tractor wheelbase allowed a maximum 12.47m trailer wheelbase
- Up to 6.4m Tractor wheelbase allowed a maximum 12.40m trailer wheelbase
- Up to 6.5m Tractor wheelbase allowed a maximum 12.33m trailer wheelbase
- Up to 6.6m Tractor wheelbase allowed a maximum 12.27m trailer wheelbase
- Up to 6.7m Tractor wheelbase allowed a maximum 12.20m trailer wheelbase
- Up to 6.8m Tractor wheelbase allowed a maximum 12.13m trailer wheelbase
- Up to 6.9m Tractor wheelbase allowed a maximum 12.07m trailer wheelbase
- Up to 7.0m Tractor wheelbase allowed a maximum 12.00m trailer wheelbase
- Up to 7.1m Tractor wheelbase allowed a maximum 11.93m trailer wheelbase
- Up to 7.2m Tractor wheelbase allowed a maximum 11.87m trailer wheelbase
- Maximum effective overhang on a semi-trailer shall not exceed 35 % of the semi-trailer wheelbase when transporting a divisible load.
- Truck tractors with a wheelbase exceeding over 6.8 m cannot be part of an A, B, or C train.
- The maximum sum of the trailer wheelbases allowed in a B Train is based on the tractor wheelbase limits as per the following list:


| Single Trip Permit #1600000457 |
| --- |

- Up to 6.2m Tractor wheelbase allowed a maximum sum of the trailer wheelbases of 17.00m
- Up to 6.3m Tractor wheelbase allowed a maximum sum of the trailer wheelbases of 16.53m
- Up to 6.4m Tractor wheelbase allowed a maximum sum of the trailer wheelbases of 16.44m
- Up to 6.5m Tractor wheelbase allowed a maximum sum of the trailer wheelbases of 16.36m
- Up to 6.6m Tractor wheelbase allowed a maximum sum of the trailer wheelbases of 16.27m
- Up to 6.7m Tractor wheelbase allowed a maximum sum of the trailer wheelbases of 16.19m
- Up to 6.8m Tractor wheelbase allowed a maximum sum of the trailer wheelbases of 16.10m

**Length > 25m**
- A vehicle or load exceeding 25m long, and traveling between sunset and sunrise, must display a  D sign at the rear of the load that is required to be:
   a) lit with a lamp that illuminates the sign at the rear of the vehicle; or
   b) a flashing or rotating amber beacon, mounted on the rear and centered in the middle of the load or vehicle. The amber light emitted must be visible for a minimum of 300m to traffic approaching from the rear.
- The maximum length for a bed truck, picker/boom truck/tractor or winch truck/tractor when coupled to an adjustable semi-trailer is 28m.
- A vehicle or load exceeding 25m long is restricted from travelling when visibility is less than 1km or the road surface is slippery.
- For wheelbases of semi trailers exceeding 18.5m, the rear axle group of the semi-trailer must be steerable.
- The maximum length for a bed truck, picker/boom truck/tractor or winch truck/tractor when coupled to a regular non-adjustable or solid semi-trailer is 25m.
- A vehicle or load exceeding 25m long is required to display a D sign at the rear of the load.

**General Dimension**
- The effective overhang on a tractor semi-trailer unit is restricted to 50 per cent of the semi-trailer wheelbase.
- Flags, signs, clearance lights and amber beacons must meet the specifications in the Vehicle Weight and Dimension Regulations unless otherwise stated in this permit.
- Box length permits for divisible loads cannot exceed the regulation length for the unit except by a specific policy allowance.
- During sunset to sunrise, vehicles or loads must display clearance lights in the following manner:
   - amber lights must be located 30cm above the headlights on the front corners of the load
   - amber lights must be spaced not more than 8.0m apart on each side of the load
   - red lights visible from the sides and rear must be located on the rear corners of the load
   - red lights must mark the end of the load extending beyond 1m of the extremities of the vehicle
   - the vehicle may be equipped with extendible lights
   - all lights must be visible for a distance of 300m
- A load that overhangs either side of the main part of the vehicle by 300mm or more and/or the rear of the main part of the vehicle by 1m or more:
   - During sunrise to sunset, must be marked with flags at the corners of the overhanging portion of the load.  Flags must be red or orange and a minimum of 300mm x 300mm.
   - During sunset to sunrise or when visibility is reduced, must be marked with an amber light at the front and a red light at the rear of the vehicle.
- It is the responsibility of the carrier to ensure that the load can safely clear all utilities, signs and structures.
- An escort vehicle equipped in accordance with The Vehicle Weight and Dimension Regulations shall not be used unless required or authorized by this permit.
- A vehicle or load exceeding 3.0 m wide requires 1 escort vehicle at the front of the load on Provincial Roads 102 & 905.
- Overdimensional loads may require approval from a municipality for travel on their roads.
- Loaded vehicles are not allowed to travel on the shoulder portion of the highway unless otherwise authorized in this permit.
- The use of D signs is prohibited unless required by this permit.
- The effective overhang on a straight truck or straight truck and pony trailer is restricted to 6m. Overhang exceeding 4m cannot be over 75 per cent of the truck or trailer wheelbase.
- Escort vehicles must meet the specifications in the Vehicle Weight and Dimension Regulations.



**Permit Office**



**Saskatchewan**

---

## Single Trip Permit #1600000457

**Trip Details**

**Origin:**        1,FLEMING,SK [50.058266,-101.447296]
**Destination:**   1,MAPLE CREEK,SK [49.955401,-110.005027]
Return:     No

Original Trip Details

From: 1,FLEMING,SK [50.058266,-101.447296]
To: 1,MAPLE CREEK,SK [49.955401,-110.005027]

| | | |
|---|---|---|
| 1. | **Start on 1** | 237.8 km |
| 2. | **Continue onto  (VICTORIA AVENUE)** | 0.1 km |
| 3. | **(Ramp)** | 0.4 km |
| 4. | **Continue onto 1** | 413.2 km |

Primary: 651.1km
Secondary: 0km
Municipal: 0km
Total: 651.1km
HCC Distance: 0km

Return Trip Details



# Single Trip Permit #1600000457

Trip Details



200 km



# SINGLE TRIP PERMIT



MOTOR CARRIER SERVICE DIVISION
PO BOX 4639 HELENA, MT 59604-4639
Phone (406) 444-6130

| Permit No. : | ST19126475 |
|---|---|
| Date Issued : | 02/21/2019 |
| Time Issued : | 09:45:15 AM |
| Date Effective : | 02/22/2019 |
| Date Expires : | 02/24/2019 |

PERMITTEE NAME : **EQUIPMENT EXPRESS INC**

DBA NAME :

ADDRESS : **60 WANLESS COURT,**

**AYR, ONTARIO, CANADA,**

**N0B 1E0**

USDOT NO. : **000026492**

APPLICATION NO. : **494267**

INSURANCE CO. : **NORTHBRIDGE GENERAL INSURANCE**

Vehicle :

| VIN | MAKE | YEAR | PLATE NO. | JUR | UNIT NO. |
|---|---|---|---|---|---|
| 1XKWD40X1GJ982522 | KW | 2016 | 1931PS | ON | |

Maximum Permitted :

| | | | | | |
|---|---|---|---|---|---|
| **Overall Width** | 10' 0" | **Overall Length** | 116' 0" | **Overall Height** | 14'6" |
| **Trailer Length** | 61' 0" | **Rear Overhang** | 0' 0" | | |
| **Total Gross Vehicle Weight** | 144000 lbs | | | | |

Load Code and Descriptions :

| Load Code | Load Description |
|---|---|
| OT | GENSET |



| AXLE TYPE | # OF AXLES | AXLE SPACING | REQUESTED WEIGHT (LBS.) | Excess Weight (lbs) |
|---|---|---|---|---|
| STEERING | 1 | 19'5" | 12,000 | 0 |
| DRIVES | 2 | 4'6" 15'6" | 31,000 | 0 |
| JEEP | 2 | 5'0" 44'3" | 31,000 | 0 |
| TRAILER | 3 | 4'6" 4'6" 14'0" | 55,000 | 12,250 |
| BOOSTER | 1 | | 15,000 | 0 |
| | | **TOTAL** | **144,000** | **12,250** |

Routes :

| From | To | ViaRoute | Via Points | Total Miles |
|---|---|---|---|---|
| AB/MT I-15 | ID/MT I-90 | I-15, I-90 | | 497 |

Fees :

| Fee Type | Fee Amount($) |
|---|---|
| Excess Weight | 210.00 |
| Oversize | 10.00 |
| **Total Collected** | 220.00 |

· Must follow posted speed limit unless otherwise restricted on permit.
· Original permits shall be carried in vehicle at all times and are VOIDED if altered.
· Trip permits valid for 72 hours. VOID upon leaving the state.
· A county or city permit may be required in addition to this permit for travel on county roads or city streets.
· Permittee is responsible to determine clearance of structures.
· Permittee is responsible to check the Construction Report.
· Permittee must comply with all State and Federal Motor Carriers Safety Regulations.
· Permittee must comply with all Laws and Administrative Rules 18.8.101 thru 18.8.1506.
· If this permit states page 1 of 3, the permit is not valid without the additional pages and any applicable attachments.


1.  Continuous travel: Travel allowed during hours of darkness, weekends, holidays red route highways providing dimensions do not exceed: 10 feet in width; 15 feet 6 inches in height; 110 feet in length. Lights must be displayed full length and width. Travel allowed daylight hours, 7 days a week, except on holidays, holiday weekends and red routes if dimensions exceed 10 feet wide, 15 feet 6 inches high, 110 feet long, but do not exceed 18 feet wide, 120 feet long, 18 feet high. For emergencies involving railway crossings/tracks, for Burlington Northern Santa Fe, immediately call 1-800-832-5452; for Montana Rail Link, immediately call 1-800-338-4750 for assistance.
2.  The permittee must check road conditions for any road closures, width restrictions or detours that may be in place. The contact information is http://www.mdt.mt.gov/travinfo/ or by calling 511.
4.  Red route highways: Travel is not allowed after 3:00 p.m. on Friday until sunrise on Saturday and from 12:00 noon on Sunday to sunrise on Monday. If dimensions exceed; 10 feet wide or 110 feet long or 15 feet 6 inches high or 55 feet long - single unit. Travel is not allowed after 3:00 p.m. on Friday until sunrise on Monday if dimensions exceed; 18 feet wide or 120 feet long or 17 feet high.
17. Bridge centerline & slowdown all highways: loads may not exceed 55 mph or posted speed limit whichever less, only one overweight vehicle allowed on a bridge at a time, stopping or shifting gears on any bridge is prohibited. Daylight travel only unless otherwise authorized. Interstate: no pilot vehicles required unless additionally added restrictions specify.   Noninterstate: must reduce speed to 10 mph before and centerline bridges.  Must maintain at least 2 feet from the shoulder.  A minimum of two pilot vehicles are required: one front and one in the rear. No simultaneous vehicles on the bridge with overweight load.
24. Overweight Load: Non-divisible loads which cannot be readily or reasonably dismantled to minimum practical size/weight. Non-interstate: Portions of the load can be detached and reloaded on the same trailer provided it does not exceed permittable limits. Interstate: Non-divisible loads/ vehicles exceeding applicable length/weight limits that would make the load transported unable to perform the function for which intended; destroys value of the load; requires more than 8 hours to dismantle; will not be required to reduce the load. If above criteria are not met, the load has to be reduced and carried separately.
32. Regulations and equipment for flag vehicles - A flag vehicle may be any passenger car or two-axle truck a minimum of 60 inches wide. The maximum manufacturer's rating for the flag vehicle shall not exceed a gross vehicle weight rating of 14,000 pounds. Service or mechanic trucks owned or contracted by the permittee and used as a flag vehicle shall not exceed a gross vehicle weight rating of 26,001 pounds. A flag vehicle may not exceed legal limits of size and weight. Trucks used as flag vehicles shall be clearly distinguished from and identifiable as the escort vehicle. A flag vehicle may pull a trailer or carry any item or equipment which is within legal limits of size and weight, allows an unobstructed view of the flashing lights and signs used by the flag vehicle, complies with all state traffic laws; and possesses current registration and valid insurance. Service or mechanic trucks used as a flag vehicle must not have a utility box which extends above the cab more than 12 inches or beyond the width of the cab more than 6 inches on either side. A sign with the words "oversize load" or similar wording shall be visible from the front of the vehicle and rear of the vehicle at all times when piloting an oversize load. Letters shall not be less than 8 inches in height. The letters shall be dark in color on a light colored background. When not being operated as a flag vehicle, signs must be removed.  Flashing amber lights, visible 360 degrees shall be mounted at each end of a sign with the words "oversize load" or similar wording, on the roof of the flag vehicle. A revolving or strobe light may be substituted for flashing lights. Lights shall be flashing at all times when piloting an oversize load. All flag vehicles shall be equipped with two-way communication. Flag vehicles must remain within 1000 feet of the permitted vehicle or load.
40. Flag vehicle requirements: (Non-interstate only) One flag vehicle in rear if length exceed 110 feet.
46. Travel on MT-35 is restricted between Polson and Bigfork for all loads exceeding 9 feet wide with the exception of loads that have an origin or destination between those locations. Please refer to MDT's website at www.mdt.mt.gov or 511 for further information.

