UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

COOK LOGISTICS, LLC,
a Wisconsin limited liability company,
individually and as assignee of HITEC
POWER PROTECTION, INC.,

    Plaintiff,

v.

    Case No. 2019-CV-1620

EQUIPMENT EXPRESS, INC.
a Canadian corporation,

    Defendant.

## DISCLOSURE STATEMENT

The undersigned counsel of record for Defendant, Equipment Express, Inc., furnishes the following disclosure in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1.

Equipment Express, Inc. is a Canadian corporation. It has no parent corporation and no publicly held corporation owning more than 10 percent of its stock. The undersigned attorney is the only attorney expected to appear in this Court on behalf of Equipment Express, Inc.

Dated this 14th day of February, 2020.

    **WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
Attorneys for Equipment Express, Inc.

*/s/ Patricia A. Stone*
Patricia A. Stone
SBN: 1079285

U.S. POSTAL ADDRESS
740 North Plankinton Avenue
Suite 600
Milwaukee, WI 53203
Phone: 414-276-8816
Fax: 414-276-8819
Email: Patricia.Stone@WilsonElser.com