# RESPONSE EXHIBIT 1

# FMCSA Motor Carrier

USDOT Number: **26492**
Docket Number: **MC246509**
Legal Name: **EQUIPMENT EXPRESS INC.**
DBA (Doing-Business-As) Name



## Addresses

| | |
|---|---|
| Business Address: | **60 WANLESS CT** <br> **AYR, ON N0B 1E0** |
| Business Phone: **(519) 740-8008** | Business Fax: **Fax: (519) 740-8911** |
| Mail Address: | |
| Mail Phone: | Mail Fax: | Undeliverable Mail: **YES** |

## Authorities:

| | | |
|---|---|---|
| Common Authority: **ACTIVE** | Application Pending: **NO** | |
| Contract Authority: **ACTIVE** | Application Pending: **NO** | |
| Broker Authority: **INACTIVE** | Application Pending: **NO** | |
| Property: **YES** | Passenger: **NO** | Household Goods: **NO** |
| Private: **NO** | Enterprise: **NO** | |

## Insurance Requirements:

| | | |
|---|---|---|
| BIPD Exempt: **NO** | BIPD Waiver: **NO** | BIPD Required: **$750,000** | BIPD on File: **$750,000** |
| Cargo Exempt: **NO** | | Cargo Required: **NO** | Cargo on File: **NO** |
| BOC-3: **YES** | | Bond Required: **YES** | Bond on File: **YES** |
| Blanket Company: **PROCESS AGENT SERVICE COMPANY, INC.** | | | |

Comments: **FILED FOR GENERAL COMMODITY AUTH. IN 48 STATES IN SUB 0 REFERENCE INACTIVE MC 292243**

## Active/Pending Insurance:

| Form: **91X** | Type: **BIPD/Primary** | Posted Date: 09/14/2017 | |
|---|---|---|---|
| Policy/Surety Number: **2019160** | Coverage From: | $0 To: | **$750,000** |
| Effective Date: **09/15/2017** | Cancellation Date: | | |

Insurance Carrier: NORTHBRIDGE GENERAL INSURANCE CORPORATION
Attn: HOLLY LAVERGNE
Address: 105 ADELAIDE STREET WEST
TORONTO, ON  M5H 1P9 CA
Telephone: (855) 620 - 6262     Fax:  (416) 369 - 7161

| Form: **84** | Type: **SURETY** | Posted Date: 10/02/2013 | |
|---|---|---|---|
| Policy/Surety Number: **TM5154425** | Coverage From: | $0 To: | **$75,000**[*] |
| Effective Date: **10/01/2013** | Cancellation Date: | | |

Insurance Carrier: THE GUARANTEE COMPANY OF NORTH AMERICA USA
Attn: KATHLEEN RUNESTAD
Address: ONE TOWER SQUARE, SUITE 1470
SOUTHFIELD, MI  48076 US
Telephone: (248) 281 - 0281     Fax:  (248) 750 - 0436

Run Date: November 4, 2019
Run Time: 15:04

Page 1 of 10

Data Source: Licensing and Insurance
li_carrier

Case 2:19-cv-01620-PP   Filed 04/24/20   Page 2 of 5   Document 12-1

# FMCSA Motor Carrier

USDOT Number: **26492**
Docket Number: **MC246509**
Legal Name: **EQUIPMENT EXPRESS INC.**

DBA (Doing-Business-As) Name



* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance, $75,000 for bond/trust fund insurance for brokers and freight forwarders). The carrier may actually have higher levels of coverage.

**Rejected Insurances:**

| | | | |
|---|---|---|---|
| Form: | Type: | | |
| Policy/Surety Number: | Coverage From: | $0 To: | $0 |
| Received: | Rejected: | | |
| Rejected Reason: | | | |

Run Date: November 4, 2019            Page 2 of 10            Data Source: Licensing and Insurance
Run Time: 15:04                                                                 li_carrier
Case 2:19-cv-01620-PP   Filed 04/24/20   Page 3 of 5   Document 12-1



