UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

COOK LOGISTICS, LLC,
a Wisconsin limited liability company,
individually and as assignee of HITEC
POWER PROTECTION, INC.,

    Plaintiff,

v.                                Case No. 2:19-cv-1620

EQUIPMENT EXPRESS, INC.,
a Canadian corporation,

    Defendant.

## DECLARATION OF THOMAS J. COOK

THOMAS J. COOK, under penalty of perjury, does hereby affirm:

1. I am over the age of 18, and I have personal knowledge of the matters set forth herein.

2. I am the owner and President of Cook Logistics, LLC ("Cook") and have been owner/President of Cook during all times relevant to this litigation.

3. On or about January 30, 2018, Cook entered into a Broker-Carrier Agreement ("BCS") with Equipment Express, Inc ("EEI"). A true and correct copy of the BCA was attached to Cook's Complaint in this matter.

4. Prior to the execution of the BCA, EEI sent a "carrier packet" to Cook, in Wisconsin, in order to allow Cook to properly vet EEI before entering into the BCA.

5. Although EEI apparently signed the BCA in Canada, the agreement was not finalized until EEI returned the signed BCA to Cook in Wisconsin.

6. As part of the BCA, EEI designated Cook as its agent to solicit transportation business from Cook's principal place of business in Delavan, Wisconsin.

7. When Cook would find transportation business for EEI, Cook would communicate such leads to EEI from Wisconsin.

8. In order to get paid for transportation performed according to the BCA, EEI had to send its invoices, along with bills of lading and delivery receipts showing proper delivery of the goods transported, to Cook's principal place of business in Delavan, Wisconsin.

9. Cook would collect freight charges on behalf of EEI from Cook's place of business in Delavan, Wisconsin. Upon receipt of the freight charges from the shipper(s) and the required paperwork from EEI, Cook would then issue payments to EEI from Cook's principal place of business in Delavan, Wisconsin.

10. Pursuant to the terms of the BCA, EEI submitted a number of invoices to Cook at Cook's principal place of business in Delavan, Wisconsin, copies of which are attached hereto, including:

    i. Invoice I021031, dated April 18, 2018, regarding a shipment originating in Harrow, Ontario and delivered to Jacksonville, Florida;

    ii. Invoice I021032, dated April 18, 2018, regarding a shipment originating in Harrow, Ontario and delivered to Jacksonville, Florida;

    iii. Invoice I032761, dated February 13, 2019, regarding a shipment originating in Hamilton, Ontario and delivered to Redmond, Washington;

    iv. Invoice I032762, dated February 13, 2019, regarding a shipment originating in Hamilton, Ontario and delivered to Redmond, Washington;

    v. Invoice I032763, dated February 13, 2019, regarding a shipment originating in Hamilton, Ontario and delivered to Redmond, Washington;

vi. Invoice I032743, dated February 14, 2019, regarding a shipment originating in Hamilton, Ontario and delivered to Redmond, Washington;

vii. Invoice I032732, dated February 15, 2019, regarding a shipment originating in Hamilton, Ontario and delivered to Redmond, Washington.

11. All of the above-referenced invoices were sent to Cook at Cook's principal place of business in Delavan, Wisconsin.

12. Cook issued payment on Invoices I021031 and I021032 via wire transfer initiated in Wisconsin.

13. When the cargo that is the subject of this litigation arrived in Redmond, Washington damaged, Cook's customer – HITEC Power Protection, Inc. ("HITEC") – submitted a claim for loss/damage to Cook at Cook's principal place of business in Wisconsin.

This Declaration was signed in the State of Wisconsin.

Pursuant to 28 U.S.C. 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Date: April 24, 2020

/s/ Thomas J Cook
Thomas J. Cook



**EQUIPMENT EXPRESS** AYR, ONTARIO

60 Wanless Court, Ayr, Ontario N0B 1E0
(519) 740-8008 (519) 740-6297 (800) 387-9791

# INVOICE

COOK LOGISTICS LLC
W7377 COUNTY ROAD A
DELAVAN, WI
53115

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| I031031 | Apr 18, 2018 |

| ACCOUNT CODE |
|---|
| COO001 |

| ORDER NO. | R038919 | P.O. NO. | | | TERMS | DUE ON RECEIPT | | |
|---|---|---|---|---|---|---|---|---|
| | | QUOTE NO. | | | EQUIPMENT | | | |
| PROBILL # | P042060 | | | | | | | |
| SHIPPED | 03/26/2018 | P/U NO. | | RECEIVED | 04/05/2018 | DEL NO. | BOOKING #CAT356385 | |
| PICK UP | ENERQUEST SERVICES INC<br>360 QUEEN STREET<br>HARROW, ON  N0R 1G0 | | | DELIVER | CROWLEY LINER SERVICES<br>1150 TALLEYRAND AVE<br>JACKSONVILLE, FL  32206 | | | |
| SHIPPER | Same as Pickup Location | | | CONSIGNEE | Same as Delivery Location | | | |
| B.O.L. #'s | | FREIGHT DESCRIPTION | | | FREIGHT QUANTITY\WEIGHT | | | |
| UNIT #2<br>EE BOL # 44220 | | E HOUSE ( BASE FUELTANK, RADIATOR & CHILLER)<br>47'L. 13'10"W. 11'7"H | | | 1 pcs, 95000 lbs | | | |

