UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

COOK LOGISTICS, LLC,
a Wisconsin limited liability company,
individually and as assignee of HITEC
POWER PROTECTION, INC.,

        Plaintiff,

                              Case No. 2019-CV-1620

v.

EQUIPMENT EXPRESS, INC.
a Canadian corporation,

        Defendant.

---

**ORDER GRANTING EQUIPMENT EXPRESS, INC.'S MOTION FOR EXTENSION
OF TIME TO FILE ITS RESPONSIVE PLEADING TO THE PLAINTIFF'S
COMPLAINT**

---

        THIS MATTER comes before the Court on Defendant Equipment Express, Inc.'s Motion for Extension of Time to File Its Responsive Pleading to the Plaintiffs' Complaint. After reviewing the motion and the other pleadings on file, the Court finds that the Motion should be granted.

        IT IS THEREFORE ORDERED that Defendant Equipment Express, Inc.'s Motion for Extension of Time to File Its Responsive Pleading to the Plaintiffs' Complaint is granted. Defendant is granted an extension of time to, and including, September 28, 2020, in which to file its responsive pleading to the Plaintiffs' Complaint.

        Dated in Milwaukee, Wisconsin this _____ day of August, 2020.

                              **BY THE COURT:**

                              _____
                              **HON. PAMELA PEPPER**
                              **Chief United States District Judge**