UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

COOK LOGISTICS, LLC,
a Wisconsin limited liability company,
individually and as assignee of HITEC
POWER PROTECTION, INC.,

        Plaintiff,

                                    Case No. 2019-CV-1620

v.

EQUIPMENT EXPRESS, INC.
a Canadian corporation,

        Defendant.

## EQUIPMENT EXPRESS, INC. AMENDED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Equipment Express, Inc. ("Defendant"), by and through its undersigned counsel, respectfully requests that this Court grant an extension of time to, and including, September 28, 2020, in which to file its responsive pleadings to the Plaintiff's Complaint in the above-referenced matter. The grounds for this Amended Motion are as follows:

1.      On November 4, 2019, Plaintiff filed its Complaint against Defendant. (Dkt. 1).

2.      On February 14, 2020, Defendant filed a Motion to Dismiss. (Dkt. 6).

3.      On July 23, 2020, this Court entered an Order, denying Defendant's Motion to Dismiss and ordered Defendant to file responsive pleadings to the Complaint by August 28, 2020. (Dkt. 19).

4.      There is a potential of a settlement between the parties which the parties are currently in discussion regarding.

382329v.1

5.  A proposed Order consistent with this Motion is filed herewith for the Court's convenience.

6.  Plaintiff's counsel has advised that Plaintiff does not consent to the requested extension.

WHEREFORE, Defendant, Equipment Express, Inc., respectfully requests that this Court grant an extension of time to file its responsive pleading by extending the time period to September 28, 2020.

Dated this 20th day of August, 2020.

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

Attorneys for Equipment Express, Inc.

*/s/Beata Shapiro*
Beata Shapiro
Patricia A. Stone
SBN: 1079285

260 Franklin Street, 14th Floor
Boston, MA 02110-3112
Phone: 617-422-5300
Email: Beata.Shapiro@wilsonelser.com


740 North Plankinton Avenue
Suite 600
Milwaukee, WI 53203
Phone: 414-276-8816
Email: Patricia.Stone@WilsonElser.com

2