UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

COOK LOGISTICS, LLC,
a Wisconsin limited liability company,
individually and as assignee of HITEC
POWER PROTECTION, INC.,

        Plaintiff,

    v.                                                            Case No. 2:19-cv-1620

EQUIPMENT EXPRESS, INC.,
a Canadian corporation,

        Defendant.

## COOK LOGISTICS, LLC'S CIVIL LOCAL RULE 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO SET A DATE CERTAIN FOR DEFENDANT TO FILE ITS ANSWER

NOW COMES Plaintiff, COOK LOGISTICS, LLC ("COOK"), by and through its counsel, Blitch Westley Barrette, and, respectfully moves this Court, pursuant to Civil Local Rule 7(h), to set a date certain for Defendant to file its Answer. In support of said Motion, Plaintiff states as follows:

    1.    Defendant EQUIPMENT EXPRESS, INC. ("EEI") filed an Amended Motion for Extension of Time to Answer in this matter on August 20, 2020, seeking an extension until September 28, 2020. (Docket No. 21).

    2.    On September 2, 2020, Plaintiff filed its objection to Defendant's Motion for Extension of Time. (Docket No. 22).

3. On September 4, 2020, Defendant filed a Reply Brief in support of its Motion, attaching a proposed Answer and Affirmative Defenses as an exhibit. (Docket No. 23).

4. As of the date of this Motion, the Court has not yet ruled on Defendant's Motion for Extension of Time to Answer, the date requested by Defendant has passed, and Defendant still has not filed its Answer.

5. In order to move this matter along so that the parties can begin discovery, Plaintiff respectfully requests that the Court set a date certain for Defendant to file its Answer to Plaintiff's Complaint in this matter.

WHEREFORE, Plaintiff, COOK LOGISTICS, LLC, hereby requests this Honorable Court enter an Order setting a date certain for Defendant to file its Answer, and/or granting Plaintiff such other relief as this Court deems just and appropriate.

Dated: October 30, 2020

Respectfully submitted,

*/s/ Ryan A. Mahoney*
RYAN A. MAHONEY, ESQ.
Illinois Bar No.: 6275418
rmahoney@bwesq.com
BLITCH WESTLEY BARRETTE, S.C.
1500 Spring Road, Suite 120
Oak Brook, Illinois 60523
Telephone: (312) 283-4220

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 30, 2020, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF System, causing a Notice of Electronic Filing to be sent to all counsel of record.

*/s/ Ryan A. Mahoney*
RYAN A. MAHONEY, ESQ.