Delivery Type : **PDF**

Issued By : **MT58703 - DOUBLE-O PERMITS & PROJECT SERVICES**

Approved By : Online

**ST19126475**

Permittee agrees to comply with all laws and regulations, to take reasonable safety precautions, and to be responsible for all personal and property damages whatsoever. In consideration of being granted this permit, the permittee agrees to indemnify the Department for all damages to highways.

Permittee By : _____





**Amendment 1**

MOTOR CARRIER SERVICE DIVISION
PO BOX 4639 HELENA, MT 59604-4639
Phone (406) 444-6130

| | |
|---|---|
| Permit No. : | ST19126475 |
| Date Issued : | 02/25/2019 |
| Time Issued : | 02:50:59 PM |
| Date Effective : | 02/22/2019 |
| Date Expires : | 02/28/2019 |

PERMITTEE NAME : **EQUIPMENT EXPRESS INC**

DBA NAME :

ADDRESS : **60 WANLESS COURT,**

**AYR, ONTARIO, CANADA,**

**N0B 1E0**

USDOT NO. : **000026492**

APPLICATION NO. : **494979**

INSURANCE CO. : **NORTHBRIDGE GENERAL INSURANCE**

Vehicle :

| VIN | MAKE | YEAR | PLATE NO. | JUR | UNIT NO. |
|---|---|---|---|---|---|
| 1XKWD40X1GJ982522 | KW | 2016 | 1931PS | ON | |

Maximum Permitted :

| | | | | | |
|---|---|---|---|---|---|
| **Overall Width** | 10' 0" | **Overall Length** | 116' 0" | **Overall Height** | 14'6" |
| **Trailer Length** | 61' 0" | **Rear Overhang** | 0'0" | | |
| **Total Gross Vehicle Weight** | 144000 lbs | | | | |

Load Code and Descriptions :

| Load Code | Load Description |
|---|---|
| OT | GENSET |



| AXLE TYPE | # OF AXLES | AXLE SPACING | REQUESTED WEIGHT (LBS.) | Excess Weight (lbs) |
|---|---|---|---|---|
| STEERING | 1 | 19'5" | 12,000 | 0 |
| DRIVES | 2 | 4'6" 15'6" | 31,000 | 0 |
| JEEP | 2 | 5'0" 44'3" | 31,000 | 0 |
| TRAILER | 3 | 4'6" 4'6" 14'0" | 55,000 | 12,250 |
| BOOSTER | 1 | | 15,000 | 0 |
| | | TOTAL | 144,000 | 12,250 |

Routes :

| From | To | ViaRoute | Via Points | Total Miles |
|---|---|---|---|---|
| AB/MT I-15 | ID/MT I-90 | I-15, I-90 | | 497 |

Fees :

| Fee Type | Fee Amount($) |
|---|---|
| Excess Weight | 0.00 |
| Oversize | 0.00 |
| **Total Collected** | 0.00 |

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 45 of 73   Document 6-2
ORIGINAL

· Must follow posted speed limit unless otherwise restricted on permit.
· Original permits shall be carried in vehicle at all times and are VOIDED if altered.
· Trip permits valid for 72 hours. VOID upon leaving the state.
· A county or city permit may be required in addition to this permit for travel on county roads or city streets.
· Permittee is responsible to determine clearance of structures.
· Permittee is responsible to check the Construction Report.
· Permittee must comply with all State and Federal Motor Carriers Safety Regulations.
· Permittee must comply with all Laws and Administrative Rules 18.8.101 thru 18.8.1506.
· If this permit states page 1 of 3, the permit is not valid without the additional pages and any applicable attachments.

1. Continuous travel: Travel allowed during hours of darkness, weekends, holidays red route highways providing dimensions do not exceed: 10 feet in width; 15 feet 6 inches in height; 110 feet in length. Lights must be displayed full length and width. Travel allowed daylight hours, 7 days a week, except on holidays, holiday weekends and red routes if dimensions exceed 10 feet wide, 15 feet 6 inches high, 110 feet long, but do not exceed 18 feet wide, 120 feet long, 18 feet high. For emergencies involving railway crossings/tracks, for Burlington Northern Santa Fe, immediately call 1-800-832-5452; for Montana Rail Link, immediately call 1-800-338-4750 for assistance.

2. The permittee must check road conditions for any road closures, width restrictions or detours that may be in place. The contact information is http://www.mdt.mt.gov/travinfo/ or by calling 511.

17. Bridge centerline & slowdown all highways: loads may not exceed 55 mph or posted speed limit whichever less, only one overweight vehicle allowed on a bridge at a time, stopping or shifting gears on any bridge is prohibited. Daylight travel only unless otherwise authorized. Interstate: no pilot vehicles required unless additionally added restrictions specify.   Noninterstate: must reduce speed to 10 mph before and centerline bridges.  Must maintain at least 2 feet from the shoulder. A minimum of two pilot vehicles are required: one front and one in the rear. No simultaneous vehicles on the bridge with overweight load.

24. Overweight Load: Non-divisible loads which cannot be readily or reasonably dismantled to minimum practical size/weight. Non-interstate: Portions of the load can be detached and reloaded on the same trailer provided it does not exceed permittable limits. Interstate: Non-divisible loads/ vehicles exceeding applicable length/weight limits that would make the load transported unable to perform the function for which intended; destroys value of the load; requires more than 8 hours to dismantle; will not be required to reduce the load. If above criteria are not met, the load has to be reduced and carried separately.

32. Regulations and equipment for flag vehicles - A flag vehicle may be any passenger car or two-axle truck a minimum of 60 inches wide. The maximum manufacturer's rating for the flag vehicle shall not exceed a gross vehicle weight rating of 14,000 pounds. Service or mechanic trucks owned or contracted by the permittee and used as a flag vehicle shall not exceed a gross vehicle weight rating of 26,001 pounds. A flag vehicle may not exceed legal limits of size and weight. Trucks used as flag vehicles shall be clearly distinguished from and identifiable as the escort vehicles. A flag vehicle may pull a trailer or carry any item or equipment which is within legal limits of size and weight, allows an unobstructed view of the flashing lights and signs used by the flag vehicle, complies with all state traffic laws; and possesses current registration and valid insurance. Service or mechanic trucks used as a flag vehicle must not have a utility box which extends above the cab more than 12 inches or beyond the width of the cab more than 6 inches on either side. A sign with the words "oversize load" or similar wording shall be visible from the front of the vehicle and rear of the vehicle at all times when piloting an oversize load. Letters shall not be less than 8 inches in height. The letters shall be dark in color on a light colored background. When not being operated as a flag vehicle, signs must be removed.  Flashing amber lights, visible 360 degrees shall be mounted at each end of a sign with the words "oversize load" or similar wording, on the roof of the flag vehicle. A revolving or strobe light may be substituted for flashing lights. Lights shall be flashing at all times when piloting an oversize load. All flag vehicles shall be equipped with two-way communication. Flag vehicles must remain within 1,000 feet of the permitted vehicle or load.

40. Flag vehicle requirements: (Non-interstate only) One flag vehicle in rear if length exceed 110 feet.

**Additional Restrictions**
· Permit amended. Vehicle had to shut down in Butte, MT due to bad weather and road conditions. Permit extended through 2/28. jrb u3759

Delivery Type : **PDF**

Issued By : **MT58703 - DOUBLE-O PERMITS & PROJECT SERVICES**

Approved By : **Online**

Amended By : **U3759 - BARROWMAN, JAMES**

**ST19126475**

Permittee agrees to comply with all laws and regulations, to take reasonable safety precautions, and to be responsible for all personal and property damages whatsoever. In consideration of being granted this permit, the permittee agrees to indemnify the Department for all damages to highways.

Permittee By : _____



# IDAHO PERMIT AND APPLICATION FOR OVER-LEGAL PERMIT
## AND/OR LOAD MOVEMENT - 1 TRIP ONLY

| Company: | EQUIPMENT EXPRESS INC | PERMIT: 19029352 |
|---|---|---|
| | 60 WANLES CT R 1 | |
| | AYR          ON N0B 1E0 | Account: 2115719 |
| | | Collect:  **FEES PREPAID** |

**Fax:** PERMITS@DOUBLEOPE      **VIA MAILED**          **Description of Vehicle and/or Load**

**Permit Valid From:**      02/22/2019   **to** 02/26/2019        GEN SET

**Origin:**   ID/MT BORDER-90        **Destination:**  ID/WA BORDER-90

**Origin:**                     **Destination:**

**Routes:**   90                                                    **Miles:**  74

| Veh Type: | **X** Towing Unit | Self-Prop | Trailer | **X** Other  HAULED |
|---|---|---|---|---|
| License No.: 1931PS | | | | Base State:  ON |
| Unit No.:  B261 | Serial No.: | | Year: | Make: |
| O/All Width: 10'00" | Base:  10'00" | Width Red Rt: | Width Blk & Int Rt: | |

**No. of Axles:** 9      **Height:** 14'06"      **O/All Length:** 116'      **O/Hang:**          **O/Hang:**

GW 144,000 LBS

| Axles: | O | OO | OO | OOO | O | | | |
|---|---|---|---|---|---|---|---|---|
| Axle Group Weight: | 12,000 | 31,000 | 31,000 | 55,000 | 15,000 | | | |
| Number of Tires: | | | | | | | | |
| Axle Spacing (ft/in): | 19-05 | 4-06 | 15-06 | 5-00 | 44-03 | 4-06 | 4-06 | 14-00 |
| Axle Spacing (ft/in): | | | | | | | | |
| Tire Size: | | | | | | | | |

**Special Requirements Vehicle Type:**       **X**  Flags      **X**  Lights      **X**  Signs        2-Way Radio Comm.

( ) PILOT VEHICLE

(X) TIME OF TRAVEL  24 HOURS A DAY 7 DAYS A WEEK IN IDAHO

(X) OTHER

MIRRORS MUST ALLOW DRIVER TO SEE 200FT BEHIND LOAD - IF NOT REAR PILOT REQUIRED

WIDE VEHICLE AND/OR LOAD SHALL BE FLAGGED @ 4 CORNERS AND/OR EXTREMITIES 18X18"

NIGHTTIME TRAVEL: FLASHING OR STEADY BURNING LIGHTS VISIBLE FROM 500 FT ON THE

4 CORNERS & EXTREMITIES OF THE OVERSIZE VEHICLE OR LOAD LIGHTS VISIBLE FROM THE

FRONT & MIDDLE SHALL BE AMBER AND FROM THE REAR OR NEAR THE REAR SHALL BE RED.