## Process Agents for: PROCESS AGENT SERVICE COMPANY, INC.

| State | Representative Name/<br>Company Name | Address |
|---|---|---|
| AK | REX LAMONT BUTLER | 745 W. 4TH AVE., STE 300<br>ANCHORAGE AK, 99501 |
| AL | GERALD D. COLVIN, JR. | 1910 FIRST AVENUE NORTH<br>BIRMINGHAM AL, 35203 |
| AR | STEPHEN SMITH | 1206 GARRISON AVENUE<br>FORT SMITH AR, 72901 |
| AZ | GARY DOYLE | 2929 NORTH 44TH STREET SUITE 120<br>PHOENIX AZ, 85018 |
| CA | RONALD C. CHAUVEL | 66 BOVET RD SUITE 280<br>SAN MATEO CA, 94402 |
| CO | CHARLES J. KIMBALL | 5400 WARD ROAD, BLDG III, SUITE 150<br>ARVADA CO, 80002 |
| CT | GREGORY KIMMEL | 9 MORGAN AVENUE<br>NORWALK CT, 06851 |
| DC | FRITZ R. KAHN | 1919 M ST., NW, 7TH FL.<br>WASHINGTON DC, 20036 |
| DE | MICHAEL W. MODICA | 715 N. KING STREET, STE 300<br>WILMINGTON DE, 19899 |
| FL | MARVIN I. MOSS | 20801 BISCAYNE BLVD., STE 506<br>N. MAIMI BEACH FL, 33180-1430 |
| GA | CHRISTOPHER MEACHAM | 5704 VETERANS PARKWAY<br>COLUMBUS GA, 31904 |
| HI | GARETH SAKAKIDA | 2850 PAA STREET, SUITE<br>HONOLULU HI, 96819 |
| IA | RANDY HISEY | 701 PIERCE STREET, SUITE 300<br>SIOUX CITY IA, 51101 |
| ID | DON HENDRIKSEN | 4240 BOTT LAND<br>MERIDIAN ID, 83642 |
| IL | MICHELLE L. CAREY | 150 SOUTH WACKER DRIVE STE 2600<br>CHICAGO IL, 60606 |
| IN | DANIEL BRADFORD | 11940 PEBBLEPOINTE PASS<br>CARMEL IN, 46033-9673 |
| KS | CHARLES BUSH | 4909 W 71ST STREET<br>PRAIRIE VILLAGE KS, 66208 |
| KY | GREGORY M. FUNFSINN | 771 CORPORATE DR SUITE 900<br>LEXINGTON KY, 40503 |
| LA | F A COURTNEY JR | 220 WEST MAPLE RIDGE DR<br>METAIRIE LA, 70001 |
| MA | JOSEPH S. U. BODOFF | 53 STAET ST 15TH FLOOR<br>BOSTON MA, 02109 |
| MD | DIXIE C. NEWHOUSE | 13120 INGRAM DRIVE<br>SMITHSBURG MD, 21783 |
| ME | CATHY S. ROBERTS | THREE CANAL PLAZA<br>PORTLAND ME, 04112 |
| MI | NEILL T. RIDDELL | 801 WEST BIG BEAVER, SUITE 500<br>TROY MI, 48084 |
| MN | CASSIDY NEE | 5100 EDINA INDUSTRIAL BLVD STE 230<br>EDINA MN, 55439 |
| MO | JOSEPH E. REBMAN | 165 NORTH MERAMEC AVE., SUITE 310<br>ST. LOUIS MO, 63105 |
| MS | BEVERLY WARREN | 1420 HWY 49 SOUTH<br>MUGEE MS, 39111 |
| MT | KAREN HINMAN | 1224 HWY 87 EAST<br>BILLINGS MT, 59101 |
| NC | ANN SELF SIGMON | 1606 E. CHURCH STREET<br>CHERRYVILLE NC, 28021 |
| ND | LEAH PARMER | 4141 38TH ST SW STE B<br>FARGO ND, 58104 |
| NE | RANDY HISEY | 412 7TH AVENUE<br>S. SIOUX CITY NE, 68776 |
| NH | JAMES KAKLAMANOS | 374 MAIN STREET<br>NASHUA NH, 03060 |
| NJ | KENNETH A. OLSEN | 33 PHILHOWER ROAD<br>LEBANON NJ, 08833-4537 |

Case 2:19-cv-01620-PP   Filed 04/24/20   Page 4 of 5   Document 12-1

| | | |
|---|---|---|
| NM | MICHAEL P. CLEMENS | 4101 INDIAN SCHOOL RD NE. SUITE 300<br>ALBUQUERQUE NM, 87110 |
| NV | NATHAN AMAN | 327 CALIFORNIA AVE<br>RENO NV, 89509 |
| NY | GEORGE CARL PEZOLD | 120 MAIN STREET<br>HUNTINGTON NY, 11742-6936 |
| OH | ERIC BEERY | 5025 ARLINGTON CENTRE BLVD SUITE550<br>COLUMBUS OH, 43220 |
| OK | SAM BRATTON | TWO WEST SECOND STREET, SUITE 700<br>TULSA OK, 74103-3117 |
| OR | JOHN A. ANDERSON | 9755 SW BARNES RD., SUITE 675<br>PORTLAND OR, 97225 |
| PA | JOHN PILLAR | 150 GREEN COMMONS DR<br>PITTSBURGH PA, 15243 |
| RI | FRANK HOLBROOK | 122 TOURO STREET<br>NEWPORT RI, 01840 |
| SC | ROBERT D. MOSELEY, JR. | 4324 WADE HAMPTON BLVD STEB<br>TAYLORS SC, 29687 |
| SD | PROCESS AGENT SERVICE COMPANY, INC | 945 S MARION RD STE 203<br>SIOUX FALLS SD, 57106 |
| TN | ROBERT M ASBURY | 5731 LYONS VIEW PIKE STE 206<br>KNOXVILLE TN, 37919 |
| TX | JEFFREY FULTZ | 10343 SAM HOUSTON PARK #210<br>HOUSTON TX, 77064-4656 |
| UT | MICHAEL F. OLMSTEAD | STE 102, 2650 WASHINGTON BLDV.<br>OGDEN UT, 84401 |
| VA | ROBERT WALKER | 709 OLD HUNT WAY<br>HERNDON VA, 20170 |
| VT | THOMAS P. SIMON | 40 GEORGE STREET<br>BURLINGTON VT, 05401-4304 |
| WA | DENISE ALTO | 3601 W WASHINGTON AVE SUITE 1<br>YAKIMA WA, 98903 |
| WI | CHRISTOPHER WALTHER | 4425 N PORT WASHINHGTON RD SUITE140<br>MILWAUKEE WI, 53212 |
| WV | JOE BOGGS | 1703 WOODVALE DRIVE<br>CHARLESTON WV, 25314 |
| WY | BERT T. AHLSTROM, JR. | 1615 HOUSE AVE, PO BOX 33<br>CHEYENNE WY, 82001-4624 |

November 4, 2019



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts

Case 2:19-cv-01620-PP   Filed 04/24/20   Page 5 of 5   Document 12-1

https://li-public.fmcsa.dot.gov/LIVIEW/pkg_html.prc_proc_servers?cov_id=23&pv_vpath=LIVIEW&pv_web_user_type=P      2/2