**Comments**

| Probill No. | Charge Description | Charges |
|---|---|---|
| | TRANSPORT CHARGE | $35,500.00 |
| | EXCESSIVE LOADING  (8 @ $125.00) | $1,000.00 |
| | APPOINTMENT NOT TILL THURSDAY APR 5TH  (8 @ $125.00) | $1,000.00 |
| | Sub-Total | $37,500.00 |
| | **Amount Due in USD Funds** | **$37,500.00** |



**EQUIPMENT EXPRESS** AYR, ONTARIO

60 Wanless Court, Ayr, Ontario N0B 1E0
(519) 740-8008 (519) 740-6297 (800) 387-9791

# INVOICE

COOK LOGISTICS LLC
W7377 COUNTY ROAD A
DELAVAN, WI
53115

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| I031032 | Apr 18, 2018 |

| ACCOUNT CODE |
|---|
| COO001 |

| ORDER NO. | R038920 | P.O. NO. | | TERMS | DUE ON RECEIPT | |
|---|---|---|---|---|---|---|
| | | QUOTE NO. | | EQUIPMENT | | |
| PROBILL # | P042061 | | | | | |
| SHIPPED | 03/26/2018 | P/U NO. | | RECEIVED | 04/05/2018 | DEL NO. | TBC |
| PICK UP | ENERQUEST SERVICES INC<br>360 QUEEN STREET<br>HARROW, ON  N0R 1G0 | | | DELIVER | CROWLEY LINER SERVICES<br>1150 TALLEYRAND AVE<br>JACKSONVILLE, FL  32206 | | |
| SHIPPER | Same as Pickup Location | | | CONSIGNEE | Same as Delivery Location | | |
| B.O.L. #'s | | FREIGHT DESCRIPTION | | FREIGHT QUANTITY\WEIGHT | | | |
| UNIT #1<br>EE BOL # 34289 | | GENERATOR & SWITCHGEAR ENCLOSURE (E-HOUSE)<br>39'4"L. 13'8"W. 12'H | | 1 pcs, 115000 lbs | | | |

**Comments**

| Probill No. | Charge Description | Charges |
|---|---|---|
| | TRANSPORT CHARGE (FROST) | $41,500.00 |
| | EXCESSIVE LOADING  (8 @ $125.00) | $1,000.00 |
| | SHRINK WRAP FELL OFF, RETURN FOR REDO AND TARP  (8 @ $175.00) | $1,400.00 |
| | EXCESSIVE OFF LOAD  (8 @ $125.00) | $1,000.00 |
| | Sub-Total | $44,900.00 |
| | **Amount Due in USD Funds** | **$44,900.00** |



**EQUIPMENT EXPRESS** AYR, ONTARIO

60 Wanless Court, Ayr, Ontario N0B 1E0
(519) 740-8008 (519) 740-6297 (800) 387-9791

# INVOICE

COOK LOGISTICS LLC
W7377 COUNTY ROAD A
DELAVAN, WI
53115

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| I032733 | Feb 13, 2019 |

ACCOUNT CODE

| ORDER NO. | R041133 | P.O. NO. | | | TERMS | DUE ON RECEIPT |
|---|---|---|---|---|---|---|
| | | QUOTE NO. | | | EQUIPMENT | |
| PROBILL # | P044468 | | | | | |
| SHIPPED | 02/13/2019 | P/U NO. | | RECEIVED | 02/25/2019 | DEL NO. |
| PICK UP | AVL MANUFACTURING<br>243 QUEEN STREET NORTH<br>HAMILTON, ON L8R 3N6 | | | DELIVER | AT & T SERVICES<br>14560 NE 87TH STREET<br>REDMOND, WA 98052 | |
| SHIPPER | Same as Pickup Location | | | CONSIGNEE | Same as Delivery Location | |
| B.O.L. #'s | FREIGHT DESCRIPTION | | | FREIGHT QUANTITY\WEIGHT | | |
| EE BOL # 41285 | ENCLOSURE RADIATOR FRAMES (3 PCS)<br>20'-0" X 9'-0" X 2'-0"<br>AESTHETIC SCREENING (3 PCS)<br>20'-0" X 10'-0" X 1'-0"<br>MISC ITEMS OF ACCESSORIES | | | 1 skids, 18000 lbs<br><br>1 skids, 3900 lbs<br><br>2 skids, 1500 lbs | | |

Comments

| Probill No. | Charge Description | Charges |
|---|---|---|
| P044468 | TRANSPORT CHARGE | $15,800.00 |
| | Sub-Total | $15,800.00 |
| | **Amount Due in CAD Funds** | **$15,800.00** |