OVERSIZE LOAD SIGN SHALL BE DISPLAYED ON TOWING VEHICLE & LOAD

LOAD/TOW UNIT SIGNS:MINIMUM OF 5' WIDE,12" HIGH,LETTERS 8" HIGH 1" STROKE WIDTH

ALL SIGNS IN IDAHO SHALL BE BLACK LETTERING ON YELLOW BACKGROUND

***PRIOR TO MOVEMENT MUST CHECK IDAHO ROAD CONDITIONS @511.IDAHO.GOV/888-432-7623***

MOVEMENT PROHIBITED WHEN TRAVEL CONDITIONS BECOME HAZARDOUS DUE TO ICE, SNOW OR

VISIBILITY LESS THAN 500 FT BY FOG, SMOKE, SMOG OR OTHER ATMOSPHERIC CONDITIONS

RAILROAD EMERGENCYS/PERMITTED LOADS CALL UP 1-888-877-7267 BNSF 1-800-832-5452

OPERATING UNDER OVERLEGAL PERMIT MUST HAVE VALID ANNUAL INSPECTION 49CFR396.17

BRAKES MUST MEET FMCS REGULATIONS AND BE MAINTAINED TO SAFETY STANDARDS NO.121

VLS AXLES MUST BE FULLY DEPLOYED WHEN ADJACENT AXLES EXCEED LEGAL AXLE WEIGHTS

|  | **ID** | $106.00 |
|---|---|---|
| Valid for state highways and Ada county, other local routes subject to local approval.  Permittee is responsible for vertical clearances and any damage/cost to traffic control devices. Applicant's acceptance of permit certifies vehicle/load has been reduced to practical minimum size/weight and they shall comply with all applicable state and federal laws, rules, and regulations. | **Total:** | **$106.00** |

***Non-reducible loads/vehicles are not permitted to use any preclearance bypass systems and MUST report to open Port of Entry.***

| | **By:** | MEGAN ZA | |
|---|---|---|---|
| | **Date:** 02/21/2019 | | **Time:** 12:13 PM |
| **Signature of Applicant** | | **PERMIT:** 19029352 | |

**Permit Number:** 002845064    **Start:** 02/23/2019    **Expires:** 02/25/2019

**Office:** Self Issuer    Self Issuer    **Order #:** 1397725

**Issued:** 2/21/2019 11:56 AM    **Report #:** 94928    **Original Permit #:**

**Company Name:** EQUIPMENT EXPRESS INC    **Total Fee:** 188.00    Credit

**Address:** 60 WANLESS CT RR1

AYR    ON    N0B 1E0

**Power Unit No:** B261    **Power Unit Axles:** 3    **Miles:** 299

**License:** 1931PS    **Trailer Unit Axles:** 6    **KM:** 481

**VIN:** 1XKWD40X1GJ982522

**Lic State:** ON    **Year:** 2016    **Make:** Kenworth

**Load/Transportation Item:** GENSET

**Note:** This is a One-Way Single Trip Permit authorizing to move an item one-way only.

**From:** ID/WA I-90    **To:** REDMOND

**Routing:** Refer To Following Page(s).

| Max Weights | LB | KG | Max Dimensions | Feet | Meters |
|---|---|---|---|---|---|
| Gross | 144,000 | 65,317 | Width | 10ft 0" | 3.0480 |
| Legal | 105,500 | 47,854 | Height | 14ft 6" | 4.4196 |
| Excess Gross | 38,500 | 17,463 | Overall Length | Not Applicable | Not Applicable |
| Gross Axle | | | Trlr/Load Length | 92ft 0" | 28.0416 |
| Legal Axle | | | Front Overhang | | |
| Excess Axle | | | Rear Overhang | | |

**Special Conditions:**

** OVERSIZE LOAD SIGNS REQUIRED (EXCEPT THOSE EXEMPTED PER WAC 468-38-075) ** FORM 560-002 ATTACHED. **APPROVED PERMIT ROUTE DOES NOT GUARANTEE HEIGHT CLEARANCES ** CERTAIN OVERLENGTH REQUIREMENTS ARE EXEMPTED PER WAC 468-38-075. ** IF TRAVELING ON CITY OR COUNTY STREETS, LOCAL APPROVAL MUST BE OBTAINED. ** REFER TO FORM 560-002 FOR ESCORT CAR REQUIREMENTS. ** CARRY PERMIT IN VEHICLE AT ALL TIMES.    Axles separated by less than 7 ft. Not to Exceed 43,000 lbs. Tridem axles 6-8 Not to Exceed 58,500 lbs.

 Carrier MUST Check website: www.wsdot.wa.gov/commercialvehicle/ prior to movement for any revised restrictions/conditions and overheight clearances.  All Oversize/Overweight permitted vehicles must stop at all open weigh stations, regardless of the transponder signal. A driver is responsible to ensure that any watercraft or other equipment is free of aquatic invasive species prior to entering Washington State. Call 1-877-933-9847 if you have questions.

**READ THIS BEFORE SIGNING**

The undersigned permittee acknowledges that he or she has read and understands the permit and the associated attachments in their entirety and agrees to comply with these documents.  The undersigned permittee acknowledges that the permit has been issued with the specific understanding that all applicable Washington State Laws, Administrative Codes, regulations and conditions will be complied with and that the information contained herein is true and correct.   The undersigned permittee must contact local jurisdictions when not operating on state highways.

 **As the permittee I acknowledge that I am responsible for verifying restrictions and overhead clearances prior to travel.**

**SIGNED  X** _____

**PERMIT NOT VALID UNLESS SIGNED BY PERMITTEE    VIOLATION OF SPECIAL PERMITS - PENALTY :**
**For failure to obtain, misrepresentation, or violation of special permits, State law provides for a fine, confiscation and suspension of permit without refund.**

DOT Form 560-031Revised 7/99

**SPECIAL MOTOR VEHICLE
OVERSIZE/OVERWEIGHT PERMIT**


**Washington State
Department of Transportation**

| | | | |
|---|---|---|---|
| **Permit Number** | 002845064 | | **ATTACHMENT** |
| **Start Date** | 2/23/2019 | | **ROUTE FOR THIS PERMIT** |
| **Expire Date** | 2/25/2019 | | |

**Based on your permitted route and dimensions, vertical clearance information for state road overcrossings along your route is displayed below which you need to be aware of to safely move your load. The permit holders must be aware that there may be other restrictions, not listed below, that will need to be taken into account to ensure the safe movement of the load.

It is the responsibility of the permit applicant to check, or prerun, their proposed route to provide for safe maneuvers around any restrictions as necessary.

| Route Nbr | MP From | MP To | Restriction Comment - *WSDOT Does Not Guarantee Height Clearances* |
|---|---|---|---|
| CO | 0.00 | 2.00 | County/City Roads (requires local jurisdiction approval) |
| 90 | 299.82 | 226.00 | Permit for indicated route is approved: Permit holder is responsible for verifying restrictions and overhead clearances prior to travel |
| 90 | 226.00 | 9.93 | Permit for indicated route is approved: Permit holder is responsible for verifying restrictions and overhead clearances prior to travel |
| 405 | 11.11 | 18.11 | Permit for indicated route is approved: Permit holder is responsible for verifying restrictions and overhead clearances prior to travel |


**A signed permit must be carried in the power unit at all times.**

## Pilot/Escort Vehicle Requirements

A pilot/escort vehicle and operator must comply with the requirements of WAC 468-38-100 Escort vehicle requirements. Pilots/Escort vehicles are required when:

1.   Vehicle(s) or load exceeds 11 feet in width; escort vehicles (both front and rear) are required on all two-lane highways.
2.   Vehicle(s) or load exceeds 14 feet wide; one rear escort vehicle is required on multiple-lane highways.
3.   Trailer length including load exceeds 105 ft., of a tractor/trailer combination, requires a rear escort vehicle on all two-lane highways.
4.   Trailer length including load exceeds 125 ft., of a tractor/trailer combination, requires a rear escort vehicle on multiple-lane highways.
5.   Rear overhang of a tractor/trailer or truck/trailer combination exceeds 1/3 of the trailer length including load, requires one rear escort vehicle on two-lane highways.
6.   Rear overhang exceeds 20 feet on a single unit vehicle, requires one rear escort vehicle on two-lane highways.
7.   Loads exceed 14 feet and 6 inches high, one escort vehicle is required in front equipped with a height pole. Manufactured housing requires front escort with height pole when exceeding 15 feet in height. The Department does not guarantee height clearances; therefore, on any route where the height is in question, a front escort vehicle equipped with a height pole should be used.
8.   The vehicle(s) or load exceeds twelve feet in width on a multilane highway and has a height that requires a front pilot/escort vehicle: One rear pilot/escort vehicle is required.
9.   In the opinion of the Department of Transportation, escort vehicles are necessary to protect the traveling public, for any overdimensional and/or overweight move, either across, upon, or along a highway. Holidays and Related Times on which Permit Movements are Prohibited (WAC 468-38-175) Overweight vehicles that cannot maintain the speed of the surrounding traffic flow, and all over dimensional vehicles/loads are prohibited on the holidays of New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, day after Thanksgiving Day, Christmas Day, and during the afternoon of the day preceding said holidays.

## Nighttime Movements (WAC 468-38-075)

A vehicle or vehicle combinations not exceeding the defined envelope of 12 feet wide, 14 feet 6 inches high and 105 feet long, including legal overhang(s), may move at night. A vehicle or vehicle combination which exceeds the defined envelope may also be permitted to move at night on state highways subject to Department preferred hours/routes of travel, and must have "Nighttime movement approved" stated on permits. All night moves must comply with published curfew restrictions. Night means one-half hour after sunset to one-half hour before sunrise. Vehicle and load must have proper lighting (49 CFR 393.11).

## Winter Road Restrictions

Movement by permit is prohibited in areas where any of the following signs are displayed: "TRACTION ADVISORY OVERSIZE VEHICLES PROHIBITED", VEHICLES OVER 10,000GVWR CHAINS REQUIRED", and "ALL VEHICLES CHAINS REQUIRED EXCEPT ALL-WHEEL DRIVE" except as specified in WAC 468-38-075.

## Railroad Crossing Emergencies

Call 1-888-877-7267
**Other Regulations** relating to the movement of permitted loads are printed in Chapter 468-38 WAC (Washington Administrative Code).
**THE USE OF COUNTY ROADS OR CITY STREETS** is subject to approval by the jurisdiction that maintains those roadways. This permit from the State of Washington does not authorize the use of roadways under local jurisdiction.
**Commuter Curfew Hours** (see page 2)
**Warning: Rules are subject to change. Holders of extended permits (monthly, annual) are subject to current rule. Rules, as described herein, should be periodically reviewed for updates to insure compliance.**

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 51 of 73   Document 6-2

**Commuter Curfew Hours: (Monday through Friday only)**

Vehicles operating under a Special Motor Vehicle Permit that are required to display "Oversize Load" signs are restricted from the following areas during the listed times (table). Exception: Vehicles with over dimension in <u>width only</u> and do not exceed the width limits of the table are not subject to curfew hours. Over weight is not a factor in this restriction unless the vehicle cannot maintain the speed of surrounding traffic.

| Vicinity | SR | Direction | Mile Post | Location and Boundaries | Hours (M-F) | Width |
|----------|----|-----------|-----------|-------------------------|-------------|-------|
| Seattle - Everett | 2 | EB | 0 - 2.42 | I-5 to SR 204 | 3-7 PM | 9' |
| | | WB | 2.42 - 0 | | 6-9 AM | 9' |
| | 5 | NB | 127.48 - 155.94 | SR 512 to SR 599 | 6-9 AM, 3-6 PM | 10' |
| | | SB | 155.94 - 127.48 | | 3-6 PM | 10' |
| | | NB | 155.94 - 174.58 | SR 599 to SR 523 | 6-9 AM, 3-6 PM | 9' |
| | | SB | 174.58 - 155.94 | | 6-9 AM, 3-6 PM | 9' |
| | | NB | 174.58 - 199.11 | SR 523 to SR 528 | 3-6 PM | 10' |
| | | SB | 199.11 - 174.58 | | 6-9 AM, 3-6 PM | 10' |
| | | NB | 199.11 - 206.08 | SR 528 to SR 531 | 4-6 PM | 10' |
| | | SB | 206.08 - 199.11 | | 7-9 AM, 4-6 PM | 10' |
| | 18 | EB | .01 - 4.15 | I-5 to SR 164 | 6-9 AM, 3-7 PM | 10' |
| | | WB | 4.15 - .01 | | 6-9 AM, 3-7 PM | 10' |
| | | EB | 4.15 - 11.38 | SR 164 to SR 516 | 6:30-8:30 AM, 3-7 PM | 10' |
| | | WB | 11.38 - 4.15 | | 6-9 AM, 3-7 PM | 10' |
| | 90 | EB | 2.54 - 9.93 | I-5 to I-405 | 6-9 AM, 3-7 PM | 10' |
| | | WB | 9.93 - 2.54 | | 6-9 AM, 3-7 PM | 10' |
| | | EB | 9.93 - 18.36 | I-405 to Sunset I/C | 3-7 PM | 10' |
| | | WB | 18.36 - 9.93 | | 6-9 AM, 3-7 PM | 10' |
| | 167 | NB | 5.98 - 14.33 | SR 512 to SR 18 | 6-9 AM | 10' |
| | | SB | 14.33 - 5.98 | | 3-7 PM | 10' |
| | | NB | 14.33 - 26.29 | SR 18 to I-405 | 6-9 AM, 3-7 PM | 10' |
| | | SB | 26.29 - 14.33 | | 3-7 PM | 10' |
| | 405 | NB | 0 - 30.32 | Entire Route | 6-9 AM, 3-7 PM | 10' |
| | | SB | 30.32 - 0 | | 6-9 AM, 3-7 PM | 10' |
| | 518 | EB | 0 - 3.81 | SR 509 to I-5 | 6-9 AM, 3-7 PM | 10' |
| | | WB | 3.81 - 0 | | 6-9 AM, 3-7 PM | 10' |
| | 522 | EB | 11.10 - 14.09 | I-405 to SR 9 | 3-7 PM | 10' |
| | | WB | 14.09 - 11.10 | | 6-9 AM | 10' |
| Tacoma | 5 | NB | 118 - 127.48 | Exit 118 to SR 512 | 6:30-8:30 AM, 4-6 PM | 10' |
| | | SB | 127.48 - 118 | | 6:30-8:30 AM, 4-6 PM | 10' |
| | 16 | EB | 10.28 - 0 | I-5 to Olympic Drive | 6-9 AM | 10' |
| | | WB | 0 - 10.28 | | 3-7 PM | 10' |
| | 512 | EB | 0 - 8.74 | I-5 to SR 161 | 3-7 PM | 10' |
| | | WB | 8.74 - 0 | | 7-9 AM, 3-7 PM | 10' |
| | | EB | 8.74 - 12.06 | SR 161 to SR 167 | 3-7 PM | 10' |
| | | WB | 12.06 - 8.74 | | 3-7 PM | 10' |
| Olympia | 5 | NB | 99 - 109 | Exit 99 to Exit 109 | 4-6 PM | 10' |
| | | SB | 109 - 99 | | 4-6 PM | 10' |
| Vancouver | 5 | NB | 0 - 7.48 | Oregon to I-205 | 3-6 PM | 10' |
| | | SB | 7.48 - 0 | | 6-9 AM | 10' |
| | 205 | NB | 26.59 – 37.16 | Oregon to I-5 | 4-7 PM | 10' |
| | | SB | 37.16 - 26.59 | I-5 to Oregon | 6-9 AM | 10' |
| Kelso | 433 | NB | .94 - 0 | Lewis and Clark Bridge | 6-9 AM, 3-7 PM | 10' |
| | | SB | 0 - .94 | | 6-9 AM, 3-7 PM | 10' |
| Spokane | 90 | EB | 272.66 - 295.73 | Medical Lk. to Liberty Lk. Exit | 6-9 AM, 3-7 PM | 11'2" |
| | | WB | 296.64 - 272.96 | Liberty Lk. to Medical Lk. Exit | 6-9 AM, 3-7 PM | 11'2" |