**EQUIPMENT EXPRESS** AYR, ONTARIO

60 Wanless Court, Ayr, Ontario N0B 1E0
(519) 740-8008 (519) 740-6297 (800) 387-9791

# INVOICE

COOK LOGISTICS LLC
W7377 COUNTY ROAD A
DELAVAN, WI
53115

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| I032762 | Feb 13, 2019 |

**ACCOUNT CODE**

COO002

| ORDER NO. | R041091 | P.O. NO. QUOTE NO. | | | TERMS EQUIPMENT | DUE ON RECEIPT |
|---|---|---|---|---|---|---|
| PROBILL # | P044421 | | | | | |
| SHIPPED | 02/13/2019 | P/U NO. | | RECEIVED | 03/01/2019 | DEL NO. |
| PICK UP | AVL MANUFACTURING 243 QUEEN STREET NORTH HAMILTON, ON L8R 3N6 | | | DELIVER | AT & T SERVICES 14560 NE 87TH STREET REDMOND, WA 98052 | |
| SHIPPER | Same as Pickup Location | | | CONSIGNEE | Same as Delivery Location | |
| B.O.L. #'s | | FREIGHT DESCRIPTION | | | FREIGHT QUANTITY\WEIGHT | |
| EE BOL # 47243 | | ENCLOSURE TANK BASE WITH GENSET 47'-0" X 10'-0" X 12'-0" | | | 1 pcs, 90000 lbs | |

**Comments**

| Probill No. | Charge Description | Charges |
|---|---|---|
| P044421 | TRANSPORT CHARGE | $48,000.00 |
| | TWO NO-GO DAYS DUE TO SNOW (2 @ $750.00) | $1,500.00 |
| | Sub-Total | $49,500.00 |
| | **Amount Due in CAD Funds** | **$49,500.00** |



**EQUIPMENT EXPRESS** AYR, ONTARIO

60 Wanless Court, Ayr, Ontario N0B 1E0
(519) 740-8008 (519) 740-6297 (800) 387-9791

# INVOICE

COOK LOGISTICS LLC
W7377 COUNTY ROAD A
DELAVAN, WI
53115

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| I032743 | Feb 14, 2019 |

| ACCOUNT CODE |
|---|
| COO002 |

| ORDER NO. | R041092 | P.O. NO. | | | TERMS | DUE ON RECEIPT |
|---|---|---|---|---|---|---|
| | | QUOTE NO. | | | EQUIPMENT | |
| PROBILL # | P044422 | | | | | |
| SHIPPED | 02/14/2019 | P/U NO. | | RECEIVED | 03/04/2019 | DEL NO. |
| PICK UP | AVL MANUFACTURING<br>243 QUEEN STREET NORTH<br>HAMILTON, ON  L8R 3N6 | | | DELIVER | AT & T SERVICES<br>14560 NE 87TH STREET<br>REDMOND, WA  98052 | |
| SHIPPER | Same as Pickup Location | | | CONSIGNEE | Same as Delivery Location | |
| B.O.L. #'s | | FREIGHT DESCRIPTION | | | FREIGHT QUANTITY\WEIGHT | |
| EE BOL # 42507 | | DRUPS ENCLOSURE BUILDING<br>47'-0" X 11'-0" X 13'-0" | | | 1 pcs, 25000 lbs | |

**Comments**

| Probill No. | Charge Description | | Charges |
|---|---|---|---|
| P044422 | TRANSPORT CHARGE | | $29,500.00 |
| | EXCESSIVE LOADING | | $500.00 |
| | | Sub-Total | $30,000.00 |
| | | **Amount Due in CAD Funds** | **$30,000.00** |



**EQUIPMENT EXPRESS** AYR, ONTARIO

60 Wanless Court, Ayr, Ontario N0B 1E0
(519) 740-8008 (519) 740-6297 (800) 387-9791

# INVOICE

COOK LOGISTICS LLC
W7377 COUNTY ROAD A
DELAVAN, WI
53115

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| I032732 | Feb 15, 2019 |

ACCOUNT CODE

| ORDER NO. | R041132 | P.O. NO. QUOTE NO. | | TERMS EQUIPMENT | DUE ON RECEIPT |
|---|---|---|---|---|---|
| PROBILL # | P044466 | | | | |
| SHIPPED | 02/15/2019 | P/U NO. | | RECEIVED | 02/25/2019 | DEL NO. |
| PICK UP | AVL MANUFACTURING 243 QUEEN STREET NORTH HAMILTON, ON L8R 3N6 | | | DELIVER | AT & T SERVICES 14560 NE 87TH STREET REDMOND, WA 98052 |
| SHIPPER | Same as Pickup Location | | | CONSIGNEE | Same as Delivery Location |
| B.O.L. #'s | FREIGHT DESCRIPTION | | | FREIGHT QUANTITY\WEIGHT | |
| EE BOL # 46556 | RADIATOR # 2  12'-0" X 11'-0" X 9'-5" DISCHARGE FRAMES # 1 AND # 2 10'-0" X 10'-0" X 12' | | | 1 pcs, 6098 lbs 2 pcs, 7000 lbs | |

**Comments**

| Probill No. | Charge Description | Charges |
|---|---|---|
| P044466 | TRANSPORT CHARGE | $17,260.00 |
| | Sub-Total | $17,260.00 |
| | **Amount Due in CAD Funds** | **$17,260.00** |