# SPECIAL MOTOR VEHICLE PERMIT
## Oversize/Overweight Self-Issue

**Washington State Department of Transportation**

**Permit Number:** **002846512**          **Start:** 02/25/2019    **Expires:** 02/27/2019

**Office:**    Permits          WSDOT Commercial Vehicle Services (Headquarters)

**Issued:**    2/25/2019 1:34 PM    **Report #:** 94928    **Original Permit #:**    002845064

**Company Name:**   EQUIPMENT EXPRESS INC          **Total Fee:**    0.00    No Cost Replacement

**Address:**    60 WANLESS CT RR1

   AYR          ON          N0B 1E0

**Power Unit No:** B261          **Power Unit Axles:**    3          **Miles:**    299

**License:**    1931PS          **Trailer Unit Axles:**    6          **KM:**    481

**VIN:**    1XKWD40X1GJ982522

**Lic State:**    ON          **Year:**    2016          **Make:** Kenworth

**Load/Transportation Item:** GENSET

**Note:**    This is a One-Way Single Trip Permit authorizing to move an item one-way only.

**From:**    ID/WA I-90          **To:**    REDMOND

**Routing:**    Refer To Following Page(s).

| Max Weights | LB | KG | | Max Dimensions | Feet | Meters |
|---|---|---|---|---|---|---|
| Gross | 144,000 | 65,317 | | Width | 10ft 0" | 3.0480 |
| Legal | 105,500 | 47,854 | | Height | 14ft 6" | 4.4196 |
| Excess Gross | 38,500 | 17,463 | | Overall Length | | |
| Gross Axle | | | | Trlr/Load Length | 92ft 0" | 28.0416 |
| Legal Axle | | | | Front Overhang | | |
| Excess Axle | | | | Rear Overhang | | |

**Special Conditions:**

** OVERSIZE LOAD SIGNS REQUIRED (EXCEPT THOSE EXEMPTED PER WAC468-38-075) ** FORM 560-002 ATTACHED. **APPROVED PERMIT ROUTE DOES NOT GUARANTEE HEIGHT CLEARANCES ** CERTAIN OVERLENGTH REQUIREMENTS ARE EXEMPTED PER WAC468-38-075. ** IF TRAVELING ON CITY OR COUNTY STREETS, LOCAL APPROVAL MUST BE OBTAINED. ** REFER TO FORM 560-002 FOR ESCORT CAR REQUIREMENTS. ** CARRY PERMIT IN VEHICLE AT ALL TIMES
   Axles separated by less than 7 ft. Not to Exceed 43,000 lbs.
Tridem axles 6-8 Not to Exceed 58,500 lbs.
   Carrier MUST Check website: www.wsdot.wa.gov/commercialvehicle/ prior to movement for any revised restrictions/conditions and overheight clearances. All Oversize/Overweight permitted vehicles must stop at all open weigh stations, regardless of the transponder signal. A driver is responsible to ensure that any watercraft or other equipment is free of aquatic invasive species prior to entering Washington State. Call 1-877-933-9847 if you have questions.

**READ THIS BEFORE SIGNING**

The undersigned permittee acknowledges that he or she has read and understands the permit and the associated attachments in their entirety and agrees to comply with these documents. The undersigned permittee acknowledges that the permit has been issued with the specific understanding that all applicable Washington State Laws, Administrative Codes, regulations and conditions will be complied with and that the information contained herein is true and correct. The undersigned permittee must contact local jurisdictions when not operating on state highways.

 **As the permittee I acknowledge that I am responsible for verifying restrictions and overhead clearances prior to travel.**

**SIGNED  X** _____

**PERMIT NOT VALID UNLESS SIGNED BY PERMITTEE**    **VIOLATION OF SPECIAL PERMITS - PENALTY :**
**For failure to obtain, misrepresentation, or violation of special permits, State law provides for a fine, confiscation and suspension of permit without refund.**

DOT Form 560-031Revised 7/99

**SPECIAL MOTOR VEHICLE**
**OVERSIZE/OVERWEIGHT PERMIT**


**Washington State**
**Department of Transportation**

| **Permit Number** | 002846512 |
|---|---|

**ATTACHMENT**

| **Start Date** | 2/25/2019 |
|---|---|

**ROUTE FOR THIS PERMIT**

| **Expire Date** | 2/27/2019 |
|---|---|

**Based on your permitted route and dimensions, vertical clearance information for state road overcrossings along your route is displayed below which you need to be aware of to safely move your load. The permit holders must be aware that there may be other restrictions, not listed below, that will need to be taken into account to ensure the safe movement of the load.

It is the responsibility of the permit applicant to check, or prerun, their proposed route to provide for safe maneuvers around any restrictions as necessary.

| Route Nbr | MP From | MP To | Restriction Comment - *WSDOT Does Not Guarantee Height Clearances* |
|---|---|---|---|
| CO | 0.00 | 2.00 | County/City Roads (requires local jurisdiction approval) |
| 90 | 299.82 | 226.00 | Permit for indicated route is approved: Permit holder is responsible for verifying restrictions and overhead clearances prior to travel |
| 90 | 226.00 | 9.93 | Permit for indicated route is approved: Permit holder is responsible for verifying restrictions and overhead clearances prior to travel |
| 405 | 11.11 | 18.11 | Permit for indicated route is approved: Permit holder is responsible for verifying restrictions and overhead clearances prior to travel |


**A signed permit must be carried in the power unit at all times.**

## Pilot/Escort Vehicle Requirements

A pilot/escort vehicle and operator must comply with the requirements of WAC 468-38-100 Escort vehicle requirements. Pilots/Escort vehicles are required when:

1. Vehicle(s) or load exceeds 11 feet in width; escort vehicles (both front and rear) are required on all two-lane highways.
2. Vehicle(s) or load exceeds 14 feet wide; one rear escort vehicle is required on multiple-lane highways.
3. Trailer length including load exceeds 105 ft., of a tractor/trailer combination, requires a rear escort vehicle on all two-lane highways.
4. Trailer length including load exceeds 125 ft., of a tractor/trailer combination, requires a rear escort vehicle on multiple-lane highways.
5. Rear overhang of a tractor/trailer or truck/trailer combination exceeds 1/3 of the trailer length including load, requires one rear escort vehicle on two-lane highways.
6. Rear overhang exceeds 20 feet on a single unit vehicle, requires one rear escort vehicle on two-lane highways.
7. Loads exceed 14 feet and 6 inches high, one escort vehicle is required in front equipped with a height pole. Manufactured housing requires front escort with height pole when exceeding 15 feet in height. The Department does not guarantee height clearances; therefore, on any route where the height is in question, a front escort vehicle equipped with a height pole should be used.
8. The vehicle(s) or load exceeds twelve feet in width on a multilane highway and has a height that requires a front pilot/escort vehicle: One rear pilot/escort vehicle is required.
9. In the opinion of the Department of Transportation, escort vehicles are necessary to protect the traveling public, for any overdimensional and/or overweight move, either across, upon, or along a highway. Holidays and Related Times on which Permit Movements are Prohibited (WAC 468-38-175) Overweight vehicles that cannot maintain the speed of the surrounding traffic flow, and all over dimensional vehicles/loads are prohibited on the holidays of New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, day after Thanksgiving Day, Christmas Day, and during the afternoon of the day preceding said holidays.

## Nighttime Movements (WAC 468-38-075)

A vehicle or vehicle combinations not exceeding the defined envelope of 12 feet wide, 14 feet 6 inches high and 105 feet long, including legal overhang(s), may move at night. A vehicle or vehicle combination which exceeds the defined envelope may also be permitted to move at night on state highways subject to Department preferred hours/routes of travel, and must have "Nighttime movement approved" stated on permits. All night moves must comply with published curfew restrictions. Night means one-half hour after sunset to one-half hour before sunrise. Vehicle and load must have proper lighting (49 CFR 393.11).

## Winter Road Restrictions

Movement by permit is prohibited in areas where any of the following signs are displayed: "TRACTION ADVISORY OVERSIZE VEHICLES PROHIBITED", VEHICLES OVER 10,000GVWR CHAINS REQUIRED", and "ALL VEHICLES CHAINS REQUIRED EXCEPT ALL-WHEEL DRIVE" except as specified in WAC 468-38-075.

## Railroad Crossing Emergencies

Call 1-888-877-7267

**Other Regulations** relating to the movement of permitted loads are printed in Chapter 468-38 WAC (Washington Administrative Code).

**THE USE OF COUNTY ROADS OR CITY STREETS** is subject to approval by the jurisdiction that maintains those roadways. This permit from the State of Washington does not authorize the use of roadways under local jurisdiction.

**Commuter Curfew Hours** (see page 2)

**Warning: Rules are subject to change. Holders of extended permits (monthly, annual) are subject to current rule. Rules, as described herein, should be periodically reviewed for updates to insure compliance.**

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 55 of 73   Document 6-2

**Commuter Curfew Hours: (Monday through Friday only)**

Vehicles operating under a Special Motor Vehicle Permit that are required to display "Oversize Load" signs are restricted from the following areas during the listed times (table). Exception: Vehicles with over dimension in <u>width only</u> and do not exceed the width limits of the table are not subject to curfew hours. Over weight is not a factor in this restriction unless the vehicle cannot maintain the speed of surrounding traffic.

| Vicinity | SR | Direction | Mile Post | Location and Boundaries | Hours (M-F) | Width |
|---|---|---|---|---|---|---|
| Seattle - Everett | 2 | EB | 0 - 2.42 | I-5 to SR 204 | 3-7 PM | 9' |
| | | WB | 2.42 - 0 | | 6-9 AM | 9' |
| | 5 | NB | 127.48 - 155.94 | SR 512 to SR 599 | 6-9 AM, 3-6 PM | 10' |
| | | SB | 155.94 - 127.48 | | 3-6 PM | 10' |
| | | NB | 155.94 - 174.58 | SR 599 to SR 523 | 6-9 AM, 3-6 PM | 9' |
| | | SB | 174.58 - 155.94 | | 6-9 AM, 3-6 PM | 9' |
| | | NB | 174.58 - 199.11 | SR 523 to SR 528 | 3-6 PM | 10' |
| | | SB | 199.11 - 174.58 | | 6-9 AM, 3-6 PM | 10' |
| | | NB | 199.11 - 206.08 | SR 528 to SR 531 | 4-6 PM | 10' |
| | | SB | 206.08 - 199.11 | | 7-9 AM, 4-6 PM | 10' |
| | 18 | EB | .01 - 4.15 | I-5 to SR 164 | 6-9 AM, 3-7 PM | 10' |
| | | WB | 4.15 - .01 | | 6-9 AM, 3-7 PM | 10' |
| | | EB | 4.15 - 11.38 | SR 164 to SR 516 | 6:30-8:30 AM, 3-7 PM | 10' |
| | | WB | 11.38 - 4.15 | | 6-9 AM, 3-7 PM | 10' |
| | 90 | EB | 2.54 - 9.93 | I-5 to I-405 | 6-9 AM, 3-7 PM | 10' |
| | | WB | 9.93 - 2.54 | | 6-9 AM, 3-7 PM | 10' |
| | | EB | 9.93 - 18.36 | I-405 to Sunset I/C | 3-7 PM | 10' |
| | | WB | 18.36 - 9.93 | | 6-9 AM, 3-7 PM | 10' |
| | 167 | NB | 5.98 - 14.33 | SR 512 to SR 18 | 6-9 AM | 10' |
| | | SB | 14.33 - 5.98 | | 3-7 PM | 10' |
| | | NB | 14.33 - 26.29 | SR 18 to I-405 | 6-9 AM, 3-7 PM | 10' |
| | | SB | 26.29 - 14.33 | | 3-7 PM | 10' |
| | 405 | NB | 0 - 30.32 | Entire Route | 6-9 AM, 3-7 PM | 10' |
| | | SB | 30.32 - 0 | | 6-9 AM, 3-7 PM | 10' |
| | 518 | EB | 0 - 3.81 | SR 509 to I-5 | 6-9 AM, 3-7 PM | 10' |
| | | WB | 3.81 - 0 | | 6-9 AM, 3-7 PM | 10' |
| | 522 | EB | 11.10 - 14.09 | I-405 to SR 9 | 3-7 PM | 10' |
| | | WB | 14.09 - 11.10 | | 6-9 AM | 10' |
| Tacoma | 5 | NB | 118 - 127.48 | Exit 118 to SR 512 | 6:30-8:30 AM, 4-6 PM | 10' |
| | | SB | 127.48 - 118 | | 6:30-8:30 AM, 4-6 PM | 10' |
| | 16 | EB | 10.28 - 0 | I-5 to Olympic Drive | 6-9 AM | 10' |
| | | WB | 0 - 10.28 | | 3-7 PM | 10' |
| | 512 | EB | 0 - 8.74 | I-5 to SR 161 | 3-7 PM | 10' |
| | | WB | 8.74 - 0 | | 7-9 AM, 3-7 PM | 10' |
| | | EB | 8.74 - 12.06 | SR 161 to SR 167 | 3-7 PM | 10' |
| | | WB | 12.06 - 8.74 | | 3-7 PM | 10' |
| Olympia | 5 | NB | 99 - 109 | Exit 99 to Exit 109 | 4-6 PM | 10' |
| | | SB | 109 - 99 | | 4-6 PM | 10' |
| Vancouver | 5 | NB | 0 - 7.48 | Oregon to I-205 | 3-6 PM | 10' |
| | | SB | 7.48 - 0 | | 6-9 AM | 10' |
| | 205 | NB | 26.59 – 37.16 | Oregon to I-5 | 4-7 PM | 10' |
| | | SB | 37.16 - 26.59 | I-5 to Oregon | 6-9 AM | 10' |
| Kelso | 433 | NB | .94 - 0 | Lewis and Clark Bridge | 6-9 AM, 3-7 PM | 10' |
| | | SB | 0 - .94 | | 6-9 AM, 3-7 PM | 10' |
| Spokane | 90 | EB | 272.66 - 295.73 | Medical Lk. to Liberty Lk. Exit | 6-9 AM, 3-7 PM | 11'2" |
| | | WB | 296.64 - 272.96 | Liberty Lk. to Medical Lk. Exit | 6-9 AM, 3-7 PM | 11'2" |

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 56 of 73   Document 6-2

**SPECIAL MOTOR VEHICLE PERMIT**
**Oversize/Overweight Self-Issue**

**Washington State Department of Transportation**

| | | | |
|---|---|---|---|
| **Permit Number:** | **002847593** | **Start:** 02/28/2019 | **Expires:** 03/02/2019 |

| | | |
|---|---|---|
| **Office:** | Self Issuer    Self Issuer | **Order #:** 1399208 |
| **Issued:** | 2/27/2019 12:55 PM   **Report #:** 94928   **Original Permit #:** | |
| **Company Name:** | EQUIPMENT EXPRESS INC | **Total Fee:** **188.00**   Credit |
| **Address:** | 60 WANLESS CT RR1 | |
| | AYR          ON     N0B 1E0 | |

| | | | | |
|---|---|---|---|---|
| **Power Unit No:** B261 | **Power Unit Axles:** 3 | **Miles:** | 299 |
| **License:** 1931PS | **Trailer Unit Axles:** 6 | **KM:** | 481 |
| **VIN:** 1XKWD40X1GJ982522 | | | |
| **Lic State:** ON | **Year:** 2016 | **Make:** Kenworth | |

**Load/Transportation Item:** GENSET

**Note:**    This is a One-Way Single Trip Permit authorizing to move an item one-way only.

**From:** ID/WA I-90               **To:** REDMOND

**Routing:** Refer To Following Page(s).

| Max Weights | LB | KG | Max Dimensions | Feet | Meters |
|---|---|---|---|---|---|
| Gross | 144,000 | 65,317 | Width | 10ft 0" | 3.0480 |
| Legal | 105,500 | 47,854 | Height | 14ft 6" | 4.4196 |
| Excess Gross | 38,500 | 17,463 | Overall Length | Not Applicable | Not Applicable |
| Gross Axle | | | Trlr/Load Length | 92ft 0" | 28.0416 |
| Legal Axle | | | Front Overhang | | |
| Excess Axle | | | Rear Overhang | | |

**Special Conditions:**

** OVERSIZE LOAD SIGNS REQUIRED (EXCEPT THOSE EXEMPTED PER WAC468-38-075) ** FORM 560-002 ATTACHED.
**APPROVED PERMIT ROUTE DOES NOT GUARANTEE HEIGHT CLEARANCES ** CERTAIN OVERLENGTH REQUIREMENTS ARE EXEMPTED PER WAC468-38-075. ** IF TRAVELING ON CITY OR COUNTY STREETS, LOCAL APPROVAL MUST BE OBTAINED. ** REFER TO FORM 560-002 FOR ESCORT CAR REQUIREMENTS. ** CARRY PERMIT IN VEHICLE AT ALL TIMES
  Axles separated by less than 7 ft. Not to Exceed 43,000 lbs.
Tridem axles 6-8 Not to Exceed 58,500 lbs.
  Carrier MUST Check website: www.wsdot.wa.gov/commercialvehicle/ prior to movement for any revised restrictions/conditions and overheight clearances.  All Oversize/Overweight permitted vehicles must stop at all open weigh stations, regardless of the transponder signal. A driver is responsible to ensure that any watercraft or other equipment is free of aquatic invasive species prior to entering Washington State. Call 1-877-933-9847 if you have questions.

**READ THIS BEFORE SIGNING**

The undersigned permittee acknowledges that he or she has read and understands the permit and the associated attachments in their entirety and agrees to comply with these documents.  The undersigned permittee acknowledges that the permit has been issued with the specific understanding that all applicable Washington State Laws, Administrative Codes, regulations and conditions will be complied with and that the information contained herein is true and correct.   The undersigned permittee must contact local jurisdictions when not operating on state highways.

 **As the permittee I acknowledge that I am responsible for verifying restrictions and overhead clearances prior to travel.**

**SIGNED  X** _____

**PERMIT NOT VALID UNLESS SIGNED BY PERMITTEE     VIOLATION OF SPECIAL PERMITS - PENALTY :**
**For failure to obtain, misrepresentation, or violation of special permits, State law provides for a fine, confiscation and suspension of permit without refund.**

DOT Form 560-031Revised 7/99

**SPECIAL MOTOR VEHICLE**
**OVERSIZE/OVERWEIGHT PERMIT**



| | | |
|---|---|---|
| **Permit Number** | 002847593 | **ATTACHMENT** |
| **Start Date** | 2/28/2019 | **ROUTE FOR THIS PERMIT** |
| **Expire Date** | 3/2/2019 | |

\*\*Based on your permitted route and dimensions, vertical clearance information for state road overcrossings along your route is displayed below which you need to be aware of to safely move your load.  The permit holders must be aware that there may be other restrictions, not listed below, that will need to be taken into account to ensure the safe movement of the load.

It is the responsibility of the permit applicant to check, or prerun, their proposed route to provide for safe maneuvers around any restrictions as necessary.

| Route Nbr | MP From | MP To | Restriction Comment - *WSDOT Does Not Guarantee Height Clearances* |
|---|---|---|---|
| CO | 0.00 | 2.00 | County/City Roads (requires local jurisdiction approval) |
| 90 | 299.82 | 226.00 | Permit for indicated route is approved:  Permit holder is responsible for verifying restrictions and overhead clearances prior to travel |
| 90 | 226.00 | 9.93 | From MP 103 to MP 102 : No loads over 14' wide on Monday from 4:30 AM to 10:00 AM, Tuesday-Wednesday from 4:30 AM to 1:00 PM, Thursday from 4:30 AM to 11:00 AM, Friday from 4:30 AM to Noon and Saturday 4:30AM to 11:00AM.<br>Note: Mobile Homes with eaves that are wider than the 14' restriction are allowed. |
| 405 | 11.11 | 18.11 | Permit for indicated route is approved:  Permit holder is responsible for verifying restrictions and overhead clearances prior to travel |



**A signed permit must be carried in the power unit at all times.**

## Pilot/Escort Vehicle Requirements

A pilot/escort vehicle and operator must comply with the requirements of WAC 468-38-100 Escort vehicle requirements. Pilots/Escort vehicles are required when:

1. Vehicle(s) or load exceeds 11 feet in width; escort vehicles (both front and rear) are required on all two-lane highways.
2. Vehicle(s) or load exceeds 14 feet wide; one rear escort vehicle is required on multiple-lane highways.
3. Trailer length including load exceeds 105 ft., of a tractor/trailer combination, requires a rear escort vehicle on all two-lane highways.
4. Trailer length including load exceeds 125 ft., of a tractor/trailer combination, requires a rear escort vehicle on multiple-lane highways.
5. Rear overhang of a tractor/trailer or truck/trailer combination exceeds 1/3 of the trailer length including load, requires one rear escort vehicle on two-lane highways.
6. Rear overhang exceeds 20 feet on a single unit vehicle, requires one rear escort vehicle on two-lane highways.
7. Loads exceed 14 feet and 6 inches high, one escort vehicle is required in front equipped with a height pole. Manufactured housing requires front escort with height pole when exceeding 15 feet in height. The Department does not guarantee height clearances; therefore, on any route where the height is in question, a front escort vehicle equipped with a height pole should be used.
8. The vehicle(s) or load exceeds twelve feet in width on a multilane highway and has a height that requires a front pilot/escort vehicle: One rear pilot/escort vehicle is required.
9. In the opinion of the Department of Transportation, escort vehicles are necessary to protect the traveling public, for any overdimensional and/or overweight move, either across, upon, or along a highway. Holidays and Related Times on which Permit Movements are Prohibited (WAC 468-38-175) Overweight vehicles that cannot maintain the speed of the surrounding traffic flow, and all over dimensional vehicles/loads are prohibited on the holidays of New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, day after Thanksgiving, Christmas Day, and during the afternoon of the day preceding said holidays.

## Nighttime Movements (WAC 468-38-075)

A vehicle or vehicle combinations not exceeding the defined envelope of 12 feet wide, 14 feet 6 inches high and 105 feet long, including legal overhang(s), may move at night. A vehicle or vehicle combination which exceeds the defined envelope may also be permitted to move at night on state highways subject to Department preferred hours/routes of travel, and must have "Nighttime movement approved" stated on permits. All night moves must comply with published curfew restrictions. Night means one-half hour after sunset to one-half hour before sunrise. Vehicle and load must have proper lighting (49 CFR 393.11).

## Winter Road Restrictions

Movement by permit is prohibited in areas where any of the following signs are displayed: "TRACTION ADVISORY OVERSIZE VEHICLES PROHIBITED", VEHICLES OVER 10,000GVWR CHAINS REQUIRED", and "ALL VEHICLES CHAINS REQUIRED EXCEPT ALL-WHEEL DRIVE" except as specified in WAC 468-38-075.

## Railroad Crossing Emergencies

Call 1-888-877-7267
**Other Regulations** relating to the movement of permitted loads are printed in Chapter 468-38 WAC (Washington Administrative Code).
**THE USE OF COUNTY ROADS OR CITY STREETS** is subject to approval by the jurisdiction that maintains those roadways. This permit from the State of Washington does not authorize the use of roadways under local jurisdiction.
**Commuter Curfew Hours** (see page 2)
**Warning: Rules are subject to change. Holders of extended permits (monthly, annual) are subject to current rule. Rules, as described herein, should be periodically reviewed for updates to insure compliance.**

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 59 of 73   Document 6-2

**Commuter Curfew Hours: (Monday through Friday only)**
Vehicles operating under a Special Motor Vehicle Permit that are required to display "Oversize Load" signs are restricted from the following areas during the listed times (table). Exception: Vehicles with over dimension in <u>width only</u> and do not exceed the width limits of the table are not subject to curfew hours. Over weight is not a factor in this restriction unless the vehicle cannot maintain the speed of surrounding traffic.

| Vicinity | SR | Direction | Mile Post | Location and Boundaries | Hours (M-F) | Width |
|---|---|---|---|---|---|---|
| Seattle - Everett | 2 | EB | 0 - 2.42 | I-5 to SR 204 | 3-7 PM | 9' |
| | | WB | 2.42 - 0 | | 6-9 AM | 9' |
| | 5 | NB | 127.48 - 155.94 | SR 512 to SR 599 | 6-9 AM, 3-6 PM | 10' |
| | | SB | 155.94 - 127.48 | | 3-6 PM | 10' |
| | | NB | 155.94 - 174.58 | SR 599 to SR 523 | 6-9 AM, 3-6 PM | 9' |
| | | SB | 174.58 - 155.94 | | 6-9 AM, 3-6 PM | 9' |
| | | NB | 174.58 - 199.11 | SR 523 to SR 528 | 3-6 PM | 10' |
| | | SB | 199.11 - 174.58 | | 6-9 AM, 3-6 PM | 10' |
| | | NB | 199.11 - 206.08 | SR 528 to SR 531 | 4-6 PM | 10' |
| | | SB | 206.08 - 199.11 | | 7-9 AM, 4-6 PM | 10' |
| | 18 | EB | .01 - 4.15 | I-5 to SR 164 | 6-9 AM, 3-7 PM | 10' |
| | | WB | 4.15 - .01 | | 6-9 AM, 3-7 PM | 10' |
| | | EB | 4.15 - 11.38 | SR 164 to SR 516 | 6:30-8:30 AM, 3-7 PM | 10' |
| | | WB | 11.38 - 4.15 | | 6-9 AM, 3-7 PM | 10' |
| | 90 | EB | 2.54 - 9.93 | I-5 to I-405 | 6-9 AM, 3-7 PM | 10' |
| | | WB | 9.93 - 2.54 | | 6-9 AM, 3-7 PM | 10' |
| | | EB | 9.93 - 18.36 | I-405 to Sunset I/C | 3-7 PM | 10' |
| | | WB | 18.36 - 9.93 | | 6-9 AM, 3-7 PM | 10' |
| | 167 | NB | 5.98 - 14.33 | SR 512 to SR 18 | 6-9 AM | 10' |
| | | SB | 14.33 - 5.98 | | 3-7 PM | 10' |
| | | NB | 14.33 - 26.29 | SR 18 to I-405 | 6-9 AM, 3-7 PM | 10' |
| | | SB | 26.29 - 14.33 | | 3-7 PM | 10' |
| | 405 | NB | 0 - 30.32 | Entire Route | 6-9 AM, 3-7 PM | 10' |
| | | SB | 30.32 - 0 | | 6-9 AM, 3-7 PM | 10' |
| | 518 | EB | 0 - 3.81 | SR 509 to I-5 | 6-9 AM, 3-7 PM | 10' |
| | | WB | 3.81 - 0 | | 6-9 AM, 3-7 PM | 10' |
| | 522 | EB | 11.10 - 14.09 | I-405 to SR 9 | 3-7 PM | 10' |
| | | WB | 14.09 - 11.10 | | 6-9 AM | 10' |
| Tacoma | 5 | NB | 118 - 127.48 | Exit 118 to SR 512 | 6:30-8:30 AM, 4-6 PM | 10' |
| | | SB | 127.48 - 118 | | 6:30-8:30 AM, 4-6 PM | 10' |
| | 16 | EB | 10.28 - 0 | I-5 to Olympic Drive | 6-9 AM | 10' |
| | | WB | 0 - 10.28 | | 3-7 PM | 10' |
| | 512 | EB | 0 - 8.74 | I-5 to SR 161 | 3-7 PM | 10' |
| | | WB | 8.74 - 0 | | 7-9 AM, 3-7 PM | 10' |
| | | EB | 8.74 - 12.06 | SR 161 to SR 167 | 3-7 PM | 10' |
| | | WB | 12.06 - 8.74 | | 3-7 PM | 10' |
| Olympia | 5 | NB | 99 - 109 | Exit 99 to Exit 109 | 4-6 PM | 10' |
| | | SB | 109 - 99 | | 4-6 PM | 10' |
| Vancouver | 5 | NB | 0 - 7.48 | Oregon to I-205 | 3-6 PM | 10' |
| | | SB | 7.48 - 0 | | 6-9 AM | 10' |
| | 205 | NB | 26.59 – 37.16 | Oregon to I-5 | 4-7 PM | 10' |
| | | SB | 37.16 - 26.59 | I-5 to Oregon | 6-9 AM | 10' |
| Kelso | 433 | NB | .94 - 0 | Lewis and Clark Bridge | 6-9 AM, 3-7 PM | 10' |
| | | SB | 0 - .94 | | 6-9 AM, 3-7 PM | 10' |
| Spokane | 90 | EB | 272.66 - 295.73 | Medical Lk. to Liberty Lk. Exit | 6-9 AM, 3-7 PM | 11'2" |
| | | WB | 296.64 - 272.96 | Liberty Lk. to Medical Lk. Exit | 6-9 AM, 3-7 PM | 11'2" |

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 60 of 73   Document 6-2

# EXHIBIT B

**SHORT FORM OF STRAIGHT BILL OF LADING – ORIGINAL – NOT NEGOTIABLE**

ADOPTED BY HEAVY SPECIALIZED CARRIERS

## EQUIPMENT EXPRESS INC.
60 WANLESS COURT, AYR, ONTARIO N0B 1E0
PHONE: LOCAL: (519) 740-8008  CDN./U.S.: 1-800-387-9791  FAX: (519) 740-6297

**42507**

| SHIPPER | | |
|---|---|---|
| COMPANY NAME *AVL MFG* | SHIPMENT DATE *FEB 15/19* | POINT OF ORIGIN *Hamilton ont* |
| ADDRESS _____ | | CONSIGNED TO *AT+T* |
| CITY *Hamilton*   PROV./STATE *ON* | | CHARGES ▶ |
| DESTINATION *Redmond WA* | | |

CHARGES: ☐ PPD  ☐ COLL  **C.O.D.** AMT. ___ FEE ___  FEE COLL. ☐  FEE PPD. ☐

### EQUIPMENT SPECIFICATIONS

THIS SHIPMENT MUST CONFORM TO DIMENSIONS AND WEIGHT RESTRICTIONS AS SET OUT BELOW

| DESCRIPTION | UNIT NO. | TARE WEIGHT |
|---|---|---|
| TRACTOR | *R226* | |
| TRAILER | *4234* | |

**TOTAL EQUIPMENT WEIGHT** ▶

COMPLETE ONE SECTION ONLY

|  | WITH SPECIAL PERMIT | WITHOUT SPECIAL PERMIT |
|---|---|---|
| | GROSS WEIGHT ALLOWED → | REGISTERED GROSS WEIGHT → |
| | MAXIMUM FREIGHT WEIGHT* | MAXIMUM FREIGHT WEIGHT* |
| | OVERALL SIZE LIMIT | OVERALL SIZE LIMIT |

SPECIAL PERMIT REQ'D  YES ☐  NO ☐

| NO. | TYPE | | L  W  H | L  W  H |
| ISSUED | EXPIRES | | | |

### DESCRIPTION OF SHIPMENT

| ITEM | ARTICLE | QTY. | RATE | WEIGHT | LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|---|---|---|
| | *ENCLOSURES* | *1* | | *25,000 lbs* | *87'* | *11'* | *14'10"* |
| | | | | | | | |

**TOTAL SHIPMENT WEIGHT** ▶   ◀ **MUST NOT EXCEED •**

SHIPPER'S WEIGHT AND VALUE DECLARATION

**NOTICE OF CLAIM:** 1) NO CARRIER IS LIABLE FOR LOSS, DAMAGE OR DELAY TO ANY GOODS CARRIED UNDER THE BILL OF LADING UNLESS NOTICE THEREOF SETTING OUT PARTICULARS OF THE ORIGIN, DESTINATION AND DATE OF SHIPMENT OF THE GOODS AND THE ESTIMATED AMOUNT CLAIMED IN RESPECT OF SUCH LOSS, DAMAGE OR DELAY IS GIVEN IN WRITING TO THE ORIGINATING CARRIER OR THE DELIVERING CARRIER WITHIN 60 DAYS AFTER THE DELIVERY OF THE GOODS, OR, IN THE CASE OF FAILURE TO MAKE DELIVERY, WITHIN 9 MONTHS FROM THE DATE OF SHIPMENT. 2) THE FINAL STATEMENT OF THE CLAIM MUST BE FILED WITHIN 9 MONTHS FROM THE DATE OF SHIPMENT TOGETHER WITH A COPY OF THE PAID FREIGHT BILL.

DECLARED VALUATION $ _____  (MAXIMUM LIABILITY $2.00 PER POUND UNLESS DECLARED VALUATION STATES OTHERWISE)

SHIPPER _____  PER _____  (TO BE SIGNED BY SHIPPER)

| | LOADING REPORT | UNLOADING REPORT | BORDER TIME | OTHER CARRIER | OUR YARD |
|---|---|---|---|---|---|
| TIME ARRIVED | | *Arrived 9:30 am local* | ARRIVED | TIME LEFT YARD | |
| TIME STARTED | | TIME STARTED *Mary* | | | |
| TIME FINISHED | | *Arrived 9am local* | LEFT | TIME RETURNED TO YARD | |
| TOTAL TIME | | TOTAL TIME | | | |
| SIGNATURE | | SIGNATURE *[signature]* | | | |

| **ACKNOWLEDGEMENT OF RECEIPT BY CARRIER** | **RECEIPT BY CONSIGNEE** |
|---|---|
| CARRIER *[signature]* | RECEIVED IN APPARENT GOOD ORDER (EXCEPT AS NOTED) GOODS AS DESCRIBED HEREIN |
| PER _____ | FROM *[signature]*  *Rusty Weld*  CONSIGNEE _____ PER ___ |

Case 2:19-cv-01620-PP   Filed 02/14/20   Page 62 of 73   Document 6-2

ADDITIONAL CONDITIONS ON REVERSE. ALL SHIPMENTS ARE PREPAID UNLESS OTHERWISE MARKED.

# SHORT FORM OF STRAIGHT BILL OF LADING – ORIGINAL – NOT NEGOTIABLE

**ADOPTED BY HEAVY SPECIALIZED CARRIERS**

## EQUIPMENT EXPRESS INC.
60 WANLESS COURT, AYR, ONTARIO N0B 1E0
PHONE: LOCAL: (519) 740-8008   CDN./U.S.: 1-800-387-9791   FAX: (519) 740-6297

**41285**

| SHIPPER | | |
|---|---|---|
| COMPANY NAME A.U.L | SHIPMENT DATE 2-13-19 | POINT OF ORIGIN Hamilton ont / Ayr |
| ADDRESS 243 Queen St N. | | CONSIGNED TO A T & T Services 14560 N.E 57th St Redmond WA 98052 |
| CITY Hamilton   PROV./STATE ont | | |
| DESTINATION Redmond WA | | |

**CHARGES** ▶   ☐ PPD   ☐ COLL   C.O.D. AMT. FEE   ☐ FEE COLL.   ☐ FEE PPD.

## EQUIPMENT SPECIFICATIONS

### THIS SHIPMENT MUST CONFORM TO DIMENSIONS AND WEIGHT RESTRICTIONS AS SET OUT BELOW

| DESCRIPTION | UNIT NO. | TARE WEIGHT |
|---|---|---|
| TRACTOR | B.217 | |
| TRAILER | 5231 | |

**TOTAL EQUIPMENT WEIGHT** ▶

**COMPLETE ONE SECTION ONLY**

|  | WITH SPECIAL PERMIT | | WITHOUT SPECIAL PERMIT | |
|---|---|---|---|---|
| | GROSS WEIGHT ALLOWED → | | REGISTERED GROSS WEIGHT → | |
| | MAXIMUM FREIGHT WEIGHT* | | MAXIMUM FREIGHT WEIGHT* | |

**SPECIAL PERMIT REQ'D   YES ☐   NO ☐**

| NO. | TYPE | OVERALL SIZE LIMIT | | | OVERALL SIZE LIMIT | | |
|---|---|---|---|---|---|---|---|
| ISSUED | EXPIRES | L | W | H | L | W | H |

## DESCRIPTION OF SHIPMENT

| ITEM | ARTICLE | QTY. | RATE | WEIGHT | LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|---|---|---|
| | Radiators Frames | 1 | Skid | | | 9'8" | |
| | Screening | 1 | Skid | | | | |
| | Skids Acces. | 2 | | | | | |

**TOTAL SHIPMENT WEIGHT** ▶ 23,400 lb ◀ **MUST NOT EXCEED •**

### SHIPPER'S WEIGHT AND VALUE DECLARATION

**NOTICE OF CLAIM:** 1) NO CARRIER IS LIABLE FOR LOSS, DAMAGE OR DELAY TO ANY GOODS CARRIED UNDER THE BILL OF LADING UNLESS NOTICE THEREOF SETTING OUT PARTICULARS OF THE ORIGIN, DESTINATION AND DATE OF SHIPMENT OF THE GOODS AND THE ESTIMATED AMOUNT CLAIMED IN RESPECT OF SUCH LOSS, DAMAGE OR DELAY IS GIVEN IN WRITING TO THE ORIGINATING CARRIER OR THE DELIVERING CARRIER WITHIN 60 DAYS AFTER THE DELIVERY OF THE GOODS, OR, IN THE CASE OF FAILURE TO MAKE DELIVERY, WITHIN 9 MONTHS FROM THE DATE OF SHIPMENT. 2) THE FINAL STATEMENT OF THE CLAIM MUST BE FILED WITHIN 9 MONTHS FROM THE DATE OF SHIPMENT TOGETHER WITH A COPY OF THE PAID FREIGHT BILL.

**DECLARED VALUATION $** _____ **(MAXIMUM LIABILITY $2.00 PER POUND UNLESS DECLARED VALUATION STATES OTHERWISE)**

**SHIPPER** _____ **PER** _____   *(TO BE SIGNED BY SHIPPER)*

| LOADING REPORT | UNLOADING REPORT | BORDER TIME | | OTHER CARRIER | OUR YARD |
|---|---|---|---|---|---|
| TIME ARRIVED | TIME ARRIVED | ARRIVED | | TIME LEFT YARD | |
| TIME STARTED | TIME STARTED | | | | |
| TIME FINISHED | TIME FINISHED | LEFT | | TIME RETURNED TO YARD | |
| TOTAL TIME | TOTAL TIME | | | | |
| SIGNATURE | SIGNATURE | | | | |

| ACKNOWLEDGEMENT OF RECEIPT BY CARRIER | RECEIPT BY CONSIGNEE |
|---|---|
| CARRIER _____ | RECEIVED IN APPARENT GOOD ORDER (EXCEPT AS NOTED) GOODS AS DESCRIBED HEREIN |
| PER _____ | FROM _____   CONSIGNEE _____   PER _____ |

ADDITIONAL CONDITIONS ON REVERSE.  ALL SHIPMENTS ARE PREPAID UNLESS OTHERWISE MARKED.

SHORT FORM OF STRAIGHT BILL OF LADING – ORIGINAL – NOT NEGOTIABLE

ADOPTED BY HEAVY SPECIALIZED CARRIERS

**EQUIPMENT EXPRESS INC.**
60 WANLESS COURT, AYR, ONTARIO  N0B 1E0
PHONE: LOCAL: (519) 740-8008   CDN./U.S.: 1-800-387-9791   FAX: (519) 740-6297

R041090

**47067**

| SHIPPER | SHIPMENT DATE | POINT OF ORIGIN |
|---|---|---|
| COMPANY NAME  AVL mfg | Feb. 13/19 | |
| ADDRESS  293 Queen St. | CONSIGNED TO | AT&T Services 140560 NE 87th St. Redmond WA |
| CITY  Hamilton  PROV./STATE  ON | | |
| DESTINATION | | |

CHARGES ▶  ☐ PPD  ☐ COLL

**C.O.D.**  AMT.  FEE

FEE COLL. ☐  FEE PPD. ☐

## EQUIPMENT SPECIFICATIONS

THIS SHIPMENT MUST CONFORM TO DIMENSIONS AND WEIGHT RESTRICTIONS AS SET OUT BELOW

| DESCRIPTION | UNIT NO. | TARE WEIGHT |
|---|---|---|
| TRACTOR | B261 | |
| TRAILER | 5419 | |

**TOTAL EQUIPMENT WEIGHT** ▶

SPECIAL PERMIT REQ'D  YES ☐  NO ☐

**COMPLETE ONE SECTION ONLY**

| WITH SPECIAL PERMIT | WITHOUT SPECIAL PERMIT |
|---|---|
| GROSS WEIGHT ALLOWED | REGISTERED GROSS WEIGHT |
| MAXIMUM FREIGHT WEIGHT* | MAXIMUM FREIGHT WEIGHT* |

| NO. | TYPE | OVERALL SIZE LIMIT | | | OVERALL SIZE LIMIT | | |
|---|---|---|---|---|---|---|---|
| ISSUED | EXPIRES | L | W | H | L | W | H |

## DESCRIPTION OF SHIPMENT

| ITEM | ARTICLE | QTY. | RATE | WEIGHT | LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|---|---|---|
| | Generator | 1 | | 70.000 #'s | 48' | 10' | 12' |
| | ⊗ Water Damage to Switchgear. See Pictures | | | | | | due to |
| | WOA 03727  ⊗ Snowed In due to weather + Rd conditions | | | | | | Shrink |
| | 48 x 10 x 12  Feb. 25 & 26 In  Butte MT | | | | | | wrap failure |

**TOTAL SHIPMENT WEIGHT** ▶  90.000 #'s  ◀ **MUST NOT EXCEED •**

SHIPPER'S WEIGHT AND VALUE DECLARATION

NOTICE OF CLAIM: 1) NO CARRIER IS LIABLE FOR LOSS, DAMAGE OR DELAY TO ANY GOODS CARRIED UNDER THE BILL OF LADING UNLESS NOTICE THEREOF SETTING OUT PARTICULARS OF THE ORIGIN, DESTINATION AND DATE OF SHIPMENT OF THE GOODS AND THE ESTIMATED AMOUNT CLAIMED IN RESPECT OF SUCH LOSS, DAMAGE OR DELAY IS GIVEN IN WRITING TO THE ORIGINATING CARRIER OR THE DELIVERING CARRIER WITHIN 60 DAYS AFTER THE DELIVERY OF THE GOODS, OR, IN THE CASE OF FAILURE TO MAKE DELIVERY, WITHIN 9 MONTHS FROM THE DATE OF SHIPMENT. 2) THE FINAL STATEMENT OF THE CLAIM MUST BE FILED WITHIN 9 MONTHS FROM THE DATE OF SHIPMENT TOGETHER WITH A COPY OF THE PAID FREIGHT BILL.

DECLARED VALUATION $ _____ (MAXIMUM LIABILITY $2.00 PER POUND UNLESS DECLARED VALUATION STATES OTHERWISE)

SHIPPER _____ PER _____

(TO BE SIGNED BY SHIPPER)

| | LOADING REPORT | UNLOADING REPORT | BORDER TIME | OTHER CARRIER | OUR YARD |
|---|---|---|---|---|---|
| TIME ARRIVED | 10:00am Mar.01 | 10:00am Mar.01 | ARRIVED | TIME LEFT YARD | |
| TIME STARTED | 7:00am Mar.02 | 7:00am Mar.01 | | | |
| TIME FINISHED | 11:00am Mar.02 | 11:00am Mar.01 | LEFT | TIME RETURNED TO YARD | |
| TOTAL TIME | 25 hrs. | 25 hrs. | | | |
| SIGNATURE | | SIGNATURE | | | |

## ACKNOWLEDGEMENT OF RECEIPT BY CARRIER

CARRIER  EEI – Jms flood

PER _____

## RECEIPT BY CONSIGNEE

RECEIVED IN APPARENT GOOD ORDER (EXCEPT AS NOTED) GOODS AS DESCRIBED HEREIN

FROM  J.M. Curl

CONSIGNEE _____  PER _____

ADDITIONAL CONDITIONS ON REVERSE.  ALL SHIPMENTS ARE PREPAID UNLESS OTHERWISE MARKED.

# SHORT FORM OF STRAIGHT BILL OF LADING – ORIGINAL – NOT NEGOTIABLE

**ADOPTED BY HEAVY SPECIALIZED CARRIERS**

## EQUIPMENT EXPRESS INC.

60 WANLESS COURT, AYR, ONTARIO N0B 1E0
PHONE: LOCAL: (519) 740-8008  CDN./U.S.: 1-800-387-9791  FAX: (519) 740-6297

**46556**

| SHIPPER | SHIPMENT DATE | POINT OF ORIGIN |
|---|---|---|
| COMPANY NAME _AVL_ | _02-19-18_ | _HAMILTON, ON_ |
| _MANUFACTURING_ | | |
| ADDRESS _243 QUEEN ST N_ | CONSIGNED TO | _AYR SERVICES_ _1456 NE 87TH ST_ _RICHMOND, WA_ |
| CITY _HAMILTON_  PROV./STATE _ON_ | | |
| DESTINATION _RICHMOND, WA_ | **CHARGES** ▶ ☐ PPD  ☐ COLL | **C.O.D.** AMT. FEE  FEE COLL. ☐  FEE PPD. ☐ |

## EQUIPMENT SPECIFICATIONS

THIS SHIPMENT MUST CONFORM TO DIMENSIONS AND WEIGHT RESTRICTIONS AS SET OUT BELOW

| DESCRIPTION | UNIT NO. | TARE WEIGHT | | |
|---|---|---|---|---|
| TRACTOR | _B256_ | | | |
| TRAILER | _4233_ | | | |

**COMPLETE ONE SECTION ONLY**

| | WITH SPECIAL PERMIT | WITHOUT SPECIAL PERMIT |
|---|---|---|
| | GROSS WEIGHT ALLOWED | REGISTERED GROSS WEIGHT |

**TOTAL EQUIPMENT WEIGHT** ▶

MAXIMUM FREIGHT WEIGHT*  MAXIMUM FREIGHT WEIGHT*

**SPECIAL PERMIT REQ'D**  YES ☐  NO ☐

| NO. | TYPE | OVERALL SIZE LIMIT | | | OVERALL SIZE LIMIT | | |
|---|---|---|---|---|---|---|---|
| ISSUED | EXPIRES | L | W | H | L | W | H |

## DESCRIPTION OF SHIPMENT

| ITEM | ARTICLE | QTY. | RATE | WEIGHT | LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | _RADIATOR_ | | | _6000_ | _12_ | _10_ | _2.5_ |
| | | | | | | | |
| 2 | _DISCHARGE HAMES_ | | | _7000_ | _10_ | _10_ | _12_ |

| **TOTAL SHIPMENT WEIGHT** ▶ | | ◀ **MUST NOT EXCEED •** |
|---|---|---|

**SHIPPER'S WEIGHT AND VALUE DECLARATION**

**NOTICE OF CLAIM:** 1) NO CARRIER IS LIABLE FOR LOSS, DAMAGE OR DELAY TO ANY GOODS CARRIED UNDER THE BILL OF LADING UNLESS NOTICE THEREOF SETTING OUT PARTICULARS OF THE ORIGIN, DESTINATION AND DATE OF SHIPMENT OF THE GOODS AND THE ESTIMATED AMOUNT CLAIMED IN RESPECT OF SUCH LOSS, DAMAGE OR DELAY IS GIVEN IN WRITING TO THE ORIGINATING CARRIER OR THE DELIVERING CARRIER WITHIN 60 DAYS AFTER THE DELIVERY OF THE GOODS, OR, IN THE CASE OF FAILURE TO MAKE DELIVERY, WITHIN 9 MONTHS FROM THE DATE OF SHIPMENT. 2) THE FINAL STATEMENT OF THE CLAIM MUST BE FILED WITHIN 9 MONTHS FROM THE DATE OF SHIPMENT TOGETHER WITH A COPY OF THE PAID FREIGHT BILL.

**DECLARED VALUATION $** _____ **(MAXIMUM LIABILITY $2.00 PER POUND UNLESS DECLARED VALUATION STATES OTHERWISE)**

**SHIPPER** _____ **PER** _____   *(TO BE SIGNED BY SHIPPER)*

| LOADING REPORT | UNLOADING REPORT | BORDER TIME | OTHER CARRIER | OUR YARD |
|---|---|---|---|---|
| TIME ARRIVED | TIME ARRIVED | ARRIVED | TIME LEFT YARD | |
| TIME STARTED | TIME STARTED | | | |
| TIME FINISHED | TIME FINISHED | LEFT | TIME RETURNED TO YARD | |
| TOTAL TIME | TOTAL TIME | | | |
| SIGNATURE | SIGNATURE | | | |

| **ACKNOWLEDGEMENT OF RECEIPT BY CARRIER** | **RECEIPT BY CONSIGNEE** |
|---|---|
| CARRIER _EQUIPMENT EXPRESS_ | RECEIVED IN APPARENT GOOD ORDER (EXCEPT AS NOTED) GOODS AS DESCRIBED HEREIN |
| PER _____ | FROM _____ CONSIGNEE _____ PER _____ |

*ADDITIONAL CONDITIONS ON REVERSE. ALL SHIPMENTS ARE PREPAID UNLESS OTHERWISE MARKED.*

**EQUIPMENT EXPRESS INC.**
60 WANLESS COURT, AYR, ONTARIO N0B 1E0
PHONE: LOCAL: (519) 740-8008  CDN./U.S.: 1-800-387-9791  FAX: (519) 740-6297

**47243**

| | | |
|---|---|---|
| SHIPPER COMPANY NAME | *AVL Manufacturing*  SHIPMENT DATE *Feb 13, 19* | POINT OF ORIGIN *(Same as Shipper)* |
| ADDRESS | *243 Queen St N* | CONSIGNED TO *AT&T Services INC 14560 NE 87th street Redmond WA 98052* |
| CITY *Hamilton*  PROV./STATE *ON* | | |
| DESTINATION *Redmond WA* | | CHARGES ▶ ☐ PPD  ☐ COLL    C.O.D. AMT.  FEE    FEE COLL. ☐   FEE PPD. ☐ |

## EQUIPMENT SPECIFICATIONS

THIS SHIPMENT MUST CONFORM TO DIMENSIONS AND WEIGHT RESTRICTIONS AS SET OUT BELOW

| DESCRIPTION | UNIT NO. | TARE WEIGHT | COMPLETE ONE SECTION ONLY | | |
|---|---|---|---|---|---|
| TRACTOR | *B264* | | | WITH SPECIAL PERMIT | WITHOUT SPECIAL PERMIT |
| TRAILER | *5418* | | | GROSS WEIGHT ALLOWED | REGISTERED GROSS WEIGHT |
| **TOTAL EQUIPMENT WEIGHT ▶** | | | | MAXIMUM FREIGHT WEIGHT* | MAXIMUM FREIGHT WEIGHT* |
| SPECIAL PERMIT REQ'D   YES ☐ NO ☐ | | | | | |
| NO. | TYPE | | OVERALL SIZE LIMIT | | OVERALL SIZE LIMIT |
| ISSUED | EXPIRES | | L    W    H | | L    W    H |

## DESCRIPTION OF SHIPMENT

| ITEM | ARTICLE | QTY. | RATE | WEIGHT | LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | *Power Generation Module* | | | *90 000* | *46'* | *10'* | *14'5* |
| | *W09 03727* | | | | | | |
| | *Load #2* | | | | | | |

TOTAL SHIPMENT WEIGHT ▶ | ◀ MUST NOT EXCEED •

SHIPPER'S WEIGHT AND VALUE DECLARATION

NOTICE OF CLAIM: 1) NO CARRIER IS LIABLE FOR LOSS, DAMAGE OR DELAY TO ANY GOODS CARRIED UNDER THE BILL OF LADING UNLESS NOTICE THEREOF SETTING OUT PARTICULARS OF THE ORIGIN, DESTINATION AND DATE OF SHIPMENT OF THE GOODS AND THE ESTIMATED AMOUNT CLAIMED IN RESPECT OF SUCH LOSS, DAMAGE OR DELAY IS GIVEN IN WRITING TO THE ORIGINATING CARRIER OR THE DELIVERING CARRIER WITHIN 60 DAYS AFTER THE DELIVERY OF THE GOODS, OR, IN THE CASE OF FAILURE TO MAKE DELIVERY, WITHIN 9 MONTHS FROM THE DATE OF SHIPMENT. 2) THE FINAL STATEMENT OF THE CLAIM MUST BE FILED WITHIN 9 MONTHS FROM THE DATE OF SHIPMENT TOGETHER WITH A COPY OF THE PAID FREIGHT BILL.

DECLARED VALUATION $ _____ (MAXIMUM LIABILITY $2.00 PER POUND UNLESS DECLARED VALUATION STATES OTHERWISE)

SHIPPER _____ PER _____ (TO BE SIGNED BY SHIPPER)

| LOADING REPORT | UNLOADING REPORT | BORDER TIME | OTHER CARRIER | OUR YARD |
|---|---|---|---|---|
| TIME ARRIVED | TIME ARRIVED *10 00 AM* | ARRIVED | TIME LEFT YARD | |
| TIME STARTED | TIME STARTED *10 30 AM.* | | | |
| TIME FINISHED | TIME FINISHED *3 00 PM.* | LEFT | TIME RETURNED TO YARD | |
| TOTAL TIME | TOTAL TIME *5 hrs.* | | | |
| SIGNATURE | SIGNATURE | | | |

| ACKNOWLEDGEMENT OF RECEIPT BY CARRIER | RECEIPT BY CONSIGNEE |
|---|---|
| CARRIER *Equipment Express* | RECEIVED IN APPARENT GOOD ORDER (EXCEPT AS NOTED) GOODS AS DESCRIBED HEREIN |
| PER *TM AD* | FROM *Russ Welch* |
| | CONSIGNEE _____ PER _____ |

*ADDITIONAL CONDITIONS ON REVERSE. ALL SHIPMENTS ARE PREPAID UNLESS OTHERWISE MARKED.*

# EXHIBIT C

Court File No./N° du dossier du greffe: CV-19-00620955-0000

Court File No.:



*ONTARIO*
**SUPERIOR COURT OF JUSTICE**

Electronically issued
Délivré par voie électronique : 30-May-2019
Toronto

**EQUIPMENT EXPRESS INC.**

Plaintiff

- and -

**COOK LOGISTICS, LLC**

Defendant

**STATEMENT OF CLAIM**

**TO THE DEFENDANT(S):**

A LEGAL PROCEEDING HAS BEEN COMMENCED AGAINST YOU by the plaintiff. The claim made against you is set out in the following pages.

IF YOU WISH TO DEFEND THIS PROCEEDING, you or an Ontario lawyer acting for you must prepare a statement of defence in Form 18A prescribed by the *Rules of Civil Procedure*, serve it on the plaintiff's lawyer or, where a party does not have a lawyer, serve it on the plaintiff, and file it, with proof of service in this court office, WITHIN TWENTY DAYS after this statement of claim is served on you, if you are served in Ontario.

If you are served in another province or territory of Canada or in the United States of America, the period for serving and filing your statement of defence is forty days. If you are served outside Canada and the United States of America, the period is sixty days.

Instead of serving and filing a statement of defence, you may serve and file a notice of intent to defend in Form 18B prescribed by the *Rules of Civil Procedure*. This will entitle you to ten more days within which to serve and file your statement of defence.

IF YOU FAIL TO DEFEND THIS PROCEEDING, JUDGMENT MAY BE GIVEN AGAINST YOU IN YOUR ABSENCE AND WITHOUT FURTHER NOTICE TO YOU. IF YOU WISH TO DEFEND THIS PROCEEDING BUT ARE UNABLE TO PAY LEGAL FEES, LEGAL AID MAY BE AVAILABLE TO YOU BY CONTACTING A LOCAL LEGAL AID OFFICE.

IF YOU PAY THE PLAINTIFF'S CLAIM, and $2,000.00 for costs, within the time for serving and filing your statement of defence you may move to have this proceeding dismissed by

the court.  If you believe the amount claimed for costs is excessive, you may pay the plaintiff's claim and $400 for costs and have the costs assessed by the court.

TAKE NOTICE: THIS ACTION WILL AUTOMATICALLY BE DISMISSED if it has not been set down for trial or terminated by any means within five years after the action was commenced unless otherwise ordered by the court.

Date _____

Issued by _____

Local registrar

Address of     393 University Avenue
court office:    10th Floor
                       Toronto ON  M5G 1E6

TO:  **Cook Logistics, LLC**
W7377 County Road A
Delavan, WI
53115

2

## *THIS CLAIM IS COMMENCED UNDER THE SIMPLIFIED PROCEDURE PURSUANT TO RULE 76 OF THE RULES OF CIVIL PROCEDURE*

## *CLAIM*

1. The Plaintiff claims the following relief from the Defendant:

   a. damages in the amount of $162,060.00 or such further and other amounts as may be proven at trial;

   b. pre-judgment and post-judgment interest on the amount claimed pursuant to sections 128 and 129 of the *Courts of Justice Act*, R.S.O 1990, c.C.43, as amended;

   c. the costs of the action, including all applicable taxes; and

   d. such further and other relief as this Honourable Court deems just.

**The Parties**

2. The Plaintiff is a corporation incorporated pursuant to the laws of the Province of Ontario, and carrying on business as a specialty commercial carrier.

3. The Defendant is a corporation incorporated pursuant to the laws of the United States of America, and carrying on business as a load broker and commercial carrier.

**The Cargo**

4. In February of 2019, the Defendant retained the Plaintiff to transport five separate loads of electrical equipment from Hamilton, Ontario, to Redmond, Washington (the "Cargo").

5. The Plaintiff was not responsible for installing of shrink wrap on the Cargo.

3

6.  The Plaintiff collected the Cargo on or about February 13, 2019.

7.  The Plaintiff delivered the Cargo to its final destination on or about March 1, 2019.

8.  The Plaintiff delivered its invoices for the work on February 13 through 15, 2019, in the total amount of $162,060.

9.  The Defendant has improperly refused or omitted to pay the aforesaid sum to the Plaintiff.

10. The Defendant is therefore in breach of its contract with the Plaintiff, and is liable for the full amount of $162,060.

11. In the alternative, the Plaintiff is entitled to damages in the amount of $162,060 on a *quantum meruit* basis for the value of work performed for the benefit of the Defendant.

12. Further and in any event, the Defendant has been unjustly enriched to the detriment of the Plaintiff, as a result of the work performed by the Plaintiff. As a result, the Defendant is liable to the Plaintiff in the amount of $162,060.

13. The Plaintiff pleads and relies on the provisions of the *Highway Traffic Act,* R.S.O. 1990, c. H-8, as amended, the regulations thereunder, and any predecessor legislation, and such further and other statutes and regulations, the particulars of which will be provided to the defendants prior to the trial of this action.

14. The Statement of Claim is being served on the Defendant outside of Ontario, pursuant to Rule 17.02(f), and (g), of the Rules of Civil Procedure because the causes of action

4

asserted herein are in respect of contracts made in, or governed by the laws of, Ontario, and/or torts committed in Ontario.

Date: May 29, 2019

**McCAGUE BORLACK LLP**
The Exchange Tower
Suite 2700, P.O. Box 136
130 King Street West
Toronto, Ontario
M5X 1C7

**Adam Grant**
LSUC No.:  56082W
Tel:     (416) 860-0001
Fax:     (416) 860-0003
Lawyers for the Plaintiff

5

**EQUIPMENT EXPRESS INC.**          **and**                    COOK LOGISTICS, LLC
Plaintiff                                                             Defendant

---

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**

PROCEEDING COMMENCED AT
**TORONTO**

---

**STATEMENT OF CLAIM**

---

**McCague Borlack LLP**
Barristers and Solicitors
The Exchange Tower
130 King Street West
Suite 2700, P.O. Box 136
Toronto, Ontario M5X 1C7

**Adam Grant**
**LSUC No.: 56082W**

Telephone:      416-860-0001
Facsimile:      416-860-0003

Lawyer for the Plaintiff